# United States District Court
# For the District of Columbia

FILED
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASIO INC.
570 Mount Pleasant Avenue
Dover, New Jersey 07801

                    Plaintiff
        vs

PAPST LICENSING GMBH & CO. KG
Bahnhofstr 33
78112 St. Georgen
Germany
                    Defendant

CASE NUMBER   1:06CV01751
JUDGE: Gladys Kessler
DECK TYPE: General Civil
DATE STAMP: 10/16/2006

JURY ACTION

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Casio Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Casio Inc.__ which have any outstanding securities in the hands of the public:

Casio Computer Co. Ltd., Parent

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

J. Kevin Fee (by JAB)
Signature

494016
BAR IDENTIFICATION NO.

J. Kevin Fee
Print Name

Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Ave., NW
Address

Washington,   DC          20004
City          State       Zip Code

202.739.3000
Phone Number