UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X

CASIO INC.

           Plaintiff,

-against-

PAPST LICENSING GMBH & CO. KG

           Defendant.

-------------------------------------X

CASE NUMBER 1:06 CV 01751

MOTION FOR ADMISSION
*PRO HAC VICE*

    I, J. Kevin Fee, a member in good standing of the Bar of the United States District Court for the District of Columbia, hereby move for the admission into this court *pro hac vice* for the purpose of representing Plaintiff Casio Inc. in the above captioned action, of my partners:

| | |
|---|---|
| Scott D. Stimpson, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178 | Jeffrey M. Gold, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178 |

    Attached are Declarations from each of them pursuant to Local Rule 83.2 (d).

November 10, 2006

                                      Respectfully submitted:

                                      J. Kevin Fee (Bar No. 494016)
                                      MORGAN, LEWIS & BOCKIUS LLP
                                      1111 Pennsylvania Avenue, NW
                                      Washington, DC 20004
                                      Tel.: (202) 739-3000
                                      Fax: (202) 739-3001

                                      Attorney for Plaintiff
                                      Casio Inc.

1-NY/2104071.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
:
CASIO INC.                           :   CASE NUMBER 1:06CV01751
                                     :
       Plaintiff,                 :
                                     :   DECLARATION OF
-against-                            :   SCOTT D. STIMPSON
                                     :   RE: MOTION FOR ADMISSION
PAPST LICENSING GMBH & CO. KG        :   *PRO HAC VICE*
                                     :
       Defendant.                 :
-------------------------------------X

I, Scott D. Stimpson, do hereby declare as follows:

1. I am a partner at the law firm of:

   MORGAN LEWIS & BOCKIUS LLP
   101 Park Avenue
   New York, New York 10178
   (212) 309-6000

2. I am a member in good standing of the State Bar of New York. I am also admitted to practice before the Bars of the United States District Court for the Southern District of New York, the Eastern District of New York, The Court of Appeals for the Federal Circuit and the United States Supreme Court.

3. I hereby certify that I have not been disciplined by any Bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, though my firm has an office in Washington DC. I am not a member of the District of Columbia Bar, and no application for membership before the District of Columbia Bar is pending.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2006

                                                      Scott D. Stimpson, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X

CASIO INC.

        Plaintiff,

-against-

PAPST LICENSING GMBH & CO. KG

        Defendant.

------------------------------------- X

CASE NUMBER 1:06CV01751

DECLARATION OF
JEFFREY M. GOLD
RE: MOTION FOR ADMISSION
*PRO HAC VICE*

I, Jeffrey M. Gold, do hereby declare as follows:

1. I am a partner at the law firm of:

    MORGAN LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, New York 10178
    (212) 309-6000

2. I am a member in good standing of the State Bar of New York. I am also admitted to practice before the Bars of the United States District Court for the Southern District of New York, the Eastern District of New York and The Court of Appeals for the Federal Circuit.

3. I hereby certify that I have not been disciplined by any Bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, though my firm has an office in Washington DC. I am not a member of the District of Columbia Bar, and no application for membership before the District of Columbia Bar is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2006

_____
Jeffrey M. Gold, Esq.