UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASIO INC.,

        Plaintiff,

-against-

PAPST LICENSING GMBH & CO. KG,

        Defendant.

Civil Action No. 1:06 CV 01751

Judge: Gladys Kessler

## PAPST LICENSING'S LCvR 7.1 CERTIFICATE

I, the undersigned, counsel of record for Papst Licensing GmbH & Co. KG certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Papst Licensing GmbH & Co. KG which have any outstanding securities in the hands of the public: <u>None.</u> These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 3, 2007        By: /s/ Campbell Killefer
Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)

*Of Counsel:*
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)
**Attorneys for Papst Licensing GmbH & Co. KG**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. by regular U.S. Mail, postage prepaid, this January 3, 2007:

J. Kevin Fee, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Scott D. Simpson, Esq.
Jeffrey M. Gold, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

_____
Campbell Killefer