UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC., <br><br> Plaintiff, <br><br> -against- <br><br> PAPST LICENSING GMBH & CO. KG, <br><br> Defendant. | Civil Action No. 1:06 CV 01751 <br><br> Judge: Gladys Kessler |

## MOTION FOR ADMISSION PRO HAC VICE OF JEROLD B. SCHNAYER

Campbell Killefer, an attorney representing Defendant, Papst Licensing GmbH & Co. KG, in this action, moves pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia that this Court enter an order permitting Jerold B. Schnayer to appear and participate in these proceedings as counsel *pro hac vice* along with present counsel of record.  In support of this Motion, movant states:

1. Campbell Killefer is a member of this Court, and partner in the firm of Venable LLP, and counsel to Defendant, Papst Licensing GmbH & Co. KG.

2. Jerold B. Schnayer is a principal in the firm of Welsh & Katz, Ltd. in Chicago, Illinois.  Mr. Schnayer also serves as counsel to Defendant.  His business address is 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois, and his telephone number is 312-655-1500.

3. Mr. Schnayer is an experienced attorney, and a member in good standing of the Illinois State Bar.  Mr. Schnayer is admitted to practice law in Illinois, the U.S. Patent and Trademark Office, and several federal courts, including the bar of the U.S. District Court for the Northern District of Illinois and the Court of Appeals for the Federal Circuit.

WHEREFORE, undersigned counsel requests that this Court enter an Order permitting Jerold B. Schnayer as counsel *pro hac vice* for Papst Licensing GmbH & Co. KG. A proposed form of order is attached.

Dated: January 3, 2007        By: *[signature: Campbell Killefer]*
Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)

*Of Counsel:*
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)
**Attorneys for Papst Licensing GmbH & Co. KG**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>              Defendant. | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler |

ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Jerold B. Schnayer, it is hereby ORDERED that such motion is granted, and that Jerold B. Schnayer is hereby admitted to appear before this Court *pro hac vice*, on behalf of Defendant, Papst Licensing GmbH & Co. KG, in the above-captioned matter.

Dated: _____

                                                                                             Hon. Judge Gladys Kessler

Cc:    J. Kevin Fee, Esq.
        MORGAN, LEWIS & BOCKIUS LLP
        1111 Pennsylvania Avenue, NW
        Washington, D.C. 20004

        Scott D. Simpson, Esq
        Jeffrey M. Gold, Esq.
        MORGAN, LEWIS & BOCKIUS LLP
        101 Park Avenue
        New York, NY 10178
        (212) 309-6000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. by regular U.S. Mail, postage prepaid, this January 3, 2007:

J. Kevin Fee, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Scott D. Simpson, Esq.
Jeffrey M. Gold, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

_____
Campbell Killefer