UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801, <br><br>           Plaintiff, <br><br>      v. <br><br> PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 St. Georgen, Germany <br><br>           Defendant. <br> _____ <br><br> PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 St. Georgen, Germany <br><br>           Counter-Plaintiff, <br><br>      v. <br><br> CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801, and <br> CASIO COMPUTER CO., LTD., 6-2, Honmachi 1-chrome, Shibuya-ku, Tokyo 151-8543, Japan <br><br>           Counter-Defendants. | Civil Action No. 1:06 CV 01751 <br><br> Judge Gladys Kessler |

**DEFENDANT PAPST LICENSING GMBH & CO. KG's UNOPPOSED MOTION
TO CONTINUE THE FEBRUARY 1, 2007 INITIAL STATUS CONFERENCE**

Defendant and Counter-Plaintiff Papst Licensing GmbH & Co. KG ("Papst Licensing") respectfully requests that the Court postpone the initial status conference scheduled on February 1, 2007 until March 15, 2007, or such other date as is convenient for

the Court. The approximately six-week postponement is warranted to allow Papst Licensing to serve its Answer and Counterclaim on Counterclaim Defendant Casio Computer Co., Ltd. ("Casio Japan"), a Japanese company affiliated with Plaintiff Casio Inc. ("Casio US"). Pursuant to Local Civil Rule 7(m), counsel for Papst Licensing has conferred with counsel for Casio US, who do not oppose this motion.

Casio US filed its Complaint under the Declaratory Judgment Act against Papst Licensing, a German company. This case concerns two patents owned by Papst Licensing covering technology used in digital cameras. On January 3, 2007, Papst Licensing filed and served its Answer and Counterclaim against Casio US. Papst Licensing's Counterclaim alleges patent infringement by both Casio US and Casio Japan. Papst Licensing is in the process of serving in Japan the summons and Answer and Counterclaim on Casio Japan pursuant to the Hague Convention or other formal means. This process will assuredly not be completed before the initial status conference scheduled on February 1, 2007 in this case and it therefore appears that Casio Japan will not be a represented party at that hearing.

Papst Licensing respectfully suggests that a meaningful initial status conference with the necessary discovery plan and other pretrial tasks cannot be conducted until Casio Japan is formally made a party and is represented in this case. Papst Licensing commits promptly and diligently to pursue service in Japan. The interests of justice will be best served and the Court's time and resources best preserved if the initial status conference is postponed approximately six weeks to permit overseas service to be accomplished and for Casio Japan to participate as a party at the hearing.

As previously indicated, counsel for Casio US do not oppose this motion. Accordingly, Papst Licensing respectfully requests that the Court grant this motion and reschedule the initial status conference for March 15, 2007 or such other date as is convenient for the Court.

Dated: January 23, 2007                    By: *[signature: Campbell Killefer]*
                                                Campbell Killefer (Bar. No. 268433)
                                                VENABLE LLP
                                                575 7th Street, N.W.
                                                Washington, DC  20004
                                                (202) 344-4000
                                                (202) 344-8300 (fax)

                                           *Of Counsel:*

                                           Jerold B. Schnayer
                                           Joseph E. Cwik
                                           WELSH & KATZ, LTD.
                                           120 South Riverside Plaza, 22nd Floor
                                           Chicago, IL  60606
                                           (312) 655-1500
                                           (312) 655-1501 (fax)

                                           **Attorneys for Papst Licensing GmbH & Co. KG**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. through the Court's ECF electronic service and by regular U.S. Mail, postage prepaid, this January 23, 2007:

> J. Kevin Fee, Esq.
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, DC  20004
>
> Scott D. Simpson, Esq.
> Jeffrey M. Gold, Esq.
> MORGAN, LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, NY  10178

_____
Campbell Killefer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801<br><br>          Plaintiff,<br><br>    v.<br><br>PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 St. Georgen, Germany<br><br>          Defendant.<br><br>PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 St. Georgen, Germany<br><br>          Counter-Plaintiff,<br><br>    v.<br><br>CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801, and<br>CASIO COMPUTER CO., LTD., 6-2, Honmachi 1-chrome, Shibuya-ku, Tokyo 151-8543, Japan<br><br>          Counter-Defendants. | Civil Action No. 1:06 CV 01751<br><br>Judge Gladys Kessler |

## **PROPOSED ORDER**

Upon consideration of Defendant and Counterclaim-Plaintiff Papst Licensing GmbH & Co. KG ("Papst Licensing") Unopposed Motion to Continue the February 1, 2007 Initial Status Conference and it appearing that good cause for such postponement exists and that Plaintiff Casio Inc. does not oppose the Motion, Papst Licensing's motion is

hereby GRANTED and the Initial Status Conference in this case is rescheduled to March \_\_\_, 2007.

Dated: January \_\_\_, 2007

_____
JUDGE GLADYS KESSLER
United States District Judge