UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>            Defendant.<br><br>PAPST LICENSING GMBH & CO. KG,<br>            Counter-Plaintiff<br><br>    v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>            Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler |

**PAPST LICENSING'S NOTICE OF SERVICE OF SUMMONS AND COMPLAINT ON CASIO JAPAN AND UPDATED MOTION TO CONTINUE THE MARCH 20, 2007 INITIAL STATUS CONFERENCE**

Defendant and Counter-Plaintiff Papst Licensing GmbH & Co. KG ("Papst Licensing") respectfully submits this filing to apprise the Court that Casio Computer Co. Ltd. ("Casio Japan") was served in Japan with a summons and the Answer and Counterclaim today, March 13, 2007. Counsel for Plaintiff Casio Inc. ("Casio U.S.") confirmed that service in a telephone conference this morning. That service on Counterclaim-Defendant Casio Japan presents both good news and minor bad news.

The obvious good news is that there will not be any further delay in the principal Counterclaim-Defendant being served in Japan. Nor is a two-month extension of the March 20 initial status conference any longer necessary or appropriate. The minor bad

1

news, however, is that the twenty (20) day period for Casio Japan to file a responsive pleading will not expire until Monday, April 2, several weeks <u>after</u> the initial status conference scheduled on March 20. Proceeding without the participation of counsel for Casio Japan on March 20 and without having its responsive pleading makes little sense. For example, counsel for Papst Licensing will not know all the legal issues presented by Casio Japan and will not yet have conducted the necessary Rule 26(f) conference.

Instead, Papst Licensing respectfully requests that the Court extend the initial status conference only one month until Friday, April 20, or such other date as is convenient for the Court. Counsel for Papst Licensing conferred with counsel for Casio U.S. in a telephone call this morning in accordance with Local Rule 7(m). Counsel for Casio U.S. did not agree to Papst Licensing's updated motion for extension.

Accordingly, Papst Licensing respectfully requests that the Court grant its updated motion and reschedule the initial status conference for April 20, 2007, or such other date as is convenient for the Court.

Dated: March 13, 2007

Respectfully submitted,

*Campbell Killefer* (signature)

Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606
(312) 655-1500
**Attorneys for Defendant/Counter-Plaintiff Papst Licensing GmbH & Co. KG**

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. through the Court's ECF electronic service and by regular U.S. Mail, postage prepaid, this March 13, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Scott D. Simpson
Jeffrey M. Gold
MORGAN LEWIS & BROCKIUS LLP
101 Park Avenue
New York, New York 10178

**Counsel for Casio Inc.**

_____
Campbell Killefer

DC1DOCS1-#236114-v1

3