UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASIO, INC., :
:
    Plaintiff & Counter-Defendant, :
:
    v. :   Civil Action No. 06-1751 (GK)
:
PAPST LICENSING GMBH & CO., KG, :
:
    Defendant & Counter-Plaintiff, :

## ORDER

Upon consideration of the Motion of Defendant and Counter-Plaintiff, Papst Licensing GMBH & Co., KG, to continue the March 20, 2007 Initial Scheduling Conference, the Opposition, and the Reply, it is hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that the Initial Scheduling Conference is continued until **May 14, 2007 at 10:15 a.m.**; and it is further

**ORDERED**, that no further continuances of the Initial Scheduling Conference will be granted; and it is further

**ORDERED**, that discovery between Plaintiff and Defendant is to proceed; and it is further

**ORDERED**, that <u>all counsel</u> are to comply with LCvR 7(c), which they do not seem to be aware of.

March 13, 2007                                               /s/_____
                                                                         Gladys Kessler
                                                                         United States District Judge

**Copies via ECF to all counsel of record**