UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------------------X
CASIO INC., 570 Mount Pleasant Avenue,             :
Dover, New Jersey  07801                           :
                                                   :     Civil Action No. 1:06 CV 01751
                         Plaintiff,                :     Judge:  Gladys Kessler
                                                   :
       v.                                          :
                                                   :
PAPST LICENSING GMBH & CO. KG,                     :
Bahnhofstrasse 33, 78112 Georgen,                  :
Germany                                            :
                                                   :
                         Defendant.                :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,                     :
Bahnhofstrasse 33, 78112 Georgen,                  :
Germany                                            :
                                                   :
                         Counter-Plaintiff,        :
                                                   :
       v.                                          :
                                                   :
CASIO INC., 570 Mount Pleasant Avenue,             :
Dover, New Jersey 07801, and CASIO COMPUTER        :
CO., LTD., 6-2, Honmachi 1-chome, Shibuya-ku, Tokyo :
151-8543, Japan                                    :
                                                   :
                         Counter-Defendants.  :
------------------------------------------------------------------------X
```

## CASIO COMPUTER CO., LTD.'S CERTIFICATE PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1

I, the undersigned, counsel of record for Casio Computer Co., Ltd., certify that to the best of

my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Casio

Computer Co., Ltd. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for

recusal.

April 2, 2007                                          Respectfully submitted:


                                                       /s/ J. Kevin Fee
                                                       J. Kevin Fee (Bar. No. 494016)
                                                       Morgan, Lewis & Bockius LLP
                                                       1111 Pennsylvania Avenue, NW
                                                       Washington, D.C. 20004
                                                       Tel.: (202) 739-3000

                                                       Scott D. Stimpson (*pro hac vice*)
                                                       Jeffrey M. Gold (*pro hac vice*)
                                                       Morgan, Lewis & Bockius LLP
                                                       101 Park Avenue
                                                       New York, New York 1018-0060

                                                       Attorneys for Plaintiff
                                                       Casio Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2007, I electronically filed Casio Computer Co., Ltd.'s

Certificate Pursuant to Local Rule of Civil Procedure 7.1 using the ECF system, which constitutes

service upon the following:

Campbell Killefer
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

Joseph E. Cwik
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

/s/ J. Kevin Fee
J. Kevin Fee