UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801 | |
| Plaintiff, | Civil Action No. 1:06 CV 01751<br>Judge: Gladys Kessler |
| v. | |
| PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 Georgen, Germany | |
| Defendant. | |
| PAPST LICENSING GMBH & CO. KG, Bahnhofstrasse 33, 78112 Georgen, Germany | |
| Counter-Plaintiff, | |
| v. | |
| CASIO INC., 570 Mount Pleasant Avenue, Dover, New Jersey 07801, and CASIO COMPUTER CO., LTD., 6-2, Honmachi 1-chome, Shibuya-ku, Tokyo 151-8543, Japan | |
| Counter-Defendants. | |

## CASIO COMPUTER CO., LTD.'S CERTIFICATE PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1

I, the undersigned, counsel of record for Casio Computer Co., Ltd., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Casio Computer Co., Ltd. which have any outstanding securities in the hands of the public.

1-NY/2162472.1

These representations are made in order that judges of this court may determine the need for recusal.

April 2, 2007                                       Respectfully submitted:

/s/ J. Kevin Fee
J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000

Scott D. Stimpson (*pro hac vice*)
Jeffrey M. Gold (*pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 1018-0060

Attorneys for Plaintiff
Casio Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2007, I electronically filed Casio Computer Co., Ltd.'s Certificate Pursuant to Local Rule of Civil Procedure 7.1 using the ECF system, which constitutes service upon the following:

> Campbell Killefer
> Venable LLP
> 575 7th Street, N.W.
> Washington, DC 20004
>
> Joseph E. Cwik
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza, 22nd Floor
> Chicago, IL 60606

/s/ J. Kevin Fee
J. Kevin Fee