# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X
CASIO INC., 570 Mount Pleasant Avenue,  :
Dover, New Jersey  07801  :
 :  Civil Action No. 1:06 CV 01751
                       Plaintiff, :  Judge:  Gladys Kessler
 :
   v. :
 :
PAPST LICENSING GMBH & CO. KG,  :
Bahnhofstrasse 33, 78112 Georgen,  :
Germany :
 :
                       Defendant. :
---------------------------------------------------------------------X
---------------------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,  :
Bahnhofstrasse 33, 78112 Georgen,  :
Germany :
 :
                Counter-Plaintiff, :
 :
   v. :
 :
CASIO INC., 570 Mount Pleasant Avenue, :
Dover, New Jersey 07801, and CASIO COMPUTER :
CO., LTD., 6-2, Honmachi 1-chome, Shibuya-ku, Tokyo :
151-8543, Japan :
 :
              Counter-Defendants. :
---------------------------------------------------------------------X

### CASIO INC.'S SUPPLEMENTAL CERTIFICATE PURSUANT
### TO LOCAL RULE OF CIVIL PROCEDURE 7.1

      I, the undersigned, counsel of record for Casio Inc., supplement the Local Rule 7.1 statement filed on October 16, 2006 and certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Casio Inc. which have any outstanding securities in the hands of the public:

1-NY/2164295.1

Casio Computer Co., Ltd., Parent

Toyota Tsusho Corp., Parent

These representations are made in order that judges of this court may determine the need for recusal.

April 13, 2007                                          Respectfully submitted:

                                                        /s/ J. Kevin Fee
                                                        J. Kevin Fee (Bar. No. 494016)
                                                        Morgan, Lewis & Bockius LLP
                                                        1111 Pennsylvania Avenue, NW
                                                        Washington, D.C. 20004
                                                        Tel.: (202) 739-3000

                                                        Scott D. Stimpson (*pro hac vice*)
                                                        Jeffrey M. Gold (*pro hac vice*)
                                                        Morgan, Lewis & Bockius LLP
                                                        101 Park Avenue
                                                        New York, New York 1018-0060

                                                        Attorneys for Plaintiff
                                                        Casio Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I electronically filed Casio Inc.'s Supplemental Certificate Pursuant to Local Rule of Civil Procedure 7.1 using the ECF system, which constitutes service upon the following:

>Campbell Killefer
>Venable LLP
>575 7th Street, N.W.
>Washington, DC 20004
>
>Joseph E. Cwik
>Welsh & Katz, Ltd.
>120 South Riverside Plaza, 22nd Floor
>Chicago, IL 60606

>/s/ J. Kevin Fee
>J. Kevin Fee

1-NY/2164295.1