**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------------------X
CASIO INC., 570 Mount Pleasant Avenue,               :
Dover, New Jersey  07801                             :
                                                     :     Civil Action No. 1:06 CV 01751
                               Plaintiff,            :     Judge:  Gladys Kessler
                                                     :
                                                     :
        v.                                           :
                                                     :
PAPST LICENSING GMBH & CO. KG,                       :
Bahnhofstrasse 33, 78112 Georgen,                    :
Germany                                              :
                                                     :
                               Defendant.            :
-------------------------------------------------------------------X
-------------------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,                       :
Bahnhofstrasse 33, 78112 Georgen,                    :
Germany                                              :
                                                     :
                            Counter-Plaintiff,       :
                                                     :
        v.                                           :
                                                     :
CASIO INC., 570 Mount Pleasant Avenue,               :
Dover, New Jersey 07801, and CASIO COMPUTER          :
CO., LTD., 6-2, Honmachi 1-chome, Shibuya-ku, Tokyo  :
151-8543, Japan                                      :
                                                     :
                        Counter-Defendants.  :
-------------------------------------------------------------------X
```

## CASIO COMPUTER CO., LTD.'S SUPPLEMENTAL CERTIFICATE PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1

I, the undersigned, counsel of record for Casio Computer Co., Ltd., supplement the Local

Rule 7.1 statement filed on April 2, 2007 and certify that to the best of my knowledge and belief,

the following are parent companies, subsidiaries or affiliates of Casio Computer Co., Ltd. which

have any outstanding securities in the hands of the public:

Casio Micronics Co., Ltd., Subsidiary

These representations are made in order that judges of this court may determine the need for

recusal.

April 13, 2007                                    Respectfully submitted:


                                                  /s/ J. Kevin Fee
                                                  J. Kevin Fee (Bar. No. 494016)
                                                  Morgan, Lewis & Bockius LLP
                                                  1111 Pennsylvania Avenue, NW
                                                  Washington, D.C. 20004
                                                  Tel.: (202) 739-3000

                                                  Scott D. Stimpson (*pro hac vice*)
                                                  Jeffrey M. Gold (*pro hac vice*)
                                                  Morgan, Lewis & Bockius LLP
                                                  101 Park Avenue
                                                  New York, New York 1018-0060

                                                  Attorneys for Plaintiff
                                                  Casio Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed Casio Computer Co., Ltd.'s

Supplemental Certificate Pursuant to Local Rule of Civil Procedure 7.1 using the ECF system,

which constitutes service upon the following:

Campbell Killefer
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

Joseph E. Cwik
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

/s/ J. Kevin Fee
J. Kevin Fee