J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202-739-3000

Jeffrey M. Gold (*pro hac vice*)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
Telephone: 212-309-2113

Scott D. Stimpson (*pro hac vice)*
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, New York 10601
Telephone: 203-258-8412

Attorneys for Plaintiff and Counter-Defendant
Casio Inc. and Counter-Defendant
Casio Computer Co., Ltd.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CASIO INC.,**<br>            **Plaintiff**<br>v.<br>**PAPST LICENSING GMBH & CO. KG**<br>            **Defendant.** | Case No. 1:06-CV-01751<br><br>**Judge: Gladys Kessler** |
| **PAPST LICENSING GMBH & CO. KG,**<br>            **Counter-Plaintiff**<br>v.<br>**CASIO INC. and CASIO COMPUTER CO., LTD.**<br>            **Counter-Defendants** | |

**NOTICE REGARDING CHANGE OF FIRM**

      Pursuant to LCvR 11.1 and LCvR 83.15(c), please take notice of the following attorney information for Scott D. Stimpson. I have moved offices

From:   Morgan, Lewis & Bockius LLP
           101 Park Avenue
           New York, New York  10178
           E-mail: sstimpson@morganlewis.com
           Telephone: 212-309-6628

To:     The Law Office of Scott D. Stimpson
           Suite 1102
           445 Hamilton Avenue
           White Plains, New York  10601
           E-mail: stimpsonlaw@gmail.com
           Telephone: 203-258-8412

I will continue to be counsel for plaintiff and counter-defendant Casio Inc. and counter-defendant Casio Computer Co., Ltd. in the above-captioned matter. All other attorneys of record from Morgan, Lewis & Bockius LLP will still be acting as co-counsel for plaintiff and counter-defendants.

DATED:  May 2, 2007                      s/ Scott D. Stimpson
                                                Scott D. Stimpson (*pro hac vice*)
                                                The Law Office of Scott D. Stimpson
                                                Suite 1102
                                                445 Hamilton Avenue
                                                White Plains, New York  10601

                                                J. Kevin Fee (Bar. No. 494016)
                                                Morgan, Lewis & Bockius LLP
                                                1111 Pennsylvania Avenue, NW
                                                Washington, D.C.  20004

                                                Jeffrey M. Gold *(pro hac vice)*
                                                Morgan, Lewis & Bockius LLP
                                                101 Park Avenue
                                                New York, New York  10178

                                                Attorneys for Plaintiff and Counter-Defendant
                                                Casio Inc. and Counter-Defendant
                                                Casio Computer Co., Ltd.