UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC., <br>      Plaintiff <br> v. <br> PAPST LICENSING GMBH & CO. KG <br>      Defendant. | Case No. 1:06-CV-01751 <br><br> Judge: Gladys Kessler |
| PAPST LICENSING GMBH & CO. KG, <br>      Counter-Plaintiff <br> v. <br> CASIO INC. and CASIO COMPUTER CO., LTD. <br>      Counter-Defendants | |

**CASIO INC.'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO
COMPEL AND FOR SANCTIONS**

The Opposition Memorandum of Papst Licensing focuses exclusively on whether there has been a Rule 26(f) Conference and so misses the point of Casio's motion entirely. We will not again debate the 26(f) issue here.

On March 13, 2007, this Court <u>ordered that discovery proceed</u>. Papst refuses to comply with that order. They instead try to hide from discovery behind a claim that a Rule 26(f) Conference has not taken place. Papst's attorneys are experienced litigators, and so must know that this is a frivolous excuse given the Court's order. Fed.R.Civ.P. 26(d) (precluding discovery until Rule 26(f) conference <u>unless otherwise ordered</u>); se*e also Tota v. Abdella*, 06-CV-636S, 2007 U.S. Dist. LEXIS 21262, at *3 (W.D.N.Y. March 26, 2007) (discovery could proceed despite no 26(f) conference, per court order).

1-NY/2174417.2

Casio urges the Court to also consider that Papst <u>still refuses to proceed with discovery</u>, despite having read our Opening Memorandum and its express citation (page 4) to Rule 26(d). We respectfully request entry of our Proposed Order submitted with our motion.

DATED: May 7, 2007

_____
Jeffrey M. Gold, Esq. (*pro hac vice*)
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-6000

J. Kevin Fee, Esq. (D.C. Bar No. 494016)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000

Scott D. Stimpson, Esq. (*pro hac vice*)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, New York 10601
Tel. (203) 258-8412

Attorneys for Plaintiff and Counter- Defendant Casio Inc. and Counter-Defendant Casio Computer Co., Ltd