UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASIO INC.,**<br>        **Plaintiff**<br>v.<br>**PAPST LICENSING GMBH & CO. KG**<br>        **Defendant.**<br><br>**PAPST LICENSING GMBH & CO. KG,**<br>        **Counter-Plaintiff**<br>v.<br>**CASIO INC. and CASIO COMPUTER CO., LTD.**<br>        **Counter-Defendants** | Case No. 1:06-CV-01751<br><br>Judge: Gladys Kessler |

**[JOINT PROPOSED]**
**RULE 16 SCHEDULING ORDER**
**[Papst Licensing's proposed dates in brackets]**

Pursuant to the terms of the Joint Meet and Confer Statement and the representations made by the parties at the Rule 16 Scheduling Conference, all parties shall comply with the deadlines established in this Order.

   A.   All Initial Disclosures, as defined in FRCP 26(a)(1), shall be made on **June 4, 2007.**

   B.   The parties shall be free to join parties and amend their pleadings at any time upon appropriate motion before the Court showing good cause

   C.   Opening expert reports shall be submitted no later than **February 15, 2008 [August 8, 2008]**. Responsive expert reports are due no later than **March 17, 2008 [September 8, 2008]**. Casio proposes no rebuttal reports. [Papst Licensing proposes rebuttal reports due no

1-NY/2176271.1

-2-

later than **October 8, 2008]** Depositions of experts will begin on **March 18, 2008** [**October 8, 2008**].

      D.     All fact discovery shall be completed by **December 11, 2007 [June 9, 2008]**. All expert discovery shall be completed by **June 16, 2008 [November 7, 2008]**.

      E.     **Final Pretrial Conference will take place** on **September 15, 2008 [January 8, 2009]**.

DATED: _____.

 

_____
Gladys Kessler
United States District Judge