UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>　　　　　　Defendant.<br><br>―――――――――――――――――<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>　　　　　　Counter-Plaintiff<br><br>　v.<br><br>CASIO INC., and<br>CASIO COMPUTER CO., LTD.,<br>　　　　　　Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler |

### PAPST LICENSING GmbH & Co. KG's BRIEF STATEMENT OF THE CASE

Defendant/Counter-Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), submits the following as its Brief Statement of the Case:

This lawsuit involves Papst Licensing against Casio Inc. ("Casio USA") and Casio Computer Co., Ltd. ("Casio Japan") for infringement of two U.S. Patents owned by Papst Licensing. The patents both cover, among other things, technology used in digital cameras. The products charged with infringement under the U.S. patent laws, 35 U.S.C. §271 are digital cameras manufactured and sold by Casio USA and Casio Japan. Casio Japan is believed to be the developer and manufacturer of Casio's digital cameras while Casio USA is believed to be responsible for the sales of Casio's digital cameras in the United States.

Prior to this lawsuit, Papst Licensing invited Casio USA to negotiate a license to the two patents. Rather than negotiate any such license, Casio USA filed a Complaint against Papst Licensing under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and under the patent laws of the United States, Title 35 U.S.C. § 1 et seq. On January 3, 2007, Papst Licensing filed its Answer and Counterclaim, which alleges patent infringement by both Casio USA and Casio Japan. This Court has federal question jurisdiction of Papst Licensing's counterclaim pursuant to 28 U.S.C. §1331 and 1338(a) because this counterclaim arises under the patent laws of the United States. 35 U.S.C. §§ 1, et seq.

Dated: May 11, 2007     By: *[signature]*
Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000
(202) 344-8300 (fax)

Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)
**Attorneys for Papst Licensing GmbH & Co. KG**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and by regular U.S. Mail, postage prepaid, this May 11, 2007:

J. Kevin Fee
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Jeffrey M. Gold
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Simpson
The Law Office of Scott D. Simpson
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
**Counsel for Casio Inc.**

_____
Campbell Killefer