UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>　　　　　Defendant.<br><br>PAPST LICENSING GMBH & CO. KG,<br>　　　　　Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>　　　　　Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Deborah A Robinson<br><br>Next court deadline: June 15, 2007 – Exchange of Witness Lists |

### SUPPLEMENT IN SUPPORT OF PAPST LICENSING'S MOTION FOR EXTENSION OF TIME TO PRODUCE ADDITIONAL DOCUMENTS

This morning after Defendant and Counter-Plaintiff Papst Licensing ("Papst Licensing") filed its motion for extension of time to produce additional documents, counsel for Plaintiff and Counterclaim-Defendant Casio Inc. and Counterclaim-Defendant Casio Computer Co. Ltd. sent an e-mail to counsel for Papst Licensing stating that Casio will not oppose the request for extension of time.

WHEREFORE, Papst Licensing respectfully requests that this Court enter an order granting Papst Licensing an extension of time of fourteen days, until June 25, 2007, to produce its additional responsive documents.

1

Dated:  June 8, 2007

*[signature: Campbell Killefer]*
Campbell Killefer (Bar. No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000


Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

**Attorneys for Defendant/Counter-Plaintiff Papst Licensing GmbH & Co. KG**

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this June 8, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Jeffrey M. Gold
Laura Krawczyk
MORGAN LEWIS & BROCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
**Counsel for Casio Inc.**

_____
Campbell Killefer