UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>    Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>    Defendant.<br><br>———————————————<br><br>PAPST LICENSING GMBH & CO. KG,<br>Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge:  Gladys Kessler<br><br>Magistrate Judge: Robinson<br><br><br>Next Court Deadline:  Written Discovery Requests by July 2, 2007 |

## MOTION OF PAPST FOR ENTRY OF A PROTECTIVE ORDER

Defendant and Counter-Plaintiff, Papst Licensing GmbH & Co. KG ("Papst"), hereby moves this Court for an Order adopting Papst's proposed Protective Order. The parties agree that a Protective Order is required, yet Casio insists that Welsh & Katz, Ltd. (long time trial counsel for Papst) should be denied access to all Casio confidential information in this case. Casio is using this untenable position as a weapon to delay producing its confidential documents and information. Casio has failed to bring this issue to the attention of the Court, so Papst makes this motion in an effort to resolve this issue. The parties met and conferred on Protective Orders

issues on June 20, 2007. At that time, Casio indicated it would oppose any motion for entry of Papst's proposed Protective Order.

Date: June 26, 2007

Respectfully submitted,

*Campbell Killefer*
Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500

*Attorneys for Papst Licensing GmbH & Co. KG*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 26th day of June, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Jeffrey M. Gold
Laura Krawczyk
MORGAN LEWIS & BROCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
**Counsel for Casio Inc. and Casio Computer Co., Ltd.**

Campbell Killefer