UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
:
CASIO INC.                                              :
                                                        :
                    Plaintiff,                          :
          v.                                            :   Civil Action No. 1:06 CV 01751
                                                        :
                                                        :   Judge: Gladys Kessler
PAPST LICENSING GMBH & CO. KG                           :   Magistrate Judge: Deborah A. Robinson
                                                        :
                    Defendant.                          :   Next Hearing Date:   July 19, 2007 before
                                                        :                        Judge Robinson
---------------------------------------------------------:
                                                        :
PAPST LICENSING GMBH & CO. KG                           :
                                                        :
                    Counter-Plaintiff                   :
          v.                                            :
                                                        :
CASIO INC. and                                          :
CASIO COMPUTER CO., LTD.                                :
                                                        :
                    Counter-Defendants.                 :
                                                        :
---------------------------------------------------------x

**PLAINTIFF AND COUNTER-DEFENDANT CASIO INC. AND
COUNTER-DEFENDANT CASIO COMPUTER CO., LTD.'S
SUPPLEMENTAL SUBMISSION REGARDING
<u>PAPST'S MOTION FOR RECONSIDERATION</u>**

Plaintiff and Counter-Defendant Casio Inc. and Counter-Defendant Casio Computer Co., Ltd. provide this supplemental submission is to assure that the Court is aware that Magistrate-Judge Robinson today denied Papst's pending Motion for Clarification, thus confirming that her ruling included an order that Papst's privilege and work product objections were waived. The docket entry reads:

06/27/2007 MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 6/27/07 denying for the reasons offered by Plaintiff in its opposition <u>35</u> Motion for Clarification. (EW) (Entered: 06/27/2007)

1-NY/2197188.1

DATED: June 27, 2007

_____
Jeffrey M. Gold *(pro hac vice)*
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
Fax: (212) 309-6001

J. Kevin Fee (Bar. No. 494016)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-5353
Fax: (202) 739-3001

Scott D. Stimpson, Esq. (*pro hac vice*)
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, New York 10601
(203) 258-8412

Attorneys for Plaintiff and Counter-Defendant
Casio Inc. and Counter-Defendant
Casio Computer Co., Ltd.