UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------X

CASIO INC., 570 Mount Pleasant Avenue,          :
Dover, New Jersey 07801                          :
                                                 : Civil Action No. 1:06 CV 01751
            Plaintiff,                           : Judge: Gladys Kessler
                                                 : Magistrate: Deborah Robinson
        v.                                       :
                                                 : Next status conference: December 4, 2007
                                                 :
PAPST LICENSING GMBH & CO. KG,                   :
Bahnhofstrasse 33, 78112 Georgen,                :
Germany                                          :
                                                 :
            Defendant.                           :
-------------------------------------------------------------X
-------------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,                   :
Bahnhofstrasse 33, 78112 Georgen,                :
Germany                                          :
                                                 : Civil Action No. 1:06 CV 01751
            Counter-Plaintiff,                   : Judge: Gladys Kessler
                                                 : Magistrate: Deborah Robinson
        v.                                       :
                                                 : Next status conference: December 4, 2007
                                                 :
CASIO INC. and                                   :
CASIO COMPUTER CO., LTD.                         :
                                                 :
            Counter-Defendants                   :
-------------------------------------------------------------X

**DECLARATION OF J. KEVIN FEE**

I, J. Kevin Fee, hereby declare as follows:

1.      I am a partner at the law firm of Morgan, Lewis & Bockius LLP in the Washington D.C. Office located at 1111 Pennsylvania Avenue, NW, Washington, D.C. 20004.

2.      I have been admitted to practice law in the District of Columbia since 2005. I am further admitted to practice law in the states of New York and Pennsylvania.

1-NY/2200063.1

3.      Attached hereto as Exhibit A is a true and correct copy of Defendant Papst Licensing GMBH & Co. KG's First Set of Interrogatories (Nos. 1-2), to Casio Computer Co. Ltd., served on April 20, 2007.

4.      Attached hereto as Exhibit B is true and correct copy of Defendant Papst Licensing GMBH & Co. KG's First Set of Interrogatories (Nos. 1-3) to Casio Inc., served on April 20, 2007.

5.      Attached hereto as Exhibit C is true and correct copy of the Federal Trade Commission's report "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy", Ch. 3, pp. 38-43, October 2003.

6.      Attached hereto as Exhibit D is a true and correct copy of Casio Computer Co., Ltd.'s 2006 Corporate Report.

7.      Attached hereto as Exhibit E is a true and correct copy of Scott Stimpson's June 21, 2007 e-mail to Joseph Cwik.

8.      Attached hereto as Exhibit F is a true and correct copy of the Declaration of Satoshi Katakai.

9.      Attached hereto as Exhibit G is a true and correct copy of the Declaration of Koichi Kaneda.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 9, 2007                    By: _____
                                            J. Kevin Fee


EXHIBIT
A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC. | |
| Plaintiff, | Civil Action No. 1:06 CV 01751 |
| v. | Judge: Gladys Kessler |
| PAPST LICENSING GMBH & CO. KG<br>Defendant. | |
| PAPST LICENSING GMBH & CO. KG | |
| Counter-Plaintiff | |
| v. | |
| CASIO INC. and<br>CASIO COMPUTER CO., LTD. | |
| Counter-Defendants | |

**PAPST LICENSING GMBH & CO. KG'S**
**FIRST SET OF INTERROGATORIES TO CASIO COMPUTER CO., LTD.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff, Papst Licensing GmbH & Co. KG ("Papst"), through counsel, requests Plaintiff/Counter-Defendant, Casio Computer Co., Ltd. ("Casio Japan"), to respond to each of the Interrogatories below.

**DEFINITIONS**

1.      "Counter-Defendant," "you," "your," and "Casio Japan" means (a) Casio Computer Co., Ltd., Casio Inc. and all of their parent corporations, predecessor corporations, successor corporations, subsidiary corporations, affiliated or related

companies, and groups and divisions thereof; (b) Casio Japan's present or past directors, officers, employees, agents, consultants, accountants, attorneys and independent contractors that have contractual relations with it; and (c) any person acting or purporting to act or, at the time of the stated subject matter, was acting or purporting to act for or on behalf Casio Japan or anyone under its control, direction or instruction.

      2.    "Document" shall be construed in it broadest sense and shall mean all written, printed, typed, recorded, graphic, stenographic, computer-generated, computer-stored and electronically stored matter of every kind and description, however and by whomever produced, prepared, reproduced, disseminated, or made, including all originals, copies and drafts thereof and all attachments and appendices thereto, and shall also include audiovisual works and magnetic recordings of any type such as video tape recordings, slides, floppy and hard disks, audio recordings and photographic pictures or movies. A copy of any document that contains notes, sketches, annotations, highlighting, underlining or other markings, comments or modification on or of another document shall be considered a separate document.

      3.    "Thing" has the broadest meaning accorded that term by Federal Rule of Civil Procedure 34, and includes every kind of physical specimen or tangible item, other than a document, in Your possession, custody or control.

      4.    A request for a Document shall be deemed to include a request for a Thing. A request for a Thing shall be deemed to include a request for a Document.

      5.    "Or" is inclusive referring to any one or more of the disjoined words or phrases listed.

      6.    "Relating to," "relate to," "relation to," or "relating" means constituting,

discussing or referring to, analyzing, embodying, evidencing, consulting, recording, communicating, involving, describing, pertaining to, concerning, or containing, directly or indirectly in any way, the subject matter of the particular request.

7.    "Communication," "communicate" or "communicating" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or by document or whether face-to-face, by telephone, mail, telex, facsimile, personal delivery or otherwise.

8.    The term "Lawsuit" means any type of legal action including but not limited to lawsuits filed in federal or state courts, administrative proceedings, ITC proceedings, USPTO proceedings and international cases filed in any tribunal.

9.    The terms "identify" or "identity" or "identification" when used in connection with an individual means: state the individual's full name; his or her home and business addresses; his or her last known employer; his or her position, title, or job description; and if employed by You, the individual's dates and regular places of employment and general duties.

10.    The terms "identify" or "identity" or "identification" when used in connection with a company, corporation, association, partnership, joint venture, or any legal entity other than a natural person means; state its full name and type of organization or entity; state the address of its principal place of business, its date and place of incorporation; and identify its officers, directors, and managing agents.

11.    The terms "identify" or "identity" or "identification" when used in connection with an oral statement or discussion means: state the name of the speaker; the date of the statement; the place at which the statement was made; the person or persons to

whom the statement was addressed, if practicable, and otherwise a general description of the persons to whom the statement was addressed; the subject matter of the statement; and if the statement was memorialized in writing or mechanical or other recording, state the date and present location of said recording.

12.     The terms "identify" or "identity" or "identification" when used in connection with a written document or statement means; state the name of the author, the type of document or writing, the date, the addressee, or recipient, if practicable, and otherwise a general description of the persons to whom the writing was distributed, the subject matter, and the present location. In lieu of such identification, You may attach a copy of the written containing said written statement and refer thereto in Your answer.

13.     As used herein, "Casio Digital Camera" shall mean all designs, implementations, models, and versions of all Casio digital cameras capable of transferring picture information to another device.

14.     "Patents-in-Suit" refers to United States Patent No. 6,895,449 ("the '449 patent") and United States Patent No. 6,470,399 ("the '399 patent").

## INSTRUCTIONS

1.     Where knowledge or information in Your possession is requested, the request extends to knowledge or information in the possession of Your agents, representatives, and attorneys. Whenever an answer to these interrogatories contains information that is not based upon Your personal knowledge, state the source and the nature of such information.

2.     Answer all of the interrogatories completely. If You contend that the answer to any interrogatory is privileged in whole or in part, state all facts supporting such privilege,

and identify each person having knowledge of the factual basis on which the privilege is asserted. Answer should be made of all knowledge and information which is not privileged.

3.    If You have no knowledge or information responsive to a particular interrogatory, please state such.

4.    These interrogatories shall be deemed continuing and Casio Japan shall supplement and seasonably amend its responses as required under the Federal Rules.

5.    If an objection is made to any interrogatory, answer should be made of all knowledge and information to which the objection does not relate.

6.    If Casio Japan finds the meaning of any term in these interrogatories unclear, Casio Japan shall assume a reasonable meaning, state what the assumed meaning is, and respond to the interrogatory according to the assumed meaning.

7.    Unless otherwise specified, the interrogatories below are not limited to the knowledge or information in the United States. Instead, they relate to any such knowledge or information in any country.

8.    The phrase "Identify any entity or person involved in the research, development, design, re-design, prototype production, testing, licensing, manufacturing, commercial production, sale, offer for sale or importation for each Casio Digital Camera used, manufactured, sold, offered for sale, licensed or imported into the United States" shall mean:

   a.    For each entity or person identified, describe what each entity or individual did in the research, development, design, re-design, prototype production, testing, licensing, manufacturing, commercial production, sale, offer for sale or importation for each

5

Casio Digital Camera; the corresponding time period(s) in which each entity or person was involved in the research, development, design, re-design, prototype production, testing, licensing, manufacturing, commercial production, sale, offer for sale or importation for each Casio Digital Camera; and each individual's title and employer during those corresponding time period(s);

b. Identify all documents (by Bates Number) showing the identity of any entity or person involved in the research, development, design, re-design, prototype production, testing, licensing, manufacturing, commercial production, sale, offer for sale or importation for each Casio Digital Camera.

## PAPST'S INTERROGATORIES

**INTERROGATORY NO. 1:**     Identify any entity or person involved in the research, development, design, re-design, prototype production, testing, licensing, manufacturing,  commercial production, sale, offer for sale or importation for each Casio Digital Camera used, manufactured, sold, offered for sale, licensed or imported into the United States after October 22, 2002.

**INTERROGATORY NO. 2:**     Separately with respect to each of the Patents-In-Suit, state:

    (A)    The dates upon which, and the circumstances under which, Casio first became aware of the Patents-In-Suit, and the persons who became aware of them;

    (B)    Whether Casio received legal advice at any time, including after the filing of the Complaint, that it did not infringe each of the patents in suit, or that each of the Patents-In-Suit was invalid or unenforceable and, if so, identify the date upon which, and the circumstances under which Casio obtained such legal advice, or caused any studies relating to such advice to be made, as well as any oral or written opinion of legal counsel, with respect to:

        (i)    the infringement or non-infringement of the Patents-In-Suit; and/or

        (ii)    the validity, invalidity, enforceability or unenforceability of the Patents-In-Suit;

7

(C)    Identify all persons having knowledge of the subject matter of Casio's

response to this interrogatory, and locate and identify all documents

pertaining to the subject matter of Casio's response to this interrogatory;

and

(D)    Identify all discussions, communications, events or documents that relate

to or refer to any legal advice received by Casio with respect to:

(i)    the infringement or non-infringement of the Patents-In-Suit; and/or

(ii)    the validity, invalidity, enforceability or unenforceability of the

Patents-In-Suit.


Dated:  April 20, 2007


   /s/ Joseph E. Cwik
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
**Attorneys    for    Defendant/Counter-
Plaintiff, Papst Licensing GmbH & Co.
KG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PAPST LICENSING GMBH & CO. KG'S FIRST SET OF INTERROGATORIES TO CASIO COMPUTER CO., LTD. was served on this the 20th day of April, 2007 upon the attorneys for Casio Inc. as follows:

**VIA U.S. MAIL and E-MAIL**
J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Counsel for Casio Inc.

**VIA U.S. MAIL And E-MAIL**
Scott Simpson
Jeffrey Gold
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178

/s/ Joseph E. Cwik
Attorney for Papst Licensing GmbH & Co.
KG

9



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG<br>Defendant.<br>—————————————————————<br>PAPST LICENSING GMBH & CO. KG<br><br>Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler |

**PAPST LICENSING GMBH & CO. KG'S**
**FIRST SET OF INTERROGATORIES TO CASIO INC.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff, Papst Licensing GmbH & Co. KG ("Papst"), through counsel, requests Plaintiff/Counter-Defendant, Casio Inc. ("Casio"), to respond to each of the Interrogatories below.

**DEFINITIONS**

1.     "Plaintiff," "you," "your," and "Casio" means (a) Casio Inc., Casio Computer Co., Ltd. and all of their parent corporations, predecessor corporations, successor corporations, subsidiary corporations, affiliated or related companies, and

groups and divisions thereof; (b) Casio's present or past directors, officers, employees, agents, consultants, accountants, attorneys and independent contractors that have contractual relations with it; and (c) any person acting or purporting to act or, at the time of the stated subject matter, was acting or purporting to act for or on behalf Casio or anyone under its control, direction or instruction.

    2.    "Document" shall be construed in it broadest sense and shall mean all written, printed, typed, recorded, graphic, stenographic, computer-generated, computer-stored and electronically stored matter of every kind and description, however and by whomever produced, prepared, reproduced, disseminated, or made, including all originals, copies and drafts thereof and all attachments and appendices thereto, and shall also include audiovisual works and magnetic recordings of any type such as video tape recordings, slides, floppy and hard disks, audio recordings and photographic pictures or movies. A copy of any document that contains notes, sketches, annotations, highlighting, underlining or other markings, comments or modification on or of another document shall be considered a separate document.

    3.    "Thing" has the broadest meaning accorded that term by Federal Rule of Civil Procedure 34, and includes every kind of physical specimen or tangible item, other than a document, in Your possession, custody or control.

    4.    A request for a Document shall be deemed to include a request for a Thing. A request for a Thing shall be deemed to include a request for a Document.

    5.    "Or" is inclusive referring to any one or more of the disjoined words or phrases listed.

    6.    "Relating to," "relate to," "relation to," or "relating" means constituting,

2

discussing or referring to, analyzing, embodying, evidencing, consulting, recording, communicating, involving, describing, pertaining to, concerning, or containing, directly or indirectly in any way, the subject matter of the particular request.

7.      "Communication," "communicate" or "communicating" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or by document or whether face-to-face, by telephone, mail, telex, facsimile, personal delivery or otherwise.

8.      The term "Lawsuit" means any type of legal action including but not limited to lawsuits filed in federal or state courts, administrative proceedings, ITC proceedings, USPTO proceedings and international cases filed in any tribunal.

9.      The terms "identify" or "identity" or "identification" when used in connection with an individual means: state the individual's full name; his or her home and business addresses; his or her last known employer; his or her position, title, or job description; and if employed by You, the individual's dates and regular places of employment and general duties.

10.     The terms "identify" or "identity" or "identification" when used in connection with a company, corporation, association, partnership, joint venture, or any legal entity other than a natural person means; state its full name and type of organization or entity; state the address of its principal place of business, its date and place of incorporation; and identify its officers, directors, and managing agents.

11.     The terms "identify" or "identity" or "identification" when used in connection with an oral statement or discussion means: state the name of the speaker; the date of the statement; the place at which the statement was made; the person or persons to

whom the statement was addressed, if practicable, and otherwise a general description of the persons to whom the statement was addressed; the subject matter of the statement; and if the statement was memorialized in writing or mechanical or other recording, state the date and present location of said recording.

12.    The terms "identify" or "identity" or "identification" when used in connection with a written document or statement means; state the name of the author, the type of document or writing, the date, the addressee, or recipient, if practicable, and otherwise a general description of the persons to whom the writing was distributed, the subject matter, and the present location.  In lieu of such identification, You may attach a copy of the written containing said written statement and refer thereto in Your answer.

13.    As used herein, "Casio Digital Camera" shall mean all designs, implementations, models, and versions of all Casio digital cameras capable of transferring picture information to another device, that have been used, manufactured, sold, offered for sale, licensed or imported into the United States since October 22, 2002.

14.    "Patents-in-Suit" refers to United States Patent No. 6,895,449 ("the '449 patent") and United States Patent No. 6,470,399 ("the '399 patent").

## INSTRUCTIONS

1.    Where knowledge or information in Your possession is requested, the request extends to knowledge or information in the possession of Your agents, representatives, and attorneys.  Whenever an answer to these interrogatories contains information that is not based upon Your personal knowledge, state the source and the nature of such information.

2.    Answer all of the interrogatories completely.  If You contend that the answer

4

to any interrogatory is privileged in whole or in part, state all facts supporting such privilege, and identify each person having knowledge of the factual basis on which the privilege is asserted. Answer should be made of all knowledge and information which is not privileged.

3.      If You have no knowledge or information responsive to a particular interrogatory, please state such.

4.      These interrogatories shall be deemed continuing and Casio shall supplement and seasonably amend its responses as required under the Federal Rules.

5.      If an objection is made to any interrogatory, answer should be made of all knowledge and information to which the objection does not relate.

6.      If Casio finds the meaning of any term in these interrogatories unclear, Casio shall assume a reasonable meaning, state what the assumed meaning is, and respond to the interrogatory according to the assumed meaning.

7.      Unless otherwise specified, the interrogatories below are not limited to the knowledge or information in the United States. Instead, they relate to any such knowledge or information in any country.

8.      The phrase "Describe in full and complete detail how each Casio Digital Camera does not infringe each of the Patents-in-Suit" shall mean:

        a.      Describe in full and complete detail the meaning of each term and each claim element in each claim and the basis for Casio's alleged meaning of each term and each claim element, including, but not limited to, an identification and explanation of all documents and other evidence that concerns and/or supports the interpretation of each phrase and each claim element;

b. Provide a full and complete identification and description of each Casio Digital Camera, including a full and complete identification of all documents that concern or describe the operation and/or construction of each Casio Digital Camera;

c. Provide a full and complete explanation of how any and all claim elements do not read on each Casio Digital Camera; and

d. Provide an identification of all documents and things that support in any way Casio's Complaint, Answer or Affirmative Defenses and a full and complete explanation of how they support Casio's Complaint, Answer or Affirmative Defenses.

e. Describe, for each and every claim element, whether any non-infringement is literal non-infringement and/or non-infringement under the doctrine of equivalents.

9. The phrase "Describe in full and complete detail the bases for the allegations in Casio's Complaint that the Patents-in-Suit are invalid for failing to comply with the patent laws of the United States" shall mean:

a. Describe in full and complete detail the meaning of each term and each claim element in each claim and the basis for Casio's alleged meaning of each term and each claim element, including, but not limited to, an identification and explanation of all documents and other evidence that concerns and/or supports the interpretation of each phrase and each claim element;

b. Provide a full and complete identification and description of each

6

alleged prior art reference, including a full and complete identification of all documents that concern or describe each prior art reference, including all documents that provide written corroboration that any actual product constituting alleged prior art was or was not on sale or sold anywhere in the world;

c.   Provide a full and complete explanation of how any and all prior art reference(s), in combination or alone, read on each element of each claim of the Patents-In-Suit;

d.   Provide an identification of all documents and things that support in any way Casio's Complaint, Answer or Affirmative Defenses and a full and complete explanation of how it supports Casio's Complaint, Answer or Affirmative Defenses;

e.   For any invalidity assertion under 35 U.S.C. § 103, provide a full and complete explanation how each prior art reference teaches, suggests or otherwise provides a motivation to combine with any other prior art reference;

f.   Provide a full and complete explanation of why the Patents-In-Suit are invalid for failing to comply with 35 U.S.C. § 112.

## PAPST'S INTERROGATORIES

**INTERROGATORY NO. 1:**        Describe in full and complete detail how each Casio Digital Camera does not infringe each of the Patents-in-Suit.

**INTERROGATORY NO. 2:**        Describe in full and complete detail the bases for the allegations in Casio's Complaint that the Patents-in-Suit are invalid for failing to comply with the patent laws of the United States.

**INTERROGATORY NO. 3:**        Separately with respect to each of the Patents-In-Suit, state:

(A)    The dates upon which, and the circumstances under which, Casio first became aware of the Patents-In-Suit, and the persons who became aware of them;

(B)    Whether Casio received legal advice at any time, including after the filing of the Complaint, that it did not infringe each of the patents in suit, or that each of the Patents-In-Suit was invalid or unenforceable and, if so, identify the date upon which, and the circumstances under which Casio obtained such legal advice, or caused any studies relating to such advice to be made, as well as any oral or written opinion of legal counsel, with respect to:

(i)    the infringement or non-infringement of the Patents-In-Suit; and/or

(ii)    the validity, invalidity, enforceability or unenforceability of the

Patents-In-Suit;

(C)     Identify all persons having knowledge of the subject matter of Casio's

response to this interrogatory, and locate and identify all documents

pertaining to the subject matter of Casio's response to this interrogatory;

and

(D)     Identify all discussions, communications, events or documents that relate

to or refer to any legal advice received by Casio with respect to:

(i)     the infringement or non-infringement of the Patents-In-Suit; and/or

(ii)     the validity, invalidity, enforceability or unenforceability of the

Patents-In-Suit.


Dated:  April 20, 2007


/s/ Joseph E. Cwik
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606
 (312) 655-1500

Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
**Attorneys     for     Defendant/Counter-
Plaintiff, Papst Licensing GmbH & Co.
KG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PAPST LICENSING GMBH & CO. KG'S FIRST SET OF INTERROGATORIES TO CASIO INC.was served on this the 20th day of April, 2007 upon the attorneys for Casio Inc. as follows:

**VIA U.S. MAIL and E-MAIL**
J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Counsel for Casio Inc.

**VIA U.S. MAIL AND E-MAIL**
Scott Simpson
Jeffrey Gold
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178

/s/ Joseph E. Cwik
Attorney for Papst Licensing GmbH & Co.
KG

10



 

FEDERAL TRADE COMMISSION

# To Promote Innovation:
## The Proper Balance of Competition and Patent Law and Policy

### A Report by the Federal Trade Commission
### October 2003





    

In their business survey, Professors Hall and Ziedonis concluded that semiconductor firms with large sunk costs in complex manufacturing facilities started to patent defensively in the 1980s to reduce, among other things, "concerns about being held up by external patent owners."[237] These concerns stemmed in part from Polaroid's successful patent infringement suit against Kodak.[238] One industry participant interviewed by Professors Ziedonis and Hall stated, "a preliminary injunction would be detrimental to a firm if it means shutting down a high-volume manufacturing facility; loss of one week's production alone can cost millions of dollars."[239] Firms in the computer hardware industries responded to the possibility of having their production enjoined by accumulating large patent portfolios. If a rival company sought to employ a hold-up strategy against them, they would draw on their portfolio to assert patent infringement counterclaims against that rival, resulting in what panelists described as "mutually assured destruction" or "MAD."[240]

(i).    The Rise of Non-Practicing Entities

The potential for hold-up to result in mutually assured destruction means firms actively participating in the industry – patent practicing entities (PPEs) – are unlikely to employ this strategy against each other.[241] Panelists, however, identified firms referred to as non-practicing entities (NPEs) that can successfully employ a hold-up strategy without fear of retaliation.[242] NPEs obtain and enforce patents against other firms, but either have no product or do not create or sell a product that is vulnerable to infringement countersuit by the company against which the patent is being enforced. As discussed *supra* in Chapter 2, MAD strategies to mitigate hold-up will not work against NPEs, who are not susceptible to the threat of a countersuit shutting down their production.[243] In contrast, NPEs can threaten PPEs with patent infringement and an injunction, which, if granted, could inflict substantial losses.[244]

Panelists identified three types of NPEs in the computer hardware industry: (1) non-practicing design firms, which patent their inventions but do not make or sell patented products to consumers; (2)

---

[237]  Hall & Ziedonis, 32 RAND J. ECON. at 104; *see also* Box 3-6; Rosemarie Ziedonis, *When the Giants' Shoulders are Crowded: Fragmented Rights and Patent Strategies in Semiconductors* 4 (July 2002) *in draft at* http://www.isnie.org/ISNIE02/Papers02/ziedonis.pdf.

[238]  *See* Hall & Ziedonis, 32 RAND J. ECON. at 109.

[239]  *Id.*; *see generally* John R. Boyce & Aidan Hollis, *Innovation, Imitation & Preliminary Injunctions in Patents* (Public Comment), at http://www.ftc.gov/os/comments/intelpropertycomments/0205xxhollis.pdf.

[240]  *See* Hall 2/28 at 662; Detkin 2/28 at 669; Poppen 2/28 at 684-85; Barr 2/28 at 713; *see also* Hall & Ziedonis, 32 RAND J. ECON. at 109.

---

[241]  *See* Poppen 2/28 at 684-86.

[242]  *See* Rhoden 2/28 at 723-24; Carl Shapiro, *Technology Cross-Licensing Practices: FTC v. Intel (1999)*, *in* 4 THE ANTITRUST REVOLUTION: ECONOMICS, COMPETITION AND POLICY 350, 356 (John E Kwoka, Jr. & Lawrence J. White eds. 2004).

[243]  *See* Poppen 2/28 at 685-89; Detkin 2/28 at 671-72.

[244]  *See* Poppen 2/28 at 685-89; Detkin 2/28 at 671-72; Hall & Ziedonis, 32 RAND J. ECON. at 109. For additional discussion of issues raised by NPE conduct, *see supra* Ch. 2(III)(C)(2) and Second Report (forthcoming).

"professional" patent assertion companies that buy patents from other companies, particularly those that are bankrupt, and then assert them against practicing entities; and (3) "patent miners," which are companies that assert their patent portfolios against firms outside of their business.[245]

Professor Ziedonis noted that the number of cases filed by NPEs has increased since the mid-1980s, and that the sale of patents by failing companies has increased since the 1990s.[246] One third of the patent

lawsuits filed by a group of 136 companies, for example, involved patents not invented by the company.[247] Two panelists confirmed that an increasing number of companies are seeking to buy and sell the patent portfolios of failing companies to assert against other firms.[248] In their business analysis of licensing practices in the semiconductor and electronics industry, Professors Grindley and Teece observe that "occasionally, firms can purchase a portfolio of patents with which to establish cross-licensing relationships; but quality patents often are not available in this fashion."[249]

(ii)    Hold-Up and Patent Thickets

In industries such as the computer hardware industries, where innovation is cumulative, panelists noted that hold-up is more likely to occur, because the presence of a patent thicket makes patent infringement very difficult to avoid.[250] As Professor Shapiro observed, participants in the semiconductor industry receive "thousands of patents . . . each year and manufacturers can potentially infringe on hundreds of patents with a single product."[251] Another panelist stated that "the large number of

---

[245] *See* Poppen 2/28 at 685-88; Detkin 2/28 at 672.

The panelists discussed two reasons for the emergence of "patent mining" by companies. First, the need to patent defensively has forced many firms to develop extensive patent portfolios, at considerable cost. One business representative stated that it costs about $200,000 to maintain a patent worldwide over a period of 20 years. *See* Brunt 3/20 at 25. Panelists reported that some companies have sought to offset these costs by seeking to license their patents to other companies, particularly companies that operate outside the market of the patent holder, because a higher royalty can be extracted due to an imbalance in bargaining positions. *See id.*; Poppen 2/28 at 684; Thurston 3/20 at 34.

Second, panelists contended that business attitudes towards patents have changed since the 1980s. The management of some companies, some asserted, have begun to treat patents as an asset that must generate a return, instead of as a means to exclude parties from a particular invention. *See* Wolin 3/20 at 81. Panelists cited two examples to support this change in attitude. First, a number of panelists mentioned Texas Instruments, which successfully instigated a patent mining program in the late 1980s to save the company from bankruptcy, and thereby became an example to other companies of how to mine their patents. *See* Thurston 3/20 at 28-29; Wolin 3/20 at 81; Ziedonis 3/20 at 83; Telecky 2/28 at 653; Macher et al., *Semiconductors* at 281; Grindley & Teece, 39 CAL. MGMT. REV. at 20. Second, a widely read book in business circles entitled *Rembrandts in the Attic* encourages managers to generate revenue from their patents by mining them. *See* Hughes 2/28 at 614; KEVIN G. RIVETTE & DAVID KLINE, REMBRANDTS IN THE ATTIC: UNLOCKING THE HIDDEN VALUE OF PATENTS (Harvard Business School Press 1999).

[246] *See* Ziedonis 3/20 at 71, 73-74.

[247] *See* Ziedonis 3/20 at 73-74.

[248] *See* Thurston 3/20 at 75; Wolin 3/20 at 76.

[249] Grindley and Teece, 39 CAL. MGMT. REV. at 31; *see also* Shapiro 11/6 at 176 (observing that "I've even seen a situation where a portfolio was split up and some patents split off to a third party who had no other commercial interests, so they could assert it most aggressively against other industry players.").

[250] *See* Barr 2/28 at 676; Hall & Ziedonis, 32 RAND J. ECON. at 110.

[251] *See* Shapiro, *Navigating the Patent Thicket* at 125.

issued patents in our field makes it virtually impossible to search all potentially relevant patents, review the claims, and evaluate the possibility of an infringement claim or the need for a license."[252] This problem of unavoidable patent infringement is heightened, commentators stated, by the risk of patent applications still pending and unpublished by the PTO after a company has sunk significant costs in a new product.[253]

Commentators have also observed that companies seeking to hold up rivals can set the licensing fees below the cost of litigation, including the managerial distraction, so as to make the taking of a license the only economically sensible alternative, regardless of the strength of the patent.[254] Professor Shapiro contends that the lack of effective mechanisms to challenge questionable patents, the presumption of validity, and "a patent office that is generous to patent applicants" also facilitate the use of hold-up strategies by NPEs.[255] Several panelists asserted that companies can use a continuation on their own patent application deliberately to delay

patent issuance by the PTO.[256] This enables such companies, one panelist asserted, to tailor their patent claims to cover a rival's product using insights gained from reverse-engineering that product.[257]

(iii).   The Potential for Hold-Up to Harm Consumers

Commentators identified four ways that hold-up can harm competition and innovation. First, obtaining a license after costs have been sunk will result in a higher royalty to the NPE than if a license were negotiated prior to the sinking of costs.[258] One reason for this higher royalty is that PPEs obtaining a license under threat of hold-up typically do not have the option of designing around the patent the NPE asserted, because redesigning a product after significant costs have been sunk is usually not economically viable.[259] According to Professor Shapiro, the higher royalty paid by companies subject to a hold-up strategy may result in higher prices to consumers, inefficiently low use of the affected

[252] Robert Barr, *Statement* (2/28/02) 1, *at* http://www.ftc.gov/opp/intellect/barrrobert.doc (hereinafter Barr (stmt)).

[253] *See* Barr 2/28 at 676; Shapiro, *Navigating the Patent Thicket* at 125-26. *See supra* Ch. 2(III)(C) and *infra* Chs. 4(II)(C)(1) and 5(II)(C)(4).

[254] *See* Ziedonis 3/20 at 71-72; Barr 2/28 at 680 and (stmt) 2; Mark A. Lemley, *Rational Ignorance at the Patent Office*, 95 Nw. L.Rev. 1495, 1517 (2001) (noting that "patent owners might try to game the system by seeking to license even clearly bad patents for royalty payments small enough that licensees decide that it is not worth going to court").

[255] Shapiro, *Technology Cross-Licensing Practices: FTC v. Intel (1999)* at 355.

[256] *See* Poppen 2/28 at 687-88; McCurdy 3/20 at 37; Mar-Spinola 2/28 at 715-16; Barr 10/30 at 146-47; *see also infra* Ch. 4(II)(C)(1).

[257] *See* Poppen 2/28 at 688.

[258] *See* Shapiro, *Navigating the Patent Thicket* at 125.

[259] *See* Shapiro, *Navigating the Patent Thicket* at 125; Barr (stmt) 2-3; Rosemarie Ziedonis, *When the Giants' Shoulders are Crowded: Fragmented Rights and Patent Strategies in Semiconductors* at 8. Just as an NPE may wish to set the royalty fee it seeks at just below what it would cost the "held up" firm to litigate the validity or infringement of the NPE's patent, so an NPE may wish to set its requested royalty fee at just below what it would cost the firm to redesign around the patent.

40

products, and deadweight loss.[260] The cumulative effect of many such licenses may exacerbate these effects.[261] Second, innovation may suffer because some companies will "refrain from introducing certain products for fear of hold-up."[262]

     Third, by seeking royalties below the cost of challenging a patent's validity, NPEs can obtain royalties on improperly granted patents. Royalties on improperly granted patents cause an inefficient allocation of society's resources and a transfer that "encourages patenting and discourages competition to a greater extent than is socially optimal."[263] One panelist observed that NPEs can use this same strategy to induce PPEs to obtain licenses for patents that are likely not infringed by the PPE's product.[264] Finally, a number of panelists representing manufacturing firms contended that hold-up causes a wealth transfer from firms engaged in innovation that results in benefits to firms that are simply exploiting the patent system without benefitting consumers.[265] One panelist, however,

responded that "we're not sure that in every instance where there's a patentee with no product, that they haven't legitimately contributed something to the fund of human knowledge."[266]

## F.    Tools to Navigate the Patent Thicket

     The panelists discussed three licensing strategies that firms can use to navigate patent thickets: (1) cross-licensing; (2) patent pooling; and (3) standard setting. The panelists generally agreed that each strategy, despite involving certain transaction costs, has been effective in clearing the patent thicket.[267]

### 1.    Cross-Licensing

     Cross-licensing is one of the mechanisms used by integrated firms and hardware companies in particular to obtain design freedom when a patent thicket exists.[268] The main variables are: (1) the number of patents at issue; and (2) the use of balancing payments (*i.e.*, monetary payments to even out the value of the portfolios being cross-licensed).[269] The

---

[260] *See* Shapiro, *Navigating the Patent Thicket* at 125; Poppen 2/28 at 690.

[261] *See* Shapiro, *Navigating the Patent Thicket* at 126.

[262] *Id.*; *see also* Grindley & Teece, 39 CAL. MGMT. REV. at 20.

[263] Lemley, 95 NW. L. REV. at 1517.

[264] Barr (stmt) 2-3.

[265] *See* Poppen 2/28 at 689-90; Barr 2/28 at 679 and (stmt) 1-3 (the exploitation of the patent system as a revenue-generating tool in its own right has hindered true innovation and outweighed the benefits); Detkin 2/28 at 673 and 728-30. Another concern expressed was that hold-up may force innovative firms to move their manufacturing and sales operations offshore to minimize their exposure to such strategies.

---

[266] Telecky 2/28 at 703.

[267] *See* Grindley & Teece, 39 CAL. MGMT. REV. at 16; Detkin 2/28 at 711 (stating that hold-up is the problem, not thickets).

[268] *See* McCurdy 3/20 at 67 (noting the greater prevalence of cross-licensing in semiconductors and information technology industries than in pharmaceuticals). For a discussion of the antitrust treatment of cross-licensing, *see* Second Report (forthcoming). For an historical overview of licensing practices at Texas Instruments, *see* E. Thompson 11/6 at 9-11.

[269] *See* McCurdy 3/20 at 67-69.

number of patents that are cross-licensed can vary from two to a complete patent portfolio, which might include thousands of patents. Balancing payments are often negotiated by the parties and are used to address a relative imbalance in patent portfolio size or quality.[270]

One panelist outlined three factors his company considers when deciding whether to license: (1) potential patent infringement claims the prospective licensee might have against his company; (2) potential patent infringement claims his company has against the prospective licensee; and (3) the relative interest of the parties in reaching a cross-licensing arrangement.[271] According to another panelist, integrated firms and hardware companies usually settle cross-licensing negotiations without filing lawsuits.[272]

## 2.     Patent Pools

The centralized management that patent pools entail may help in avoiding the royalty stacking/complements problems that economists have suggested may develop when multiple patents are needed for follow-on activities, and each patentee independently determines its own royalty rates.[273] One panelist stated that "patent pools have become critically important mechanisms for enabling widespread use of new technologies that require access to a multitude of patents dispersed among a multitude of parties."[274]

That panelist expressed two concerns, however, about the use of patent pools. First, he stated that some patent holders with critical patents avoid *ex ante* negotiations by asserting that the antitrust laws prevent them from negotiating royalties prior to selection of the specific patents in the pool.[275] He argued that the negotiation of the royalty in advance of the selection of specific patents in the pool was preferable.[276] Second, he contended that applicants should be able to choose which patents they license from a patent pool, rather than be forced to take a license for the totality of patents, which is the most commonly used approach.[277]

---

[270] *See id.* at 69, 72.

[271] *See* Detkin 2/28 at 669-70 (stating that Intel considers three things when deciding whether to license: "What have they got on us, what do we have on them, and who cares?").

[272] *See* McCurdy 3/20 at 69. For a discussion of some of the antitrust issues raised by cross-licensing, *see* Second Report (forthcoming).

---

[273] *See* Barr 2/28 at 733 (finding patent pools useful for consolidating administration and limiting royalty stacking problems). *See generally supra* Ch. 2(III)(C)(3) (discussing royalty stacking and Cournot's complements problem).

[274] Fox 2/28 at 700.

[275] *See id.* at 732; *see also* Second Report (forthcoming).

[276] *See* Fox 2/28 at 737, 732 (suggesting that lower royalties or better terms might be negotiated in return for accepting the patent into the pool). For analysis of analogous issues raised by *ex ante* negotiations involving standard-setting bodies, *see* Second Report (forthcoming).

[277] *See* Fox 2/28 at 699. For analysis of the relevant antitrust considerations, *see* Second Report (forthcoming).

### 3.    Standard-Setting

By establishing rules governing access to the intellectual property embodied in their standards, standard-settings organizations (SSOs) can clear patent thickets that otherwise might stand in the way of follow-on innovation.  Professor Lemley, who recently conducted a study of SSOs, found them most active "in industries in which it looks like patent hold-up is the biggest problem [such as] in computers, in semiconductors . . . [but not in] pharmaceuticals, in biotechnology, and so forth."[278]  Without a way to "clear[]" intellectual property rights held by "dozens or hundreds of different parties," he warned, "nobody's going to be able to make a product that works with a particular technical standard."[279]  Professor Lemley found that 17 of the 21 SSOs studied in fact required "some form of licensing . . . [m]ost commonly . . . on 'reasonable and non-discriminatory terms.'"[280]

## G.    Conclusion

Panelists in the hardware and semiconductor industries emphasized competition as a  driver of innovation.  Trade secret protection also contributes to innovation in these industries.  Testimony regarding the role of patents was mixed.  The record generally corresponded with the results obtained by Professors Cohen,

Nelson, and Walsh in their business survey of appropriability mechanisms for firms in the United States:  the semiconductor industry was among the least reliant on patents to appropriate returns on investment in R&D.[281]  Panelists, however, also identified an exception to these results: patents are a driver of innovation for design firms.

The hearing record highlighted many of the issues that economists suggested might arise in contexts that involve cumulative innovation and a multiplicity of patents.  Specifically, the participants from these industries confirmed a trend toward defensive patenting and stated that patents can deter innovation:  (1) by contributing to patent thickets, and (2) through their use by NPEs to hold up PPEs.  Panelists also observed that various patent licensing arrangements – cross-licensing, patent pools, and the licensing requirements of standard setting organizations – have helped to mitigate the potential harm to innovation caused by patent thickets.

---

[278] Lemley 4/18 at 35-37.  Of course, other factors, such as considerations of achieving compatibility and network effects, also might explain this result.

[279] *Id.* at 20.

[280] *Id.* at 23.  Certain of the antitrust issues raised by SSO activities are discussed in Second Report (forthcoming).

[281] *See* COHEN ET AL., PROTECTING THEIR INTELLECTUAL ASSETS.



Casio
Corporate Report
2006

Successful Business for a Sustainable World

CASIO








Contact Information

**Casio Computer Co., Ltd.**

http://world.casio.com

For inquiries on CSR in general:

CSR Operations Section
Casio Computer Co., Ltd.
1-6-2 Honmachi, Shibuya-ku Tokyo 151-8543
Tel : +81-3-5334-4901  Fax : +81-3-5334-4547
Email: csr-report@casio.co.jp

For inquiries on environmental issues:

Environment Center
Casio Computer Co., Ltd.
3-2-1 Sakae-cho, Hamura-shi Tokyo 205-8555
Tel : +81-42-579-7256  Fax : +81-42-579-7718
Email: eco-report@casio.co.jp

Published: December 2006

# Introduction

## Growing with Society through Creativity and Contribution

"Let's build the ideal calculator with our very own hands." This was the mantra adopted by the four Kashio brothers as they developed a calculator that used only only electrical circuits—back when gear-operated mechanical calculators were the only available technology. By 1957, the four brothers had already succeeded, introducing the world's first small, fully electric calculator (the "14-A"), and founding Casio Computer Co., Ltd.

Ever since, Casio has been leveraging its digital technologies to advance into new business fields—timepieces, musical instruments, and LCD monitors, to name a few. Casio's dynamism comes from its profound ability to develop innovative products that meet latent but universal needs. Again and again, Casio has defied conventional wisdom to give people the things they really need but haven't even thought of yet. The company is contributing to societies around the world by delivering convenience and entertainment, creating new markets, and facilitating cultural development.

True to its corporate creed, "Creativity and Contribution," Casio's greatest responsibility is improving people's lives by developing groundbreaking new products. Along with this core commitment, Casio is proud to say that all of its employees have, as part of their job descriptions, determined their own personal commitment to social contribution. The goal of the company and all of its people is to grow by helping society to grow.

# Contents

Message from the President of Casio Social Responsibility ... 02

**Corporate Profile**
History of Casio ... 04
Business Overview ... 06
Casio's Unique Strengths ... 10

**CSR Highlights**
Research & Development—Next Generation Fuel Cell ... 15
Production—Yamagata Casio Receives 2006 Nikkei "Monozukuri" Grand Prize ... 16
Social Contribution—Corporate Citizenship Down to Earth Program ... 18
Environment—Initiatives to Help Prevent Global Warming: Working to Achieve Fiscal 2011 Targets ... 20
European Regulatory Initiatives ... 21

**CSR Management**
Corporate Creed and Charter of Creativity ... 22
Corporate Governance ... 23
Compliance and Risk Management ... 24

**Casio in the Market**
Response to Customers—Customer Satisfaction and Quality Assurance ... 26
Responses to Suppliers—Building Strong Partnerships ... 28
Responses to Shareholders and Investors—Optimum
Shareholder Return and Information Disclosure ... 29
  Responses to Customers—Stable Supply of Products
  Responsiveness to Customers—Research and Development of Next Generation Products

**Environment**
Environmental Management Vision ... 30
Casio Environmental Charter and Casio Fundamental
Environmental Policies
Environmental Action Plan "Clean & Green 21" Initiative ... 32
From Eco-product Design to CSR Design ... 34
LCA Evaluation Report ... 36
Material Balance of Business Activities ... 37
Communication and Disclosure about the Environment ... 38
Environmental Accounting
  Green Procurement and Green Purchasing
  Initiatives to Prevent Global Warming
  Prevention of Air and Water Pollution and Reduction of Industrial Water Usage
  Control of Chemical Substances and Proper Use
  Reduction of Waste Generation and Landfill Disposal
  Environmentally Friendly Packaging Materials

**Casio and Employees**
Creating Employment Opportunities ... 40
Approaching and Employing Qualified Workers ... 41
Building a Supportive Work Environment ... 42
Efforts of Occupational Safety and Health ... 43

**Casio and Society**
Social Contribution Initiatives ... 44
  Philosophy, Local Communities,
  Civic Society, International Community

**Company Data**
Company Data ... 48

Webmark: [] Recognition from Society/Scope of the Report  [] Customer's View  [] Staff Column

## Editorial Policy

Casio began publishing its Environmental Report in 1999. In 2004, this publication was changed to the Sustainability Report with the addition of social and economic content. In 2005, the content was further improved to create the Corporate Social Responsibility Report. In 2006, it has been renamed the Corporate Report. The report now includes the previously separate Corporate Profile. By also adding a new section to the CSR Report offering more detailed data, Casio is striving to provide more accessible information to all of its stakeholders.

The term "we" as used in this report, except where indicated otherwise, refers to all stakeholders, including the company and its various products and businesses, making this report from the material used to indicate the entire Casio group of companies.

Please see page 48 of this report for information on the scope of the report.

Except as otherwise indicated in this report, Casio has changed the way it designates the fiscal year, to match that of other reports it regularly publishes.

In this report, FY2006 means from April 1, 2005 to March 31, 2006.

Previous reports (FY2006 means from April 1, 2005 to March 31, 2007.)

Graphs and diagrams have been designed so that they are easy for any reader to see, while providing for efficient visual and color perception.

Customer information and employee address have been provided on the back cover, to help promote efficient communication with stakeholders.

**Stakeholders:**
Stakeholders of Casio include customers, suppliers, investors, shareholders, employees, local residents, NPOs, the news media, financial institutions, researchers, and government agencies.

**Periodicity and Renewal Scheduled Publications**
The future forecasts and lowest business forecasts published in this report (or Casio Computer Co., Ltd. and Casio are based on information available at the time of publication. These forecasts are subject to various risks and uncertainties, and the reader should be aware that the results of business activities may differ from these predictions.

Issued December 2006
(Previous publication: December 2005; Corporate Social Responsibility Report 2005)

A Web version of this report including specialized and detailed information, as well as third party opinions, has also been published.

Environmental Report Website
http://world.casio.com/env/

# "Casio has been pursuing 'Creativity and Contribution' since the beginning. These unchanging values define our commitment to fulfilling our corporate social responsibility."



Kazuo Kashio
**Kazuo Kashio**
President & CEO

## Our Corporate Creed: "Creativity and Contribution"

Casio's corporate creed has been "Creativity and Contribution" since we established Casio Computer Co., Ltd. (after inventing a small, fully electric calculator in an era when mechanical calculators were the norm. Ever since, our commitment has been to contribute to society by offering the kind of original, useful products that only Casio can.

We have accomplished this over the years by identifying latent needs that people have yet to discover, and then meeting those needs with innovative products and services, which soon become an integral part of people's daily lives. In doing so, we always strive to think bigger than the mere provision of new technology, products, or services—our real goal is to inspire new lifestyles and contribute to culture.

Times may change, but our commitment to "Creativity and Contribution" is unwavering. This creed defines the company's very reason for being. Looking to the future, Casio has its sights set on bringing joy and wonder to people everywhere and continuing to make a real difference in the world. To earn its place in a sustainable global society, Casio must keep demonstrating the meaning of "Creativity and Contribution."

## CSR Initiatives

In Japan, 2004 has been called the dawn of the "age of CSR," as many companies introduced a variety of CSR initiatives. Many also came out with their own definitions of CSR, but these definitions are by no means universal. The scope of CSR and the role companies expect themselves to play differs with each organization's perspective.

In 2004, Casio inaugurated its CSR Operations Section, and set up a CSR Committee comprised of the company directors and auditors. These steps have provided a forum for discussion of a broad range of CSR issues. Also in that year, we added a section on social contributions to our *Environmental Report* (published since 1999) to create the expanded *Sustainability Report*.

Since 2004, we have promoted a wide range of CSR initiatives, including strengthening our compliance system, obtaining Privacy Mark certification for personal data protection, achieving zero emission standards in Casio's main operations sites in Japan, taking steps to comply with environmental regulations, promoting CSR procurement, and issuing the *Corporate Social Responsibility Report* in 2005.

## Pursuing CSR-driven Management

Despite all of these achievements, Casio—like all other companies today—is subject to ever stronger demands and higher expectations from society. In order to secure fair and transparent management and continue to improve corporate value, we recognize the need to once more return to the founding principles of "Creativity and Contribution." In doing so, we intend to find and exploit synergies between our everyday business activities and CSR initiatives.

We will make CSR a core driver of management by faithfully executing on the following commitments.

● To continue realizing the unchanging, foundational principles of "Creativity and Contribution," Casio will adhere to the Charter of Creativity for Casio and the Casio Common Commitment.

● Casio will observe all applicable laws and regulations, and will strive to improve corporate value by reinforcing its system of internal controls and implementing effective compliance and risk management throughout its entire global supply chain.

● Through its primary business activities, Casio will continue to create new value to help resolve various issues facing the global community.

● Casio will consistently implement environmental innovations that integrate eco-efficiency as well as resource conservation and energy saving features into all processes related to creating products and services.

● Casio will disclose financial and other information in a simple, accessible format to all stakeholders, and increase management transparency by creating more opportunities for interactive communication.

In past years, Casio has published the *Corporate Profile* and *Corporate Social Responsibility Report* separately. This year, however, we have combined the two into an integrated *Corporate Report*—the one you are reading now—in order to present a fuller picture of Casio to readers of both publications. I hope this *Corporate Report* will serve as an important means of communication between Casio and all of its stakeholders. For a variety of details that could not be included in this publication due to space limitations, I invite you to visit the Casio Website (http://world.casio.com).

I am committed to managing Casio for socially responsible business success, and I would appreciate hearing your frank opinions of our efforts.

# History of Casio

## Contributing to Society: A History of Innovative Product Craftsmanship and Strong Stakeholder Relationships



**Business Activities**

**CSR Activities**

1957

**Business Activities**
- **1964** Casio releases 001, its first transistor-based electronic desktop calculator
- **1965** Export of electronic desktop calculators to overseas markets begins
- **1970** Casio stock listed on the second section of the Tokyo Stock Exchange
- **1972** Casio Mini, the world's first personal electronic calculator, released
- Casio stock transferred to the first section of the Tokyo Stock Exchange
- **1974** Casio enters timepiece market with the release of Casiotron, a digital wristwatch
- Electronic cash register released
- **1978** Production of liquid crystal panels for watches begins
- **1979** S-5870 series of Japanese-language office automation released
- Casio Tone electronic keyboards released
- **1980**
- TR-2000, Casio's first electronic dictionary, released
- SL-801 solar-powered electronic calculator released
- **1981** First G-SHOCK, a shock-resistant watch, released
- TV-10 pocket-sized LCD color TV released
- First LCD shutter page printer released
- PV-4 super-thin digital watch released

**CSR Activities**
- **1964** Qualification program based on meritocracy adopted; Education and training system established
- **1965**
- **1966**
- **1967** Zero-defect campaign launched to promote "Casio known for quality"
- **1970** Casio Labor Union formed, with the basic concept of "Trust, Love, Effort, Understand Each Other"
- **1971** Casio Eight Club established to promote amicable relationships with office supply wholesalers throughout Japan
- **1974** Casio receives Prime Minister's Commendation for its contributions to the progress of calculators
- **1979** Casio Science Promotion Foundation established
- **1981** First CASIO WORLD OPEN GOLF TOURNAMENT held
- Dedicated office, the Consumer Section, established to receive inquiries from general consumers
- **1984** Company-wide Quality Improvement Campaign launched

**CSR Activities**
- **1989** Consumer Section returned to Customer Service Office, one set up in each region of Japan
- **1991** Casio Environmental Committee established
- **1993** Casio Environmental Charter and Casio Voluntary Plan for the Environment adopted
- Use of specified CFCs and 1,1,1-trichloroethane discontinued
- **1995** Casio Group's environmental activities published on Casio Website
- Yamagata Casio acquires ISO 14001 certification
- **1996** Casio Korea acquires ISO 14001 certification
- **1999** "Clean & Green 21" Initiative, a Casio Group-wide environmental action plan, introduced
- Green Procurement Guidelines established
- Program launched to recover toner cartridges from laser printer products sold to corporate customers
- Corporate officer system adopted
- Environmental Report 1999 published
- Casio participates in Eco-products 1999 exhibition
- **2000** ISO 14001 certification now required at all manufacturing sites in Japan and four sites of Casio Computer Co., Ltd.
- **2001** Casio Green Products 30 (G.P.30) campaign launched
- Recycling of secondary rechargeable batteries initiated
- **2003** Charter of Creativity for Casio established
- Casio Code of Conduct released
- Casio Common Commitment established
- Recovery of end-of-life home personal computers initiated
- **2004** CSR Operations Section and CSR Committee established
- Sustainability Report 2004 issued, replacing the Environmental Report
- **2005** Corporate Sustainability Report 2005 issued, replacing the Sustainability Report
- Casio Computer Co., Ltd. and Casio ease Corporation obtain Privacy Mark certification
- Corporate Report 2006 issued, replacing both the Corporate Sustainability Report and Corporate Profile

**Business Activities**
- **1989** ADPS R1, an office information processing device that requires no user program, released
- **1991** Name-Land (KL-1000) label printer released
- **1992** BP-100, a wristwatch-type blood pressure monitor, released
- **1993** QV-10, the first digital camera in the world with an LCD monitor, released
- **1994** DOD-10 radio-controlled clocks released
- **1999** World's first watch equipped with GPS function released; CODISA, a shock- and water-resistant cellular One-compatible cellular phone, released
- VerbiM TM, a fingerprint verification algorithm, developed
- **2001** WVA-3000 solar-powered radio-controlled watch released
- R&D success achieved on small, high-performance fuel cells for mobile devices; Casio delivers first camera-equipped cellular phone with GPS for au KDDI
- EXILIM, the world's thinnest, wearable card-sized digital camera, released
- Fingerprint verification device for mobile devices developed
- Casio enters the data projector market
- **2004** Casio Hitachi Mobile Communications Co., Ltd., a joint venture with Hitachi, Ltd. for developing cellular phones, established
- Casio collaborates with Renesas Technology Corp. on semiconductor device packaging technology
- Casio forms alliance in LCDs with Taiwan's MediaTek Display Corp.

## Business Overview

Casio's two main businesses are electronics and electronic components. The company creates products that are compact, lightweight, slim, and energy efficient for the global market.

### ● Business Fields

The Casio Group is comprised of Casio Computer Co., Ltd., 56 consolidated subsidiaries, and 4 equity-method affiliates (as of March 2006). Casio conducts its business in two main segments: Electronics, and Electronic Components and Others. The Electronics segment is divided into four categories: Consumer, Timepieces, Mobile Network Solutions (MNS), and System Equipment. The Electronic Components and Others segment is divided into two categories: Electronic Components and Others. In all of these categories, Casio's business activities range from development and production to sales and service.



**Sales by category** (FY 2006)

- Consumer 39.4%
- Timepieces 12.3%
- Mobile Network Solutions 24.7%
- System Equipment 9.4%
- Electronic Components 12.7%
- Others 5.1%

### Electronics Segment

**Consumer category**
Electronic calculators, electronic dictionaries, label printers, digital cameras, electronic musical instruments


Digital camera
Electronic dictionary

**Timepieces category**
Digital watches, analog watches, clocks


Solar-powered radio-controlled watches

**Mobile Network Solutions (MNS) category**
Cellular phones, handy terminals

Cellular phone
Handy terminal

**System Equipment category**
Electronic cash registers (including POS systems), office computers, page printers, data projectors

Electronic cash register
Page printer

### Electronic Components and Others Segment

**Electronic Components category**
LCDs, BUMP processing components, TCP (assembly and test) components, carrier tape

 
COF
TFT LCD module
Chip mounter

**Others category**
Main products: Factory automation, molds, etc.

  

---

# Greater Convenience, More Enjoyment

EX-Z750 digital camera

**EX-word XD-ST4800 electronic dictionary**

This electronic dictionary for Japanese high school students boasts voice functionality and has 50 content categories that are useful for various subject areas. 11 of these categories, students can listen to accurate pronunciation by native speakers of English.

**EX-100 / EX-200 electronic calculators**

These are the industry's first high-memory instant-check function calculators. For training calculation skills and with the assistance of Professor Hideo Kageyama of Ritsumeikan University. By repeating each of the basic functions students can strengthen their basic calculation skills and develop active learning habits. With this new device, adults will also be able to test their mental sharpness by exercising their minds sharp by exercising their gray matter with arithmetic drills.

**Privia PX-110 electronic piano**

This affordable digital piano delivers true piano sound in a compact, lightweight, and stylish design. From real pianists to everyday amateurs, anyone can take advantage of the PX-110's superior sound quality and natural keyboard touch to practice freely in the privacy of their own location.

**Digital Dictionaries Have Become Enormously Popular**



**Mobile Network Solutions**

# Anytime, Anywhere



**Timepieces**

# Solar Power and Radio Control—Always Evolving







Casio's Unique Strengths

# Casio's Originality and Technology Bring Growth to Both Society and the Company

Casio contributes to society by developing original products that never existed before, yet meet universal needs. This enables Casio to grow side-by-side with all of its stakeholders.

## ● Casio's Concept Development and Core Technologies Give the World Innovative Products

The driving force behind product planning at Casio is the company's unwavering practice of creating product development from scratch, never just copying the ideas of others. Casio recognizes the unlimited potential to develop products that have yet to be invented but are needed by everyone. By identifying the latent demands and meeting it with bold, new products, Casio not only helps to create new markets and cultural phenomena, but also fosters the development of related industries.

The accumulation of technologies through daily R&D enables Casio to realize outstanding original ideas. Casio realizes the most of the expertise in digital circuits it has developed since the early years to carry out its LSI design. As a result, the company has invented watches and other products.



Water and shock resistance technologies

Technology for radio-controlled watches

Small and medium-size high-resolution TFT LCDs

The EXILIM engine, a high-performance image processing module

Chip on film technologies (COF)

## ● Business Strategy: Generate Both Profitability and Future Potential

Casio has positioned businesses that have maintained top market share and yield steady profits as Stable Businesses. It has positioned businesses that are poised to meet market needs and drive growth in the future while also seeing intensifying competition as a large number of companies enter the market as Expansive Businesses. Casio is following a successful strategy of ensuring stable profits from the Stable Businesses while increasing both sales and operating income.



### Expansive Businesses

**Cellular phones**
Casio's W41CA model enjoyed the highest number sold of any phone across all of Japan's wireless providers for 13 consecutive weeks.
(February 6, 2006 to May 7, 2006)

**Digital cameras**
4.6 million worldwide delivered worldwide

**TFT LCDs**
30% of the worldwide digital camera market.

### Stable Businesses

**Electronic dictionaries**
Top market share in Japan (over 50%.)

**Radio-controlled timepieces**
2.4 million units delivered worldwide

**Timepieces**
35 million units delivered worldwide

**Electronic musical instruments, system equipment, etc.**

**Net sales** (unit: ¥ million)

**Performance Target: Fiscal 2007 ¥630 billion**

### Development through Sustainable Growth

Sales net sales will continue to grow, driven mostly by the Expansive Businesses. Casio plans to reach ¥630 billion in net sales in fiscal 2007.

**Operating income margin** (unit: %)

**Performance Target: Fiscal 2007 8.1%**

### Sharp Focus on Operating Income Margin

For Casio, operating income margin is a vital management indicator. Casio has an operating income margin target of 8.1% in fiscal 2007 and is working to achieve 10%.

**Stock price** (highest value, unit: ¥)

### Contributing to Society by Using Capital Effectively

Casio is contributing to the development of new technologies and markets by meeting the capital entrusted to it by shareholders in new business areas with future growth potential. By returning the resulting profits to shareholders, Casio is also helping to create a more affluent society.

12  Casio Corporate Report 2006.

Casio Corporate Report 2006   13

# CSR Highlights

Casio is committed to frankly reflecting on itself as a public entity, and is constantly re-envisioning its own future contribution to society.

Casio values persistent questioning: "What is this for? Who is it for? Why are we doing this? What needs improvement? And to what degree?"

The questioning doesn't stop there, however. Casio goes on to ask: How original is this approach? Does the project have a clear focus on sustainability? Has it really given customers happiness and delight? Have we provided value that inspires new trends in the culture?

Casio people ask themselves questions like these every day. The following pages provide an overview of Casio's CSR initiatives. We invite you to explore this unique Casio process and take note of its outstanding results.

■ Creating Energy from Natural Environmentally Friendly Fuels
■ Applying the Mechanisms of Human Intelligence to Manufacturing Technologies
■ Providing a Place for Young People to Gain Resiliency for a Meaningful Life
■ Reducing Casio's Greenhouse Gas Emissions
■ Complying with European Environmental Laws

---

CSR highlights

## Creating Energy from Natural Environmentally Friendly Fuels

## Research & Development   Next Generation Fuel Cell

### Original Casio Technology— Reformed Methanol Fuel Cell System

Casio is striving to realize a truly mobile society by developing micro fuel cells that can produce electrical energy from methanol.

Global research in this field is highly competitive, and various methods have been proposed. Casio has developed and recommended the Reformed Methanol Fuel Cell System, a technology that combines the high power output and environmental friendliness required for the mobile devices of the future.

The basic mechanism of this sophisticated technology involves extracting hydrogen from methanol, a type of alcohol, and then converting it into electricity (Figure 1).

The mechanism behind this technology has been known for many years, but before Casio, most scientists have never thought it to be viable.

### Development of the Micro Reformer Module

The most difficult phase of this development project was inventing the reformer (photo 1, right), which extracts hydrogen from methanol. Casio applied its superior semiconductor processing—a long-time core competency—and combined it with the latest nano-machining and chemical reaction technologies to develop a successful micro reformer module.

Casio's latest micro reformer module, released to the public in spring 2006, integrates three chemical reactions that produce hydrogen and render emissions harmless and a near-temperature sensor on a single chip, which achieves start-up in just six seconds. The module also boasts a normally insulated construction that keeps the outer surface of the device at only 40°C, despite internal heat of up to 280°C. The module's specifications are fully compatible with mobile device requirements.

### Development of the Fuel Cell Stack

Casio's fuel cell stack, which creates electricity from hydrogen (photo 1, left), has a laminated structure. Its power-generating cells consisting of membrane electrode assemblies (MEA). The high-density component



Figure 1 Basic Mechanism

mounting, is based on Casio's core competencies in wear-resistance and durability. The company has also non-graded technologies that, optimal gas flow channels for the characteristics of the hydrogen produced by the micro reformer, and has improved MEA reliability to carbon monoxide. The result is 19.4 watts of rated output in a cell stack with a volume of only 22 milliliters (65 × 58 × 100mm). This rated power output per unit volume (power density per unit volume) has reached 882W/l, the highest in the world among cells for use in mobile devices.

### Practical Applications for Micro High-Output Fuel Cells

Casio has combined its micro reformer module and its newly developed fuel-cell stack to create a compact, high-power fuel cell for mobile devices. Casio's fuel cell (including the methanol cartridge) (photo 2, right) can power a notebook PC for about four times longer than a conventional lithium-ion battery of the same volume.

Casio is now working on the necessary peripheral parts and elements and plans to start delivering samples for performance evaluation by fiscal 2008. Casio is well on its way to creating yet another successful new business.

### "The Solution Was Right in Front of Us—Meeting Latent Universal Needs"

Masataru Shioya
Core Technologies R&D Division
Casio Computer Co., Ltd.

Batteries are a wonderful technology with a history of over 100 years, but they do have shortcomings. Many people find it annoying to recharge spent household batteries from the wall outlet on a regular basis, used to this. However, as we keep using conventional batteries in our mobile electronic devices.

After giving this issue some thought in 1996, I decided to focus on up-and-coming battery technologies. Worldwide concern over the environment was reaching new heights at the time, and it was clear to me that in the near future had come to question the common assumptions about the manufacture and sales of mobile electronic devices. I searched for ways to resolve this problem, going back to the basic premises of the technology and re-thinking the position of them.

The technology that I finally decided to pursue was fuel cells. Tiny, easily disposable PET containers (photo 2, right) are filled with methanol or another fuel, and the fuel is used to generate electricity for a notebook PC or other mobile device. The empty plastic containers can then be recycled along with other plastic collecting them.

A necessary that people everywhere saw for granted becomes a universal need. Casio realized this, and designed the needs and make a real contribution to society. We will continue to develop technologies and deliver practical applications that help people achieve the goal of living in harmony with the environment.

# CSR Highlights  Applying the Mechanisms of Human Intelligence to Manufacturing Technologies

## Production  Yamagata Casio Receives 2005 Nikkei "Monozukuri" Grand Prix

Yamagata Casio Co., Ltd. manufactures cellular phones, wristwatches such as the G-SHOCK series, and digital cameras, as well as the mold and molded plastic components for the products. It also develops and sells manufacturing equipment, such as component mounting equipment for Mold Making & Molding Division, which makes metal molds and produces molded plastic components at Yamagata Casio, received Japan's 2005 Nikkei "Monozukuri" Grand Prix for a Digital Network System installed at its plastic molding and precise metal molds factory.

The reasons Yamagata Casio won the award are described below.

Cellular phone and digital camera products are subject to rapid replacement by new models. In order to meet the short and intensive production cycles for these products and to integrate the processes from metal mold creation to part molding, Yamagata Casio has incorporated IT into the entire process, which makes it possible to lead time for metal mold production has been greatly reduced. This innovation was recognized for advancing Japanese production technologies.

All CAD/CAM devices such as CAD/CAM systems and NC machine tools are connected to a network, and each person has a PC. The introduction of these technologies, as well as changes in ongoing conditions for each metal mold along with drawings, and all

### Metal mold design and data preparation

After receiving 3D digital data for a cellular phone or a timepiece from Casio Product Design Department, the data is used to design a metal mold for the molding process. Then the completed metal mold design data is used to create a computer simulation of actual resin flow inside the mold at the time of trial production.

### Metal mold production

Using the completed 3D design data, the mold manufacturing process begins using equipment such as a machining center and an electrical discharge machine. The 3D design data is sent from CAD/CAM design tools to the machine tool connected via the network, and the tool automatically starts processing a mold; all the operation takes place on the network.

### The Digital Network System for a Plastic Molding and Precise Metal Molds Factory

Here is an explanation of how the system actually works.

### The Digital Network System for a plastic molding and precise metal molds factory






### Trial molding

### Mass production and monitoring

### Taking on the Challenge of Creating Monozukuri
### Manufacturing Technologies for People on Site: How to Work Smarter, Not Harder

**Toshihiro Kurota**

Yamagata Casio has pursued the greatest competitive edge in

# CSR Highlights
### Providing a Place for Young People to Gain Resiliency for a Meaningful Life

## Social Contribution   Factory Tours for 10,000 People



Casio launched its "Factory Tours for 10,000 People" program in February 2004. The goal of the program is to provide a place for young people to discover that family set, the power of science, and the future. Why one's dreams are an important source of strength to live a meaningful life, and also to learn the joy of being considerate of others.



Young people discover the value of family ties by coming to where their parents work. They also learn that there are close ties between husband and wife, the value of family, and companies. They learn about household products, how they are made, and actually trying simple product construction by hand. Casio employees help the children to discover what they can realize themselves. Through this, Casio employees help the children to discover what they can realize themselves. Finally, by witnessing Casio's environmental activities, they learn the importance of protecting the global environment. Casio's dream—the inspiration behind this factory tour program—is to increase opportunities for young people to make the discoveries that will help them become the leaders of tomorrow.

In fiscal 2006, the second year of the program, brought advances to the program. Casio is sponsored by the career education promotion program for elementary and high school students supported by the Japanese government, and the integrated study periods of school curriculums. The program takes the leaders of tomorrow by seeing the operations of the plant, and so strengthen ties with the local community. These desires led to the creation of the "Factory Tours for 10,000 People" program.

Casio is now actively pursuing opportunities to expand its "Factory Tours for 10,000 People" program throughout the group. Casio is holding talks on the program so companies under the theme of lifelong learning to local communities, and is the backbone to an operational site that emphasizes employee awareness about lifetime learning.

Through close relatives with several companies, Casio is also making plans to promote career skills training for local youth.

Japanese youth today are faced with a very different environment, given

## Promoting ISO Activities for Kids

Participation in Casio's "Factory Tours for 10,000 People" program can see the trees "the company is doing to people, ward and save energy, cut carbon use. This gives young people a first-hand look at an operational site that emphasizes employee awareness about energy conservation. By making a comparison with the everyday environmental steps involved in reducing one's impact, that children take at home or at school, the tours are helping to promote awareness of the global environmental concerns.

Casio is also participating in the Kids ISO 14000 Program developed by the non-profit, non-governmental International Art and Technology Cooperation Organization (ArTech). Casio employees earn instructor certification in the program are using the activity-based on ISO principles. Since fiscal 2005, these have included expanding to the Kids' ISO 14000 Program as an alternative. This program, developed to the Kids' ISO 14000 Program as an addition to the activity Tours for 10,000 People program.

The Kids' ISO 14000 Program is an environmental education program carried out in schools all around the world through UN agencies and the International Organization for Standardization (ISO) Bicentennial concept of children themselves discovering things that lead to more environmental awareness, the program



aims to develop youth with hope and confidence for the future. This is done by learning about environmental management and reflecting on one's impact, which helps the children to acquire the resiliency they need to lead a meaningful life.

Casio recognizes the potential of the Kids' ISO 14000 Program—an effective, sustainable method for helping to preserve the global

There are currently 30 Oioguro cherry trees growing at the Kodu Casio site. These cherry trees produce beautiful blossoms every spring, giving wonder and joy to all that see them.

The Oioguro cherry grows along the banks of the Fuchse River, which flows through Chooah, Yamanashi, where Kodu Casio operates. Spring blossoms and new leaves appear at the same time on this variety of cherry. With the unusually large trees scattered and the original trees were removed. Now, the people in this community have decided that they want to bring back this beloved Oioguro cherry tree. Efforts have been made to dislodge and replant the species, using the few remaining descendants of the original trees.

Kodu Casio was also stepped in to help preserve the Oioguro cherry tree. In spring 2004, the company broke ground, planting Oioguro cherries on its own premises to help preserve these historically popular trees and to raise them. In the spring of 2005, 15 more trees were planted. These trees have become a symbol of the close relations between Casio and the local community. Casio is committed to provide more community support, through tree planting and other greening activities.



Oioguro cherry blossoms

## Providing a Place for Young People to Gain Resiliency for a Meaningful Life through Discovery and Wonder

Tomoaki Funya

Kodu Casio, Co. Ltd.

While CSR management has gained prominence recently, we actually had an opportunity to think about corporate social contribution several years ago when our company mapped out its corporate vision. We began discussing ways to keep children become the leaders of tomorrow by seeing the operations of the plant, and so strengthen ties with the local community. These desires led to the creation of the "Factory Tours for 10,000 People" program.

When children visit our plant and have a different experience from the classroom, they discover and appreciate things such as family ties, the wonder of science, the power of pursuing one's dreams, consideration of others, and the importance of protecting the global environment. The factory tours are filled with carefully planned activities in order to leave a lasting impression on the students.

These factory tours would not be possible without the support of many people. Although their busy schedules, all of our employees who provide the tours, as well as the people in the process, the children who have been bolstered among our staff. We have all gained a sense of fulfillment and wonder by watching the children learn.

Many young people fear the future. If any of the program—and we have received inquiries from various customers. Even activities stemming from a small project, such as this, can grow into something that lasts for years. Casio is committed to this sort of ongoing effort.

We hope to keep providing these tours to better contribute to society.



# CSR Highlights — Reducing Casio's Greenhouse Gas Emissions

## Environment — Initiatives to Help Prevent Global Warming: Working to Achieve Fiscal 2011 Targets

Casio has put in place the following counter-global warming Action Plans, each of which has targets to be achieved by fiscal 2011:(1) developing eco-products, (2) saving energy and reducing greenhouse gas emissions at business and production sites, and (3) lowering emissions in the distribution stage (see pages 32 and 33).

### CO2 Reduction Targets in Three Areas

#### Product Initiatives

Casio has been a leader in innovation in its commitment to raise the cost competence the company has developed in compact, lightweight, slim, and energy-efficient products. Today, Casio is working to equip all of its liquid crystal-controlled watches with a solar power system that is able to obtain power even from a fluorescent lamp, as well as fluorescent lights. The 10.0-megapixel camera has a self-contained lithium-ion battery with a continuous shooting time of about 10 hours on just a single battery charge, even with a super bright 2.6-inch wide LCD. The company's WA3CA mobile phone supports a continuous talk time of about 220 minutes.

Casio is committed to continuing to improve the energy efficiency of its products. The company is also pushing forward with R&D to commercialize its

#### Working to Reduce CO2 Emissions at the Hachioji R&D Center



Katsuyuki Tada
Casio Group General Affairs Department

(caption text illegible)

#### Business and Production Site Initiatives

Casio's total CO2 equivalent emissions worldwide in fiscal 2006 were 152,000 tons. In fiscal 2006, Casio joined in the Japanese government's new Team Minus 6% campaign and also adopted the government-encouraged "Cool Biz" dress code (casual summer attire, to reduce the need for air conditioning in summer). Cool Biz reduced 190,000 kWh of electrical consumption at Casio during the summer. In addition to implementing Cool Biz, the company improved the efficiency of its electricity and natural gas consumption as described in the box below.

As described above, Casio is actively engaged in efforts to help prevent global warming—the three main pillars of which are product, business, and production sites, and distribution.

#### Reformed Methanol Fuel Cell System

Reformed Methanol Fuel Cell System, which has less impact on the environment than batteries (see page 15).

(3) Introducing supplementary measures based on the Kyoto Mechanisms (Clean Development Mechanism [CDM], emission credit transactions, Certification of Green Power Prevention action) (all)

(4) Establishing a strategy for environment/energy-saving facilities

#### Distribution-Stage Initiatives

Casio continues to close down, combine, and relocate its distribution centers in Japan. As for overseas distribution, part of the cargo being sent to Europe from China directly by air has now been changed to ocean cargo. In addition to Dubai in the United States, which was previously sent by sea and rail, is now being shipped only by sea. These steps have all helped reduce Casio's CO2 emissions.

(Chart/graph area — illegible)

## Complying with European Environmental Laws

### European Regulation Initiatives

(Introductory paragraph illegible)

#### Complying with the European WEEE Directive

Casio has started to set up a recovery and recycling system that meets EU standards, in order to comply with the European WEEE Directive for proper disposal of electrical and electronic devices. Casio Europe GmbH, located in Germany, has been the hub for the company's WEEE promotion project since 2004.

In fiscal 2006, Casio completed the following legal requirements:

- Printing or applying required marks
- Registering as a manufacturer in EU member states which have established new WEEE Directive regulations
- Contracting with recycling providers in principal countries

Companies must conform to the individual regulations of each of the 25 EU member states. This is made more challenging in that interpretations of the WEEE Directive, language, and culture vary a great deal across the EU. Casio is engaging enormous resources—including manpower, time, and communication effort—to develop consistent response to guide decision-making so this issue at Casio Europe.

In July 2006, Casio completed the necessary product-information disclosure to recycling providers. The information provided includes product weight, as well as the presence and location of specified substances—and is intended to ensure proper recycling of products at the end of the life cycle.

#### Example recycling system in Germany

(Diagram — Manufacturer, Communication, Recovery and recycling fee, Collection site, Recycling, etc.)

Reference: Casio Europe Website
http://www.casio-europe.com/
de/home/support/module/
unternehmen/umwelt/weee/

Information details disclosed to product recyclers
- Product net weight
- Presence of harmful substances that must be removed, and location inside end-of-life product

#### Complying with the European RoHS Directive

In January 2006, Casio factories began shipping products that comply with the RoHS Directive, and the Casio Europe Casio Europe has constructed a management system for RoHS-compliant products in cooperation with the headquarters of Casio Computer Co., Ltd. Inventory progress management for products that do not conform to the RoHS Directive was carried out, and the switchover was completed by July 1, 2006, the date the directive took effect.

Casio will continue to prepare declarations in conformity with the RoHS Directive for each product, or product line.

#### Future Compliance with Harmful Substance Regulations

Looking to the future, Casio plans to take steps in accordance with the development of the REACH Regulation and EuP Directive. Casio Europe is exchanging information with the Information Center at Casio Computer Co., Ltd. to determine what measures Casio needs to take.

(Photo and caption)

Completed Inspection and Onsite Measures for the WEEE and RoHS Directives

Shigeo Kojima
Casio Europe GmbH
(Environmental Manager)

I serve as a coordinator between our Tokyo headquarters and the compliance with the WEEE and RoHS Directives... (remainder illegible)

# Corporate Creed and Charter of Creativity

The Charter of Creativity for Casio has been established based on Casio's corporate creed of "Creativity and Contribution." The creed and charter provide the foundation for the execution of Casio's CSR.



The calligraphy in the photo here—Creativity and Contribution—was done by Casio's founder, the late Tadao Kashio.

Given this situation, Casio is encouraging all of its employees to reconsider the significance of Creativity and Contribution, and to maintain their awareness of the corporate creed. This will enable Casio to sustain its creative corporate culture, while continuing to contribute to societies around the world.

The invention of a small fully electric calculator, which was unique from an early stage—mechanical calculators were the norm. Ever since, the company has been true to its commitment to contribute to society by offering the kind of original and useful products that only Casio can.

The people of Casio prioritize the values of Creativity and Contribution in the performance of their daily work. These values are deeply ingrained in the company and its people. They are passed down from generation to generation of employees.

Today's shorter product development cycles and increasingly complex specifications, however, have made the company's operations more and more specialized. Along with this trend, each person's job requires increasingly specialized knowledge and skills. As Casio grows and its operations stretch around the globe, the "distance" between top management and frontline employees is growing wider.

At the same time, society now expects companies to strengthen their CSR management with awareness of all stakeholders and to achieve uncompromising, fair, transparent corporate governance.

In light of these trends, on June 1, 2003—the anniversary of the company's founding—the Charter of Creativity for Casio was established to better articulate the meaning of the corporate creed today, and to promote the corporate creed. In December of the same year, the Casio Common Commitment was also instituted to provide a more specific description of the employee conduct that is expected and valued at Casio.

All Casio managers strive to set an example of the Charter of Creativity and Common Commitment. Top management has also issued messages describing how top management and the Charter are linked to the company's mission. These steps are enabling Casio to secure a group-wide understanding of the importance of CSR.

Charter of Creativity (card)

## Charter of Creativity for Casio and Casio Common Commitment —A Promise from Everyone Working at Casio—

**First Chapter    We will value creativity, and ensure that our products meet universal needs.**

[Casio Common Commitment]
1. We will strive to "ensure that our products meet universal needs" and this includes not only manufactured goods, but also services and support, and everything else that we do.
2. We will be creative in all of our work.
3. We will carry our work through to completion, with a strong determination to take on every challenge that comes our way.

**Second Chapter    We will strive to be of service to society, providing customers with delight, happiness, and pleasure**

[Casio Common Commitment]
1. We will provide people with "timeless inspiration."
2. We will create a "life of spiritual and material prosperity" with people.
3. We will foster relationships of "respect and trust"

**Third Chapter    We will back up our words and actions with trustworthiness and integrity, and work as**

[Casio Common Commitment]
1. We will take corporate responsibility for all of our words and actions in accordance with all laws and regulations.
2. We will not take responsibility for our results and success, according to our individual development.
3. We will serve daily to improve everything we do.

*To create innovative products that anyone needs but no other company has ever produced. At Casio, this is the meaning of our product development, but in every part of the business.

# Corporate Governance

Casio is constantly striving to strengthen its corporate governance, focusing on the priority issues of quick decision making, proper execution of operations, and improved transparency of business management.

## Corporate Governance System

Casio recognizes that quick decision making, proper execution of operations, and a robust management oversight function that increases the transparency of business management are extremely important factors in achieving business goals and continuing to raise corporate value. This recognition guides the company's ongoing efforts to improve corporate governance.

In June 1999, Casio Computer Co., Ltd., made a change in its board of directors, reducing its size by half, from 24 to 12 directors. At the same time, the company adopted a system of operating officers to clearly separate the management oversight and policy functions. In December 2004, a CSR Committee was also established to drive the company's efforts to fulfill its corporate social responsibility.

With the adoption of this system, Casio Computer Co., Ltd., has built a corporate governance system that consists of the operating officer system, internal audit system, and CSR Committee, in addition to the board of directors and the board of auditors. The objective, role and membership of each of these bodies are described below.

### ● Board of Directors

The board of directors is tasked with making prompt, reasonable management decisions. Board meetings are attended by directors and auditors, who discuss and make decisions on important business issues.

### ● Board of Operating Officers

Meetings of the board of operating officers are attended by operating officers, directors and auditors. They deliberate on

important affairs relating to the execution of business operations. This mechanism enables smooth implementation of company-wide adjustments and measures.

### ● Board of Auditors

The board of auditors consists of three auditors, two of them external. In accordance with audit policies and responsibilities approved by the board of auditors, auditors attend board of directors meetings and meetings of the operating officers. In addition, they perform careful audits by gathering information and receiving reports from directors and others, and by reviewing resolution documents relating to important decisions.

### ● Internal Audit Department

The internal audit department performs audits of Casio operations to ensure they are in conformity with laws and regulations as well as internal standards such as the organization control standard. It also conducts evaluations and offers recommendations for improvement.

### ● CSR Committee

The CSR Committee is comprised of the directors and auditors, and the company president serves as chairman. The committee discusses matters related to CSR, including the determination of CSR priority issues, initiatives, policies and systems for execution. The decisions made by the CSR Committee for each CSR issue are then transformed into specific activities by each department concerned. The CSR Committee is currently addressing the issues of compliance, risk management, and protection of personal information.



Corporate governance system diagram

# Compliance and Risk Management

Casio is executing CSR-driven management that emphasizes the complete integration of everyday business and CSR initiatives. This is the most direct, pragmatic route to realizing the corporate creed of "Creativity and Contribution."

## Executing CSR-driven Management

As president Kazuo Kashio said in his message at the front of this report, Casio has been (1) striving to realize its corporate creed of "Creativity and Contribution" since the very beginning; (2) working towards improvement of its corporate value by reinforcing its system of internal controls; (3) working to help resolve various issues facing the global community; (4) implementing environmental innovations that mitigate resource consumption and energy saving features; and (5) increasing transparency by creating interactive communication.

In order to realize these commitments, Casio is promoting various policies such as adherence to the Charter of Creativity for Casio and the Casio Common Commitment, effective compliance and risk management, environmental-conscious activities that include management of harmful chemical substances, and interactive communication with stakeholders. In order to integrate everyday business with CSR activities, Casio set up a CSR Committee in 2004, consisting of the company's directors and auditors. This committee determines and formulates specific policies and strategies for each CSR issue.

Casio has also been working urgently to reinforce its system of internal controls according to legislation in the wake of the recent series of corporate scandals in and outside Japan. The company is committed to meeting stakeholder expectations for fair and transparent corporate management.

Each management department at Casio has long been independently engaging in business measures for anticipating risks and initiating compliance with a certain range of regulations governing them. These regulations include social norms, and corporate ethics. Now however, Casio is also pursuing a group-wide approach to strengthening compliance and risk management efforts.

## Compliance and Risk Management

Along with the establishment of the Charter of Creativity for Casio and the Casio Common Commitment in 2003, printed cards featuring both texts were issued to each employee. Every employee has signed on one or these at a remove. Every year, company officers and department heads sign a pledge that they will observe these company policies and

take responsibility for educating their subordinates and colleagues about them. The previously established Casio Code of Conduct has also been revised, and serves as the basis for this program of action.

In order to ensure that all Casio employees are well informed about and adhere to all compliance requirements, Casio has launched CASIO Style, an intranet site for its employees. The site includes messages from top management on the topic of compliance, and is set to be

In addition, subcommittees have been set up under the CSR Committee to deal with important risk that affect the entire company such as the laws on the protection of personal information and export management. This is part of a broad-based commitment to compliance in the group companies.

Meanwhile, Casio has established overall risk management that include group-wide compliance, based on the corporate creed and the Charter of Creativity for Casio. The company is working to create a risk management system that complies with Japan's Company Law, which took effect in May 2006, and the revised Securities Exchange Law, which was enacted in June 2006 and take effect in the near future.

> Recommendation from Japan Fair Trade Commission
> Following a Violation of the Subcontract Act
>
> On September 27, 2005, Casio Computer Co., Ltd., received a recommendation from the Trade Commission for a violation of the Act Against Delay in Payment of Subcontract Proceeds, etc. to Subcontractors (the Subcontract Act) concerning a reduction in subcontracting fees.
>
> Casio Computer Co., Ltd. and certain suppliers had agreed in advance, that when the company ordered work exceeding a certain amount, the resulting expenses would be borne according to a certain ratio. However, less than the actual value of the order. Despite the mutual consent of the parties, however, the Fair Trade Commission found it to be in part of the operation constituted a violation of the Subcontract Act.
>
> Casio Computer Co., Ltd. regarded the recommendation with the utmost seriousness, and set up a Compliance Committee on the Subcontract Act that includes group companies. The company also re-inspected all of its subcontractor transactions, educated the persons involved, and established a system in order to ensure the legal compliance of all such operations in the future. Casio's compliance team has also been thorough in efforts to ensure legal compliance and prevent any recurrence of such incidents.

## Whistleblower Hotline

In April 2006, after Japan's Whistleblower Protection Act took effect, Casio established and strengthened a system for personal information protection under the direction. With the support of top management, all employees and officers are being urged to cooperate with measures to protect personal information. In March 2006, the company set up the Personal Information Protection Office, which oversees the functions of the Protection of Personal Data Project. These positions were created in the office to handle customer services, information systems, and employee education, respectively. In addition, two leaders were appointed in each department to promote efforts relating to personal information protection at the department level.

The hotline has been created to respond to queries and problems that may be raised by Casio's full-time Casio employees, but also from contract, part-time, and dispatched workers, as well as subcontractors, and shareholders who report to Casio. In exploring every possible avenue for resolving problems, Casio is enabled to discover problems in the early stages, so that measures can be taken to avoid incidents, with the goal of protecting the good name of Casio. The above-mentioned hotline has offices in and outside the company, and people with important information to report are able to call a special number, send an e-mail, fax, or letter, or directly visit the offices in person. Accordingly, this hotline serves as a neutral and fair intermediary between the company and people with information to report. The information provided to the Whistleblower Hotline Office, which is headed by an officer of Casio Computer Co., Ltd. The office checks whether the reported activity may be illegal, dishonest, or unethical. If any problems are discovered, an investigation previously formed to check and verify the activity, and then corrective measures are taken.

As the Whistleblower Hotline Office controls all the information received from the group companies, it keeps close watch regarding these activities, the privacy of those making the calls and those that are the subject of reports. They also protect the privacy of those associated with reporting to the Whistleblower Hotline, which prohibits the dismissal of an employee for making a positive report. They also prohibit reprisal or the treatment of such an employee, encouraging the employee to stay at home, discriminating against the person through pay or forcing the employee to retire. The protection of hotline callers is carefully secured.

## Personal Information Protection

### ● Philosophy on personal information security

Casio is aware of its important social responsibility to keep secure information that it collects from customers and other stakeholders in relation to its business activities. Casio strives to maintain the highest level of information security. In anticipation of full implementation of Japan's Act on the Protection of Personal Information in April 2005, Casio drew up the Protection of Personal Data Project in June 2004, to ensure that all employees of the group are able to manage personal information appropriately. At this time, Casio began handling and implementing procedures and policies and procedures. Then, in February 2005, Casio established its Policies on Personal Information and Guidelines for securing personal information. Casio has established all the rules needed to ensure full protection of personal information and to ensure all officers and employees have a thorough understanding of them.

## ● Personal information protection system



Casio Computer Co., Ltd. has appointed the Executive Vice President (in the position of Chief Privacy Officer (CPO) and personal information manager and constructed a system for personal information protection under his direction. With the support of top management, all employees and officers are being urged to cooperate with measures to protect personal information. In March 2006, the company set up the Personal Information Protection Office, which oversees the functions of the Protection of Personal Data Project. These positions were created in the office to handle customer services, information systems, and employee education, respectively. In addition, two leaders were appointed in each department to promote efforts relating to personal information protection at the department level.

## ● Privacy Mark certification



As part of Casio's drive to strengthen its system for safe and proper handling of personal data, Casio Computer Co., Ltd. has worked hard to qualify for the Privacy Mark certification. As a result of these efforts, the company received the Privacy Mark certification on December 27, 2005.

In fiscal 2005, all personal data held by the company was minimized, used, and subjected to a risk analysis, meeting the requirements of JIS Q 15001 (compliance program relating to personal information protection). Based on the results of this analysis, the company established various rules and took additional steps. These steps comprised the PDCA cycle (plan, do, check, act) management system, involving education to all employees and officers, tighter control of information in business systems and computer security, realignment of agreements on the handling of personal data signed with its business partners, and implementation of internal auditing efforts. Casio confirmed the value of all these completing these efforts, Casio applied for Privacy Mark certification in March 2006. After a documentary audit and onsite inspection, the company was granted Privacy Mark certification in December of the same year.

Following the granting of the Privacy Mark certification, Casio will continue to take further measures for the protection of personal information and to strengthen the company. By strengthening its information security and personal information protection, Casio strives to maintain the confidence of its customers.

### Personal information protection system



## Risk management system

# Customer Satisfaction and Quality Assurance

Casio is striving to improve the quality of its products and services, in order to increase the satisfaction and confidence of customers.

## Responsibilities to Customers

Communication is an important way for Casio to create long-lasting relationships of trust with customers. Casio's Customer Support Center is the contact point for customers to submit their opinions, requests and questions. The Customer Support Center operates under the CS Control Group with the goal of improving customer satisfaction (CS) across the development, manufacturing, sales, and service departments. The center strives to win customers' trust by providing high-quality service to customers by conducting regular self-service of staff and ensuring they observe the following four points when receiving calls from customers:

- **Prompt, accurate and polite response**
- **Acceptance of customer's remarks with sincerity and accurate understanding of the facts**
- **Effort to link the expectations of customers to a solution**
- **Reflecting customer opinions in product and service improvements**

In the future, Casio will continue to ensure the satisfaction and happiness of customers. The operating hours of the Customer Support Center and also being steadily expanded to include weekends and holidays, in an effort to offer more customer convenience. Finally, the Customer Support Center also operates an Overseas Customer Support Center. The Overseas Customer Support Center carries out the customer support services at Casio's overseas sales companies. The Overseas Customer Support Center is responsible for carrying out various activities to foster good relationships of trust between users of Casio products and the companies.

In the future, Casio will continue to raise the level of its high-quality customer service, and use worldwide customer opinions to further improve its business.

## Customer Satisfaction Surveys

Casio periodically conducts customer satisfaction surveys to identify customer opinions on a product-by-product basis. The surveys ask customers their opinions of performance, and design, but also to ease of use and customer service. The results are then reflected in the creation of future products.





Customer Support Center

Types of Inquiries

## Activities of Casio Customer Support Center

### ● Example of an Electronic Dictionary that Reflects Customer Opinions

Customer Comments



## Customer Service Improvement

The Service Department, which is responsible for product repairs, strives to satisfy customers by providing service based on prompt response, reasonable cost, and dependable technology, and reasonable fees that satisfy customers.

### ● Prompt response

Casio is taking steps to improve its operations by focusing on part procurement, repair work, and repair technology, so as to shorten the repair time and return repaired products to customers as quickly as possible. In Japan, Casio aims to be the electronics manufacturer with the shortest repair time. In overseas markets too, Casio is striving to shorten repair times to match Japan levels. Moreover, Casio has repair locations for system equipment across Japan, enabling prompt dispatch of repair technicians to client sites.

### ● Dependable technology

Casio is working to improve its repair technology in order to maintain customer confidence and realize the kind of repair quality that customers expect. In addition, Casio is striving to improve product quality by sending feedback from the repair sites to the Product Development HQ and the Manufacturing Department.

### ● Reasonable fees that satisfy customers

Casio works hard to reduce any unnecessary burden on customers by providing repair services. This is done through improvement of the repair methods and setting repair fees that customers can accept. Repair method improvements are also important because they help to reduce production of parts during repair work. In fiscal 2006, Casio's new and improved system of digital camera repair operations—the first of its kind in Japan—was also implemented at overseas repair locations.

## Quality at Casio



Quality at Casio

Casio started its "Design. Our Customers' program to ensure that all employees of the group would become "thoroughly familiar with Casio's philosophy concerning products and services.
The program is continuing to raise employee awareness.

## Quality Assurance System

Casio has constructed a quality assurance system and constantly strives to improve quality across the group.
The Casio Promotion Committee for Groupwide Quality Enhancement (within Casio's highest quality assurance authority) meets semiannually by convening the heads from the Electronics business segment (consumer, integrated and system equipment categories) the Electronic Components segment and the communications business, as well as quality managers of manufacturing and service affiliate companies according to the theme at these meetings on company policies and important issues relating to quality. The resolutions are then communicated to individual departments and reflected in specific quality assurance activities within the departments.
In 2004, the CS Control Group was created within the Sales Department of the Electronics Equipment business to improve customer services. Since then, the CS Control Group has been conducting activities to ensure quality in product development in cooperation with the Engineering Department (within the Product Development HQ) in an effort to further improve quality and services.
Moreover, persons responsible for quality assurance have been appointed in the development departments to take after product specifications, software, mounting, outer packaging, circuits, devices, and manufacturing, respectively, in each businesses. In addition, the quality managers who oversee the entire operations ensure product quality in each business.

## Teachers Meeting (Product Feedback from Educators)

On December 19 and 20, 2005, Casio invited 14 mathematics teachers from various countries in Southeast Asia—including Indonesia, Malaysia, Singapore, and the Philippines—to the Teachers Meeting, a meeting to hear feedback and development center. The event was held in order to get product-related feedback from educators.
The main purpose of the meeting was to hear opinions on the functions of Casio's scientific calculators. These teachers submitted product evaluation reports to Casio in advance during their visit to Japan for improvement. During the discussion, Casio responded to these suggestions, and there was a lively exchange of opinions among the teachers.




The gathering provided an opportunity to hear about product development. It was also a fantastic, special opportunity to hear the opinions of Casio's development team and meet with teachers in person.



Casio and the Market

# Building Strong Partnerships

**Responsibilities to Suppliers** — Casio is building strong partnerships with suppliers in and outside Japan that share Casio's procurement policies

## Basic Thoughts behind the Approach to Procurement Policies

Casio aims to fulfill its social responsibilities, including compliance with relevant laws and social norms, and protection of the environment, through fair and equitable transactions throughout the supply chain by strengthening partnerships with suppliers.

### ● Procurement Policies

### 1. Fair and equitable transactions
Casio carries out fair and equitable transactions by providing equal opportunities to all suppliers and candidate(s) in and outside Japan in accordance with its internally established procedures.

### 2. Compliance with laws and social norms
Casio's procurement activities comply with all relevant laws and social norms, and strives to eradicate, including the protection of human rights, prohibition of child labor, forced labor and discrimination. Therefore, Casio also requires its suppliers to observe the same legal and social requirements.

### 3. Environmental protection
Casio takes care of the global environment through environmentally friendly procurement, which is based on the Casio Environment Charter and Fundamental Environmental Policies, in cooperation with suppliers.

### 4. Strengthening partnerships with suppliers
Casio builds relationships of trust with its suppliers through reciprocal efforts, such as merging and complementing of mutual technological development abilities, supply chain cooperation, compliance with laws and social norms, and protection of the global environment, which will benefit both parties.

### 5. Policies on supplier selection and transaction continuation
Casio initiates and continues transactions with suppliers based on comprehensive evaluation criteria, which include compliance with laws and social norms, environmental protection, proper information security, respect for intellectual property, sound and stable corporate management, superior technological development ability, right price and quality, stable supply capabilities, and electronic transaction systems.

### 6. Right price and quality
Casio endeavors to secure right price and quality in order to provide its customers with a stable supply of optimal products, to ensure that Casio gains the full confidence of customers around the world.

### 7. Prohibition of personal-interest relationships
Casio does not allow any employee to have personal-interest relationships with suppliers.

## Fulfilling Social Responsibilities Together with Suppliers

Casio has set forth new Social Responsibility Guidelines, including compliance with laws and social norms, and environmental protection, in order to fulfill its social responsibilities together with its suppliers through procurement activities.

### ● Social Responsibility Guidelines
Guidelines covering the following areas have been established in order to fulfill social responsibilities through procurement:

1. Compliance with laws and social norms
2. Environmental protection
3. Proper information security
4. Respect for intellectual property
5. Sound and stable corporate management
6. Superior technological development abilities
7. Right price and quality
8. Stable supply
9. Electronic transaction systems
10. Prohibition of personal-interest relationship

### ● Sharing the Guidelines
By holding of Procurement Policy Presentation Meetings and individual consultations, Casio is conveying its policies to suppliers in and outside Japan. The Guidelines have been posted on Casio's Website and also distributed in printed form to the people concerned.

### ● Managing the Guidelines
Casio works together with suppliers to resolve such issues as may be identified in the regular surveys, which are conducted by means of answering pre-scribed questionnaires.

### ● Reporting on the Guidelines
Casio releases regular reports on its fulfillment of the Social Responsibility Guidelines.

### ● Procurement Policy Presentation Meeting

# Optimum Shareholder Return and Information Disclosure

**Responsibilities to Shareholders and Investors** — Casio is striving to improve business performance and strengthen its financial position in order to increase returns to shareholders

## Basic Policies on Profit Distribution to Shareholders

Casio considers maintenance and expansion of profit distribution to shareholders to be an important management goal. Accordingly, it is striving to improve its business performance and strengthen its finance position. Casio distributes returns to shareholders by comprehensively considering the company's profit level, financial condition, and dividend payout ratio, based on a policy of maintaining stable dividends. Internal reserves are also being appropriated for the R&D and investment Casio requires for stable corporate growth. These steps ensure that Casio maintains a competitive position, and strengthen its management structure.

## Operating Results and Dividends in Fiscal 2006

In fiscal 2006, Casio moved forward aggressively with expansion of its strategic businesses, including timepieces, digital cameras, electronic dictionaries, cellular phones and TFT LCDs. At the same time, the company strove to improve management efficiency by raising the profit margin and improving capital efficiency. As a result, record-high net sales and net income figures were achieved for the third consecutive year. With 3.3 billion yen (per share) in a consolidated basis. Dividends were raised by ¥5 per share from ¥17 in the previous fiscal year to ¥20, marking the third consecutive year of growing dividends.

## Inclusion in SRI Index and Funds

Socially responsible investment (SRI) represents a commitment to evaluate and select corporations to invest in on the basis of their performance on the triple bottom line. In addition to conventional investment criteria such as financial analysis, companies are also evaluated based on their CSR performance including legal compliance, employment and human rights issues, social contribution, and environmental protection. SRI funds have been gaining popularity in recent years, and Casio is included in the following index and funds.

### Casio in SRI Index and Funds
(as of June 1, 2006)



- **Morningstar SRI Index**
  (May 1, 2004)
- **STB SAM Management Co. Ltd.**
  ("Eco-Partners SRI Green Company")
- **Sumitomo Mitsui Asset Management Co., Ltd.**
  Eco-Balance "Umi to Sora" (Sea and Sky)

## Communication with Shareholders and Investors

Casio is actively engaged in a variety of investor-relations initiatives. It is the company's policy of disclosing corporate information appropriately and in a timely fashion, as outlined in the Casio Code of Conduct.

### ● IR events
After the release of financial results each quarter, Casio holds financial-result briefings. As the main speaker at these events, the company's president or director in charge of IR explains the financial results and future outlook to institutional investors and securities analysts. On occasion, the company also meets individually with Japanese or overseas institutional investors and securities analysts. Factory tours and small meetings for specific business segments are provided as well.

### ● A wide array of IR tools
IR tools used by Casio include quarterly financial results, annual reports and business reports. The same information is also provided on the Casio Website.



Financial-results briefing

Casio Annual Report

IR Website: http://world.casio.com/ir/

Investor Relations Website

### ● Communication with Individual Investors
Along with fuller information disclosure on its Website, Casio is actively providing more information to individual investors. These efforts include such an improvement of general shareholder meeting content, but also holding management presentations for shareholders after the meeting.

### ● Inquiries to the IR Department
In cooperation with the General Affairs Department, the IR Department coordinates Casio's investor relation activities, and responds to all manner of inquiries from Japanese and overseas shareholders and investors.

# Environmental Management Vision

Environmental Management Activities in Fiscal 2006 and Future Efforts



*Yukio Kashio*

Yukio Kashio
Executive Vice President and Representative Director
Chairman, Casio Environmental Conservation Committee

Casio approaches its environmental management activities as a top priority issue for the corporation at its corporate creed of "Creativity and Contribution." In January 1993, we established the Casio Environment Charter and Casio Fundamental Environmental Policies to serve as a framework for executing our environmental management activities. We then established the Casio Voluntary Plan for the Environment, an environmental management guideline that spells out how we put our respective activities. In February 2006, we updated the plan for the 10th time.

Within this plan, we have established an Environmental Action Plan (EAP) that encompasses all activities, clearly sets specific numerical targets and deadlines for execution. The EAP covers the entire group, and serves as our main action plan. The company is moving toward the achievement of its goals. In February 2006, we updated the EAP for the 9th time.

## ● Activities and results

### Product-related activities and results

Our product initiatives in fiscal 2006 included adding 114 new models to the Casio Green Products lineup, the Casio Green Products (CGP). CGP is a key activity toward the green products in total sales to 66%. We will continue to work with eco-product design with a view to achieving our target during fiscal 2007 and beyond.

In addition, we reduced by 22.6% the total packaging materials used per unit of sales by optimizing our packaging materials.

We also pursued the target of completely phasing out specified hazardous substances by the end of 2005 in response to the European RoHS Directive, and completed the conversion to lead-free soldering with the cooperation of relevant departments and business partners.

### Business site-related activities and results

Our business sites included environmental conservation efforts. The target we pursued was to reduce CO2 emissions per unit of actual production by 10% in fiscal 2006 compared to the fiscal 2004 level. However, CO2 emissions increased 5% due to a unit price decline in our TFT-LCD business.

Regarding CO2 reduction targets were to achieve zero emissions and to reduce the generation of waste per unit of production by 30% from the fiscal 2001 level. Casio Micronics Co., Ltd. (Ome) and Casio Soft Co., Ltd. achieved zero emissions status, bringing the number of sites to do so up to 10. The generation of waste per unit of production remained equal to the fiscal 2001 level.

Our hazardous substance phase-out target was to detoxify PCB-containing equipment currently in storage by the end of fiscal 2006. We completed the application for contracting the treatment of PCBs stored at the Hachioji R&D Center and the Hamura R&D Center. PCBs stored at Kofu, Gojo and waiting for the treatment facility in Hokkaido to start receiving deliveries.

## ● Future Initiatives

### Future product initiatives

Now that we are compliant with the WEEE and RoHS Directives in Europe, we will steadily take steps to respond to the phase-outs of hazardous substances that are expected to be legislated in North America, China, Japan, and South Korea. We will also monitor legal and regulatory trends, such as the EuP Directive* and REACH Regulation* in Europe, and pursue product design initiatives.

### Future business site initiatives

Starting this fiscal year, we established new action plans for energy conservation, resource-saving (i.e. the reduction of water consumption at production sites), and waste reduction at business sites outside Japan. This is a major step in the worldwide expansion of our environmental conservation programs.

In Japan, we introduced a new action plan at electronic component business sites to combat global warming by reducing emissions of greenhouse gases other than CO2, targeting a reduction of total emissions in 2010 to at or below the 2000 emissions level. Though this and other steps, we are working to reduce emissions gases under the Kyoto Protocol. We are also planning to use other new measures, such as CDM, emissions trading, and other Kyoto mechanisms, toward the fulfillment of our new target of a 20% reduction in actual CO2 emissions by fiscal 2011.

### Pursuing CSR management

Casio is making CSR a core driver of its management practices. In one new initiative, we are recasting our eco-product designs as CSR designs by taking a universal design concept with an account of the minimizing our green procurement of materials as CSR procurement by verifying the status of our business partners' fulfillment of CSR. We are preparing the relevant guidelines to implement these new practices quickly in a manner we are moving ahead.

See the following pages for details.

* See page 32 for explanation of terms.

# Casio Environment Charter and Casio Fundamental Environmental Efforts

Consistent with its corporate creed of "Creativity and Contribution," Casio sets specific guidelines and targets in line with the Casio Environment Charter and Casio Fundamental Environmental Policies in order to ensure proactive execution of environmental management.

## Corporate Creed

Creativity and Contribution

## Casio Environment Charter

To conserve the global environment, Casio recognizes the importance of its corporate environmental responsibility across the operations of its entire group. Casio establishes basic policies and specific measures for contributing to world prosperity and human happiness from the broad perspective of international society, and endeavors to implement them.

## Fundamental Environmental Policies

1. Casio Group members shall comply with all environmental laws, agreements, and standards in Japan and overseas.
2. The Group shall establish voluntary "Casio Environmental Conservation Rules" based on consideration for the environment at all product stages of development, design, manufacture, distribution, repair services, and recovery/disposal. All Casio business divisions shall assume responsibility for their implementation, additionally auditing the degree of compliance and making continual improvements.
3. From the standpoint of corporate social responsibility, and as good corporate citizens, all Casio Group members shall apprehend the importance of global environmental conservation and try to heighten their awareness.
4. These policies shall apply to all Casio Group business divisions in Japan and overseas.

* The Casio Environmental Conservation Rules are specific action programs for the environment, set forth in the "Casio Voluntary Plan for the Environment (CVPfE)."



Casio and the Global Environment

Casio Voluntary Plan for the Environment
(Casio Environmental Conservation Rules)
(PLAN)

Environmental Action Plan
"Clean & Green 21" Initiative
(PLAN)

Environmental performance assessment
(CHECK)

Improve and strengthen environmental activities
(ACT)

Global Conservation

Casio Environmental Conservation Committee
PDCA

PDCA at each site

Environmental activities of implementing organizations
(DO)

# Environmental Action Plan, "Clean & Green 21" Initiative

Casio establishes targets that take account of environmental changes in and outside Japan and continually strives to achieve these goals.

Product-related targets

Ratio of fiscal 2006 performance against the target fiscal year
★★★ 100% of target achieved ★★ 80% or higher achieved ★ Below 80% achieved

| Item | FY2006 targets | FY2006 performance | Rate of achievement | FY2007 targets | Page number |
|---|---|---|---|---|---|
| Development targets for eco-products | Raise green product sales to 70% of total sales by FY2008 | Green product sales grew to 68%. | ★★ | Continuing | 32 |
| | **Reduce the total usage of packaging materials per unit of sales by 30% by FY2008 compared to FY2001.** | **A 22.6% reduction was achieved.** | ★ | Continuing | [illegible] |
| Hazardous substance phase-out targets | Discontinue the use of RoHS Directive-specified toxic substances, namely, lead (lead contained in purchased products), cadmium, mercury, and hexavalent chromium, by the end of FY2006. | Discontinued the use of lead, cadmium, mercury, and hexavalent chromium in products bound for Europe. (PBB and PBDE were already phased out.) | ★★★ | Discontinue the use of lead, cadmium, mercury, and hexavalent chromium by June 2006 in compliance with hazardous substance regulations other than those for products bound for Europe. | [illegible] |

## Future Initiatives

Casio set and worked toward the goal of raising sales of green products to 70% of total sales by fiscal 2008 (C.G.P. 70) in order to spur aggressive development and evaluation of eco-products. In fiscal 2006, green product sales rose to 68% of total sales. Casio will continue to develop eco-products that satisfy Casio's Green Product Certification Criteria, with a view toward achieving the goal set for fiscal 2008 one year ahead of schedule.

Share of green products in total sales

## Explanation of terms

| | |
|---|---|
| C.G.P. 70 Activity | Abbreviation of "Casio Green Products 70." An effort to raise the percentage of green products (products that meet Casio's Green Product Certification Criteria) in total sales to 70% |
| EuP Directive | A proposed directive on environmentally friendly design of energy-using products in the European Union (EU) |
| PBB | Polybrominated biphenyl. One of the substances prohibited under the RoHS Directive |
| PBDE | Polybrominated diphenyl ether. One of the substances prohibited under the RoHS Directive |
| PRTR | Pollutant Release and Transfer Register system. The system was institutionalized in Japan in 1999 with the Law concerning Reporting, etc. of Releases to the Environment of Specific Chemical Substances and Promoting Improvements in Their Management (PRTR Law) |
| REACH Regulation | A new EU regulation for chemical substances that controls the Registration, Evaluation and Authorization of Chemicals under a single, unified system |
| RoHS Directive | Restriction of the use of certain Hazardous Substances in Electrical and Electronic Equipment. A regulation that came into effect in the EU on July 1, 2006, prohibiting the use of six specified hazardous substances in electrical and electronic equipment |
| WEEE Directive | A directive that came into effect in the EU on August 13, 2005, mandating the recycling of Waste Electrical and Electronic Equipment |
| Per unit of sales | A basic unit of measure calculated by dividing a figure by Casio's consolidated sales |
| Per unit of production | A basic unit of measure calculated by dividing a figure by total production at specified production sites |
| Per unit of actual production | A basic unit of measure calculated by dividing a figure by production, where the value for production in the denominator (i.e. nominal production) is replaced with the value for actual production as corrected using the Bank of Japan's Domestic Corporate Goods Price Index (electrical equipment) |

Actual production = Nominal production / Bank of Japan's Domestic Corporate Goods Price Index (electrical equipment)

The following table shows the yearly ratios in comparison with the base year of fiscal 1991 for the Bank of Japan's Domestic Corporate Goods Price Index (electrical equipment).

| Fiscal year | 1991 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| Price index corrected values | 1 | 0.69 | 0.62 | 0.56 | 0.54 | 0.52 | 0.50 |

(Decimals are rounded to the nearest hundredth.)

Business-site related targets

Ratio of fiscal 2006 performance against the target fiscal year
★★★ 100% of target achieved ★★ 80% or higher achieved ★ Below 80% achieved

| Item | FY2006 targets | FY2006 performance | Rate of achievement | FY2007 targets | Page number |
|---|---|---|---|---|---|
| Energy conservation targets | Reduce $CO_2$ emissions per unit of actual production by 10% by FY2006 and by 20% by FY2011 compared to FY2004 | $CO_2$ emissions rose 5% due to increased production and a unit price decline in TFT LCDs. | ★ | Sites in Japan: Reduce $CO_2$ emissions per unit of actual production by 20% by FY2011 compared to FY2004 | |
| | — | — | — | **Sites outside Japan: Reduce $CO_2$ emissions per unit of production by 10% by FY2011 compared to FY2006** | |
| Reduction targets for greenhouse gases other than $CO_2$ | — | — | — | Reduce total emissions of greenhouse gases other than $CO_2$ ($CO_2$ equivalent) by 2010 to at or below the 2000 level *6 | |
| Resource-saving targets | **Reduce water usage per unit of production at production sites in Japan*1 by 5% by FY2006 compared to FY2001** | **Water usage increased by about 34% over the FY2001 level due to greater water usage accompanying increased production at Casio Micronics *5** | ★ | **Production sites in Japan*1: Reduce water usage per unit of actual production by 10% by FY2009 compared to FY2001.** | [illegible] |
| | — | — | — | Production sites outside Japan*2: Reduce water usage per unit of production by 5% by FY2009 compared to FY2005 | |
| | — | — | — | **Sites in Japan: Reduce paper usage per unit of actual production by 30% by FY2009 compared to FY2004** | — |
| Waste reduction targets | Achieve zero emissions*3 at targeted sites in Japan by FY2006. | Casio Micronics (Ome) and Casio Soft newly achieved zero emissions status, bringing the total number of sites to do so to 13.*7 | ★★ | Removed from FY2007 targets | [illegible] |
| | **Reduce the generation of waste per unit of production by 30% by FY2006 compared to FY2001** | **The generation of waste remained equal to the FY2001 level despite increased production.** | ★ | **Production sites in Japan*1: Reduce the generation of waste per unit of actual production by 40% by FY2009 compared to FY2001.** | |
| | — | — | — | Production sites outside Japan*2: Reduce the generation of waste per unit of production by 10% by FY2009 compared to FY2005 | |
| Hazardous substance phase-out targets | **Detoxify PCB-containing equipment currently in storage by the end of FY2006** | **Reservations have been made with a waste treatment contractor for the treatment of PCBs stored at the Hamura R&D Center and the Hachioji R&D Center. The PCBs are still on the waiting list for treatment. The PCBs stored at Kofu Casio are awaiting the opening of a treatment facility in Hokkaido in October 2007.** | ★ | **Detoxify PCB-containing equipment currently in storage as the Japan Environmental Safety Corporation opens facilities in different areas: ● By FY2008 all PCBs stored at the Hamura R&D Center and the Hachioji R&D Center ● By FY2008 PCBs stored at Kofu Casio** | [illegible] |
| Green procurement implementation targets | Achieve a 100% response rate (percent of parts covered by supplier surveys) for green parts at sites in Japan in FY2006. | Achieved a 100% response rate. | ★★★ | Achieve a 100% response rate (percent of parts covered by supplier surveys) for green parts at sites in Japan in FY2007. | [illegible] |
| | **Achieve a 100% response rate (percent of parts covered by supplier surveys) for green parts at sites outside Japan in FY2006** | **Achieved a 89.2% response rate.** | ★★ | **Achieve a 100% response rate (percent of parts covered by supplier surveys) for green parts at sites outside Japan in FY2007.** | |
| Green purchasing implementation targets | Raise the green purchasing ratio to 60% of total purchases of stationery products, office supplies, and OA equipment at sites in Japan by the end of FY2008 (based on the number of purchases) *At sites that have adopted the CATS e-P system.*4 | Achieved 58.7%. | ★★ | Continuing | |
| Targets against distribution-related global warming | **Reduce $CO_2$ emissions per unit of sales by 50% by the end of FY2008 compared to FY2001 by improving the efficiency of distribution in Japan.** | **Achieved a 40% reduction** | ★★ | **Continuing** | [illegible] |
| | Reduce $CO_2$ emissions per unit of sales by 5% by FY2008 compared to FY2005 by improving the efficiency of distribution outside Japan. | Achieved a 3% reduction | ★ | Continuing | |

*1 Kofu Casio (head office and Ichinomiya branch), Kochi Casio, Casio Micronics (in Ome and Yamanashi), Casio Electronic Manufacturing, and Yamagata Casio
*2 Casio Korea Co., Ltd., Casio Taiwan Co., Ltd., Casio Computer (Hong Kong) Ltd., Casio Electronic Technology (Zhongshan) Co., Ltd., Casio Electronics (Shenzhen) Co., Ltd., Pt. Asahi Electronics Indonesia, and Casio (Thailand) Co., Ltd.
*3 (Final disposal / Waste generated) x 100 ≦ 1%
*4 Head Office of Casio Computer Co., Ltd., Hamura R&D Center, Hachioji R&D Center, East Nihon Hub Centers (Chiyoda, Sendai, Saitama, Yokohama, Chiba, and Special Sales Office), West Nihon Hub Centers (Nagoya, Osaka, Hiroshima, and Kyoto), and Casio Hitachi Mobile Communications
*5 In terms of units of actual production, water usage decreased 2.7% from the fiscal 2001 level
*6 PFCs, SF6, and NF3 (based on JEITA's voluntary action guidelines). Casio has already completed the complete elimination of these gases other than SF6
*7 The three sites that had not achieved zero emissions status by the end of fiscal 2006 will continue to pursue this goal as part of their ISO 14001 initiatives.

# From Eco-product Design to CSR Design

Casio is committed to broadening its design considerations, moving from eco-product designs to designs that are environmentally friendly and offer a high-quality experience for the user, in line with the universal design guidelines established by the company.

### Broader Design Goals: Moving from Eco-product Design to CSR Design

Casio introduced eco-product design in 1993. Since 2001, it has been developing ISO Type I environmental labeling products based on Casio's green product development guidelines.

Since 2005, Casio's Design Center, with the help of the Environment Center, has been working on the concept of developing a new kind of design featuring eco-product designs. The idea is to systematize and consolidate designs with universal design as a new CSR design initiative. Casio has already worked out Universal Design Policies, and is performing assessments of its electronic dictionaries and electronic musical instruments with a view to improving the quality of the user experience.

**CSR Design Guidelines**

| Guidelines for Green Product Development | + | Universal Design Guidelines (currently being prepared) |

## Universal Design Activities

### Delivering a high-quality user experience

Strategically focused on its core competence in compact, lightweight, slim, energy efficient technologies, Casio develops products with as little environmental impact as possible. Moreover, in addition to reducing product size while increasing performance, Casio also strives to achieve a high user experience for the user so that people who are unfamiliar with electronic devices and those who are less confident about IT can use Casio's products comfortably.

Casio has set the main objective for its universal design activities: improving the quality of the user experience. Casio works to develop products using human-centered design (HCD) in conformity with ISO 13407 processes. Casio applies these concepts not only to the products themselves, but also to improve packaging and user manuals.

### From the customer's perspective

Obtaining evaluations from customers who actually use the products and reflecting their feedback in product development are an essential part of HCD.

Casio has made it a top priority to develop products from the customer's perspective, and requires its development staff themselves to listen to customers' opinions. Casio is dedicated to improving quality by applying evaluations from user tests and feedback given to the Customer Support Center.

In fiscal 2006, Casio conducted case tests on the usability and design features of products by enlisting the cooperation of a wide spectrum of customers, including high school students, housewives, and the elderly. Casio made specific improvements to the quality of the user experience, in terms of both hardware and software, by analyzing the test results across the board.

### Future Initiatives

Casio has already worked out the "one Casio Universal Design Policies during the current fiscal year in order to share policy on universal design activities with all group companies.

Casio is determined to pursue high-quality experience for the user. Going forward, Casio will continue developing its HCD guidelines and create products based on them in even more business areas.

### Casio Universal Design Policies

1. Easily understood display and expression.
2. Simple, understandable operability.
3. Reduce physical and mental stress.
4. Provide safety and reliability.
5. Pursue product value.



Casio's Universal Design mark



Basic cycle of the universal design (UD) process

# LCA Evaluation Report

Casio evaluated its Super Slim Projector using life cycle assessment (LCA)

## LCA Evaluation of the Super Slim Projector XJ-S30/S35, a Casio Green Product

### LCA evaluation case study

As a mobile projector, the XJ-S30/S35 has a super slim construction that makes it easy to carry around. It has a high-pressure mercury lamp with 2000 ANSI lumens. The lamp itself consumes 200 W of electricity, resulting in the use stage of the LCA data accounting for a large 82% of the overall environmental impact.

Accordingly, the product offers an Eco mode which boasts lower energy consumption than the Normal mode. By switching from Normal mode to Eco mode, the projector is put into an energy conservation mode where the lamp is less bright and the high static pressure Sirocco fan runs quieter. The Eco mode is effective for use in quiet surroundings and when one wishes to adjust the brightness to create a better balance with the room lighting.

### Future challenges

Ways to lower the value for the use stage need to be studied in order to improve the projector's LCA data. Future challenges are to make further headway in reducing energy use by lighting sources, improving product parts, and reducing overall weight.



XJ-S30/S35 effects on global warming ($CO_2$ equivalent)

**Total for all stages**

| | |
|---|---|
| Global warming impact ($CO_2$ equivalent) | 201.53 kg |
| Acidification impact ($SO_2$ equivalent) | 0.26 kg |
| Energy use | 4319.63 MJ |



### Super Slim Projector XJ-S30/S35

#### Green product technology points

**Energy conservation:** Energy consumption can be reduced by switching the projector from Normal mode to Eco mode.

**Resource/re-saving:** Compared to the predecessor XJ-360, a The body of the product has been
- Reduced by 14% in volume
- Reduced by 60% in thickness
b The packaging (all made from paper except the soft case) has been
- Reduced by 24% in volume
- Reduced by 17% in weight

**Recyclability:** The body of the product is made of a magnesium alloy and is easily recycled.

**Elimination of hazardous substances:** The product does not contain substances prohibited by the RoHS Directive.

#### Product characteristics

| | |
|---|---|
| Projection system | DLP |
| Brightness | 2000 ANSI lumens |
| Display resolution | True XGA (1,024 × 768) Compressed: Maximum SXGA (1,280 × 1,024) |
| Slim construction | 43 mm thick (32 mm at thinnest point) |
| USB compatible | the XJ-S35 enables PC-free presentations |

DLP and the DLP logo are trademarks of Texas Instruments.

**Casio and the Global Environment**

## Material Balance of Business Activities

Below is a report of the lifecycle inputs and outputs associated with Casio's business activities.

In Japan, Casio does business in the Electronic Components segment and Electronics segment. Outside Japan, Casio's business is in the Electronics segment only.

### Inputs

Energy: 59,480 toras or equivalent kℓ
Electricity: 188.56 million kWh
Fuel: 13,172 kℓ crude oil equivalent kℓ
Water resources: 3,315 million m³
Recycled industrial water: 206,000 m³
SF6 (sulfur hexafluoride): 2 tons
Paper usage: 782 tons
PRTR substance input: 209 tons

Parts and materials: 24,759 tons
Manuals (recycled material): 4,557 tons (2,117 tons)
Packaging material (recycled material): 12,994 tons (10,126 tons)

### Recovered

Electricity: 87.68 million kWh
System equipment from corporate customers: 83 tons
Household PCs: 0.5 tons
Label printer tape cartridges: 3 tons
Drums and toner cartridges: 672 tons
Rechargeable batteries: 1 ton

### Outputs

Greenhouse gases
CO₂ emissions: 113,482 tons-CO₂
SF₆ emissions: 18,714 tons-CO₂
Air pollutants
NOx: 188 tons
SOx: 27 tons
Dust: 3 tons
Release and transfer of PRTR substances: 127 tons
Wastewater: 2,504 million m³
Generated water: 8,527 tons
Landfill disposal: 825 tons
Recycled waste: 5,880 tons

CO₂ emissions: 80,082 tons-CO₂
Total products sold: 150 million
TPTUCO packaging: 14 tons
CO₂ emissions: 40,680 tons

### Recycled

System equipment from corporate customers: 71 tons
Reused/old PCs: 0.4 tons
Label printer tape cartridges: 3 tons
Drum and toner cartridges: 535 tons

Material inputs for business sites
Material balance for products



## Communication and Disclosure about the Environment

Casio communicates actively with stakeholders to help build a sustainable society

### Casio's Philosophy and Policy on Communication and Disclosure about the Environment

Casio is making an effort to help build a sustainable society by engaging in dialogue with various stakeholders. The company is also aggressively undertaking environmental conservation activities aimed at protecting biodiversity including humankind, and pursuing preservation of the global environment, including natural resources and the atmosphere.

### Participation in Exhibitions (Eco-products 2005)

Casio has participated in the Eco-products Exhibition every year since it started in 1999. The Eco-products Exhibition, which is the largest general environmental exhibition in Japan, is a place where people from different walks of life can think about environmental issues and learn about ways to realize their own eco-lifestyles. Casio's commitment to promoting environmental awareness extended even to the actual construction of its exhibition booth, which was made of eco-materials (Eco-Palette Haru-Color Model). The exhibition was an opportunity for Casio to introduce its overall environmental initiatives while showcasing Casio Green Products. Eco-products that make use of Casio's core competence in compact, lightweight, slim, energy efficient technologies. For the 2005 exhibition, Casio planned a hands-on learning experience for children, giving them the chance to practice building a calculator. The company also introduced its environmental initiatives using an easy-to-understand video presentation on the main stage.

Casio plans to take part again in the Eco-products 2006 Exhibition.

### Casio Reading Session

In August 2006, Casio held the CSR Report 2006 Reading Session under the second Teacher's Business Training Program.

Normally, there are few opportunities for companies and schools to get together and talk. Accordingly, while participants examined some actual Casio Green Products for themselves, Casio personnel gave a presentation on their manufacturing process in order to provide a slightly deeper understanding of Casio's environmental activities. The teacher's remarks included interest in the Kids' ISO 14000 program and environmental education as well as the fact that their social responsibility as educators is being questioned nowadays.

Casio plans to continue to actively accommodate this type of training.

### Information on the Web

Casio renewed its website for Japan in March 2006 and worldwide website in June 2006. The website for Japan was ranked seventh on the Usability Ranking sponsored by Nikkei Personal Computing. The ranking evaluates user-friendliness and design. The company's Japanese environmental website was also renewed following the same pattern. Casio uses its Environmental Report website to publish the latest Corporate Social Responsibility Report.

Environmental Report website
http://world.casio.com/env/



### Major awards and commendations in fiscal 2006

| Year | Month | Company | Award / commendation |
|---|---|---|---|
| 2005 | June | Yamagata Casio Co., Ltd. | Award of excellence for energy conservation excellence |
| | June | Casio Micronics Co. Ltd. | Award of excellence for electrical safety and rationalization |
| 2006 | February | Hamura R&D Center | Award of excellence for efficient operation of electrical use |

Awarding organizations:
Yamagata Prefecture
Tama Electric Association
Kanto Regional Electricity Usage Rationalization Committee

Case 1:06-cv-01751-RMC-DAR    Document 61-5    Filed 07/09/2007    Page 21 of 26

# Environmental Accounting

## Fiscal 2006 performance

### 1. Environmental conservation costs



In fiscal 2006, capital investment came to ¥148 million, environmental conservation costs totaled ¥1,475 million, and economic effects came to ¥133 million.

Following last fiscal year's investments in energy conservation through air conditioning equipment, water supply and drainage treatment equipment, and equipment to prevent global warming, during the current fiscal year Casio continued to work on air quality conservation by installing equipment to reduce the higher CVD gas emissions accompanying increased production of TFT-LCD panels.

Environmental costs increased over the previous fiscal year due mainly to strengthened responses to Europe's RoHS and WEEE Directives.

Economic effects were ¥263 million in business revenue from recycling and absorption of ¥130 million in increased costs related to energy conservation, resulting in a total economic effect of ¥133 million.

### 2. Environmental cost

[capital investment and environmental cost tables]



### 4. Environmental conservation effect

Casio's environmental efficiency in terms of sales is given below in terms of $CO_2$, waste and substances specified under the PRTR Law. These indicators have changed due to increased production, but Casio intends to continue improving them.

## ● Environmental efficiency in terms of sales

Casio's environmental efficiency came to 5.11 in million-$CO_2$ (and waste environmental efficiency) came to 0.88 in million/ton (due to increased business activities, while the amount of waste sent to landfill disposal improved over the previous fiscal year in year-on-year decrease of 48.9 tons) due to the company's aggressive recycling efforts. In addition, environmental efficiency for chemical substances specified in the PRTR Law was 2.777 in million/ton, and 32% of the amount used was recovered and recycled.

In the future, Casio will steadily implement medium-term measures with the aim of expanding economic and environmental conservation effects through energy and resource conservation-associated cost savings and the improvement of environmental performance indicators.

The $CO_2$ conversion factor has been revised and applied.

Scope of data compilation for environmental accounting: Casio Computer Co., Ltd. and consolidated subsidiaries in and outside Japan.
Reference guideline: Environmental Accounting Guidelines 2005, Ministry of the Environment, Japan.

# Creating Employment Opportunities

Casio constantly strives to create opportunities for highly satisfying employment. In all of its interactions with employees, Casio respects the human rights of individuals and refrains from discrimination based on gender, disability, or other trait.

## Employment Philosophy and Policies

The Casio Code of Conduct states that, "We respect one's and value cooperation that is free of discrimination. We hold in high regard every individual's human rights, eliminate harassment, and refrain from discriminatory action on the basis of gender, beliefs, religion, ethnicity, social status or physical handicap, and respect the privacy of individuals." This is the most visible expression of ideals and concepts in Casio's hiring. Casio adheres to this philosophy and strives to create as many employment opportunities as possible.

Casio has also been working to create jobs domestically by bringing in work that had previously been contracted to companies outside the group.

### ● Employment-related initiatives

Based on the philosophy and policies described above, Casio respects every person's human rights and individuality. Casio hires individuals who are able to live independently, irrespective of their gender, creed, religion, ethnicity, social status, or disability, while respecting changes in the social environment that surround the labor market and society.

In Japan, Casio supports the Charter of Corporate Ethics for Screening and Employing New Graduates issued by Nippon Keidanren (Japan Business Federation), and refrains from making an impact on students' learning caused by the hiring season. In addition, Casio holds its interviews on Saturdays or at other times that are convenient for students so as not to disrupt their academic schedule. Those interviewed in fiscal 2006, Casio also provided opportunities and methods to promote more student-friendly recruitment. seminars were held to deepen students' understanding of the

working world. The Casio recruitment Website was updated with more contents for specific job types was increased and the and cooperation is added to the specific job types. As a result, hiring of women grew dramatically. Casio hired 66 new graduates, including 19 women, who joined the company in the spring of 2006. The number of mid-career professionals were hired, including two women.

Under Casio's merit-driven system, employees are rewarded according to their abilities required for their position, irrespective of their academic background, age, or length of service. To complement this, Casio's performance-based system establishes the grade and compensation of employees based on the results they actually achieve in their assigned roles. The objective of Casio's human resource system is to strike a optimal balance between the development of employees under the merit-driven system and the growth of the company that is facilitated by the performance-based approach.

### ● Hiring persons with disabilities

Casio seeks to hire individuals with the courage, determination and personality to take on challenges and realize their dreams, regardless of any disabilities they may have. Presently there are 50 employees with disabilities working at Casio Computer Co., Ltd. (1.27% of the workforce). However, in order to reach the legally required employment level of 1.8% as soon as possible, a five-year plan was established for the hiring of persons with disabilities. In fiscal 2006, Casio accelerated preparations for sensory awareness, including workplace training. Consequently, as persons with disabilities were hired and joined the company in the spring of 2006. Casio is making an ongoing effort to enable each and every employee to maximize their abilities and skills, and aiming at improving facilities to enable persons on their individual functions and accomplishments.

In the Appraisal System, employees are evaluated in these areas based on results and processes. In addition, the Kitachoji R&D Center, as well as measures to allow employees with disabilities to realize their potential, Casio will continue to hire persons with disabilities and promote the creation of a work environment that is suitable for everyone to work in.

**Recruitment Website for applicants with disabilities**
(Japanese-language)
http://www.casio.co.jp/saiyou/career2/policy.html

### ● Hiring senior workers

Since 2001, Casio has been operating the Casio Senior Staff Program (CSP). Its purpose is to provide employees who reach the mandatory retirement age with employment opportunities, and to effectively utilize the skills and know-how that these employees have accumulated within the group. Under this program, employees who reach the mandatory retirement age can register with the group's employee dispatch company. The program is designed for reemployment-age employees who wish to continue working, and who are healthy and possess knowledge and skills that are needed within the group. Starting in fiscal 2007, the service staff system has been expanded to all group companies in Japan, and the opportunities to be a service staff for senior employees are expected to increase.





# Appointing and Effectively Deploying Qualified Workers

Casio has built a sound corporate culture by appointing qualified workers through a fair process, using a merit-driven system and a performance-based approach.

## Philosophy and Policies

Casio's human resource system, based on fairness and designed to maximize "Creativity and Contribution," is the corporate creed. The company continually reviews its personnel systems in an effort to better reflect the changes in the surrounding environment.

Under Casio's merit-driven system, employees are rewarded according to the abilities required for their position, irrespective of their academic background, age, or length of service. To complement this, Casio's performance-based system establishes the grade and compensation of employees based on the results they actually achieve in their assigned roles. The objective of Casio's human resource system is to strike an optimal balance between the development of employees under the merit-driven system and the growth of the company that is facilitated by the performance-based approach.

### ● Human resource system

Casio's human resource system consists of three subsystems: the Grade System, Appraisal System and Compensation System.

The Grade System assigns the grade of Casio's human resource system. The Qualification System applies to non-managerial employees. It sets a grade based on the growth of their ability to perform their duties. The Professional System applies to managers and specialists, who are graded and ranked based on their individual functions and accomplishments.

In the Appraisal System, employees are evaluated in these areas based on results and processes.

**Organization of Casio's human resources system**

by objectives, work performance goals every year, etc. type, and contributor made toward the department. The evaluation is made on a five-point scale, relative to other employees, and the results are reflected in remuneration.

Superiors discuss the evaluation results individually with each employee in order to see a high level of understanding.

The Compensation System applies a salary range that is based on job grade under the principle of a merit-based competitive salary. Pay raises are given in summary each performance evaluation and salary levels. Bonuses are distributed in a balanced way, depending on the evaluation

### ● Human resource development

Casio has various programs for human resource development, with the intention of developing creative employees that are eager to take on challenges and training professionals with expertise by offering opportunities to employees in specialized fields.

There are two basic types of training programs organized at Casio. One is the strategic program that passes on the company's corporate culture. The other is the technical specialist that passes on the company's unique technology and know-how.

Casio approaches the development of these employees with the philosophy that people grow through their work, and that the source of growth is one's drive. Based on this belief, Casio supports its employees to grow and improve their skills by providing them with an environment in which new abilities are constantly required. The company also gives employees opportunities to rise to challenges through relying on their own determination and hard work.

For this reason, Casio's system of human resource development is based in skill-improvement through actual work, with on-the-job training (OJT). Various supplementary training programs, including systematic study of theory, are also offered as off-the-job training (Off-JT).



# Building a Supportive Work Environment

Casio is building work environments and systems that permit all employees to demonstrate their full potential.

## Policies or Building Positive Work Environments

Casio strives to build work environments that are friendly to all employees so that every person can realize his or her full potential.

In all of this effort, Casio is endeavoring to reduce the total annual hours worked by employees. The company is also expanding support programs that help employees to meet family obligations, such as taking care of children and other family members, with special consideration for female employees.

### ● Vacations

With the goal of shortening the hours worked by employees each year, Casio is promoting an environment and culture that encourages employees to fully utilize paid vacation time. In fiscal 2006, an average of 21.9 paid vacation days were offered to each employee at Casio Computer Co., Ltd. and 56.4% of these days were utilized. The average number of paid vacation days taken was 10.4 full days and 4.8 half days.

Casio also offers a Vacation Day Accumulation Program. Under this program, when an employee is unable to work due to injury or illness, or the care needs of a family member, or his or her unclaimed paid vacation days that otherwise would expire is carried over and made available for use. Furthermore, each year a maximum of five days of service, employees are granted an extra five days off.

### ● Child and nursing care leave

Casio established its Rules Concerning Child Care Leave in 1994, in accordance with national laws and culture regulations. The rules are applicable to employees with children younger than one year, and have been continually updated to encourage employees to take advantage. In addition, the Rules Concerning Nursing Care Leave cover employees who have a family member requiring care. These rules have been revised as necessary since their establishment in 1999.

Employees taking child care leave



## Communication between Labor and Management

Through regular communication between management and the labor union, Casio hopes to raise the awareness of

employees about their rights to participate in the management of the company. Casio values close communication between labor and management.

At the core of this labor-management communication is the Group Workers' Labor-Management Conference, which is held twice a year in September and February. At these conferences, opinions from management and labor, together representing the entire Casio Group, are exchanged. In addition, labor-management communication is carried out at various other levels, including the Central Labor-Management Meeting, the Division Labor-Management Meeting, and the Sales Chapter Labor-Management Meeting.

As of the end of fiscal 2007, a total of 7,135 employees of Casio Computer Co., Ltd. and its domestic group companies were members of the labor union.

## Building a Supportive Work Environment

### ● Continued support for achieving a balance between work and family

Reported by For the Next Generation and the Nurturing of the Next Generation

Casio has always worked on establishing various vacation programs, including child and nursing care leave, so that all employees may demonstrate their full capabilities in a work environment that respects the balance between work and family.

With the implementation of Law Concerning the Promotion of Measures to Aid the Nurturing of the Next Generation of Children, in order to further help employees achieve a balance between work and family, the company has established the action plan shown below.

Action Plan: April 1, 2005 to March 31, 2007
Target 1: To create an environment that encourages employees to utilize vacation time.
Target 2: To encourage the increased use of family care (leave time or shorter working hours).
Target 3: To enable workers returning from childcare leave to be reintegrated smoothly.
Target 4: To construct a system that reflects the opinions of employees on the action plan.

In fiscal 2006, Casio promoted the taking of planned paid vacation in order to improve vacation time utilization rates. The company plans to adopt information leave system for employees with childcare needs. The eligibility was extended to three times the number of childcare leave days. Time off was also expanded for fathers at the time of their child's birth, and for maternity protection.

Based on Japan's Industrial Safety and Health Law, various other legal requirements, and Casio's employment regulations, the entire Casio Group is dedicated to offering an environment that nurtures employees who are sound in body and mind. Casio works to maintain and enhance employee health and to prevent occupational injuries and their recurrence. Serious measures have been adopted to keep the company in compliance with the national laws and regulations concerned.

# Efforts on Occupational Safety and Health

Casio is taking various steps to maintain and enhance employee health and prevent occupational injuries.

## Basic Philosophy

Based on Japan's Industrial Safety and Health Law, various other legal requirements, and Casio's employment regulations, the entire Casio Group is dedicated to offering an environment that nurtures employees who are sound in body and mind. Casio works to maintain and enhance employee health and to prevent occupational injuries and their recurrence. Serious measures have been adopted to keep the company in compliance with the national laws and regulations concerned.

## ● Activities of the Occupational Safety and Health Committee

The Casio Occupational Safety and Health Committee was established in accordance with Japan's Industrial Safety and Health Law. Meeting on a monthly basis, the committee is comprised of the company physician, occupational health managers, and representatives of labor and management. It promotes various measures to keep employees physically and mentally healthy and to ensure occupational safety. In fiscal 2006, the committee advanced the creation of a comfortable workplace environment, based on the Guidelines for Measures to Be Taken by Employers for the Creation of Comfortable Workplaces issued by Japan's Ministry of Health, Labour and Welfare. On January 25, 2006, the Casio headquarters received approval as a Comfortable Workplace Promotion Center, and these measures are now being implemented.

In order to further promote occupational health education and prevent occupational injuries, at Casio the Promotion of Measures to Aid the Nurturing of the Next Generation of Children was also implemented.

At the Hamura R&D Center and the Hachioji R&D Center, Casio is implementing various safety policies through regular meetings of the Occupational Safety and Health Committee. Just like at the group companies, regular physical examinations are provided to employees, and health management is also promoted by holding mental health seminars.

## ● Promotion of Employee Health

Casio offers annual physical checkups to all employees. The company is working to increase the number of items covered by the checkups, and also emphasizes the importance of secondary checkups and their follow-up.

There is a clinic (internal medicine and dentistry) at the headquarters of Casio Computer Co., Ltd. and at other group Casio sites, each one staffed by a full-time doctor who looks after the health of Casio employees. In July 2005, 924 annual physical checkups were conducted at Casio headquarters, representing a 100% participation rate by headquarters employees.

Casio held a Walking Campaign to encourage employees to enhance their health as well as prevent illnesses. The campaign was run at various locations between September and November 2005, and

many people participated, including employees' family members. Casio has also signed an agreement with a fitness club, providing sports opportunities for employees to improve their health.

Casio is striving to raise the awareness of employees about company health and hygiene, entitled "A Message from the Mouth," written by the dentist at the head office clinic, is published regularly on the company's internal Website. In addition to dental care, the content also covers diet and obesity, the employee cafeterias provide healthy menu choices featuring a balance of calories and nutrition. Wellness Fairs are also held at all Casio sites.

### ● Mental health care

In 2000, Japan's Ministry of Health, Labour and Welfare issued a publication entitled, Guidelines for Promoting Mental Health Care in Enterprises. Through the holding of special seminars for managers, Casio is trying to raise the awareness of mental health issues throughout the company. Employees can also discuss their personal health concerns with the company doctor, or by using the external Physical and Mental Health Hotline.

### ● Manager Seminars to Promote Health

A special seminar for managers entitled, "Promotion of Health and the Role of Managers" was held at the head office in May 2004, at the Hamura R&D Center in November 2004, and at the Hachioji R&D Center in June 2005.

In this seminar, a lecture was given by an occupational health physician from the head office clinic gave a lecture. He systematically covered diverse subjects, including physical checkups, advice on how to deal with stress and health problems, duty to pay attention to safety, and mental health. In particular, the doctor stressed the role that supervisors should play in the health management of workers.

### ● Prevention of Occupational Injuries

Casio has been working to achieve zero occupational injuries and is engaged in safety activities targeting an accident-free record at all Casio work sites. For example, each site and group company conducts fire and disaster prevention/evacuation drills, as well as automated external defibrillator (AED) classes to improve emergency preparedness.

On September 12, 2006, a disaster and fire drill was held at headquarters involving over 200 participants—not only the company's employees but also other group employees. The drill began with practicing measures for physical protection from the initial effects of an earthquake, followed by reporting fires and damage, and voluntary operations in the event of actual evacuation on foot from all floors of the building. The drill continued with simulation of safety protection measures including the use of the fire brigade truck ladders, spraying water on the hire by the fire brigade and pump trucks, and emergency medical treatment.

AEDs were newly installed at occupational injuries Casio's Regular Disaster raised non-Casio's regular Seminar on May 17, 2006. The devices have been established at the head office and the Hachioji R&D Center. These AEDs are available at all sites and group companies.

Time of occupational injuries (last five years)

| | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 |
|---|---|---|---|---|---|
| | 1 | 0 | 1 | | 75 |
| | 0 | | | 8 | |
| | | | | | 13 |

# Social Contribution Initiatives

Casio fulfills the full range of its responsibilities to society by making the most of its proprietary know-how and management resources.

## Philosophy on Social Contribution

Based on its corporate creed of "Creativity and Contribution," Casio seeks to contribute to society by creating products that provide people with joy and wonder.

Casio sees contribution to society as "Know-how and management resources for the betterment of society. Casio uses its core competence in compact, lightweight, slim products and its advanced technologies to make unique contributions that no other company can.

Rather than merely performing indirect activities such as providing donations, a more important criterion of social contribution for Casio is to offer the knowledge and experience of its employees to society.

Through communication with various stakeholders, Casio is continuously assessing its responsibilities as a good corporate citizen. Casio is also aware of the importance of establishing its own creative social contribution initiatives to fulfill its responsibilities. The company is currently working to enhance its current range of CSR activities.

Casio seeks to continually dedicate itself to social contribution initiatives in the following key areas: (1) environmental conservation to protect irreplaceable global resources and the environment; (2) education to fulfill Casio's responsibility to the next generation, sharing knowledge of the world's future, culture and arts to provide people with joy and wonder; (4) study and research that contribute to the development of the academic world through the spread of advanced technologies, allowing society to grow; and (5) community activities to be a useful member of local society.

Casio aims to pursue unique social contribution initiatives by, for instance, developing mechanisms that focus the entire group's initiatives and involving them in the public in an appropriate way.

## Contribution to Local Communities

### ● Educational activities with the Tokyo Bureau of Environment

As an effective policy for environmental education and measures against global warming, the Tokyo Metropolitan Government introduced the "Tokyo Metropolitan Green Building" Program, developed by ArTech. Already, 8,700 Tokyo citizens are taking part in the program. As a participating company, Casio Computer Co., Ltd. is enabling employees with instructor certification to actively participate in the program, and is developing a wide range of activities. In fiscal 2006, Casio made class-study presentations to educators and company officials responsible for CSR in the Tokyo area. In the process, the activities of the Tokyo Bureau of Environment gained understanding, to deepen understanding of the Kids ISO 14000 Program. Casio undertook part of an environmental education leader know-how course, and provided know-how to instructors. These efforts will be sustained through a range of educational activities for children and Casio's local educational initiatives.

---

Casio is actively promoting the kind of social contribution initiative for local communities, while providing places for youth to foster a sense of creativity, a desire to practice self-reliance and independence. These activities have received the appreciation of the public. Currently, Casio has received requests for classroom visits and factory tours from many educational institutions around the nation of Japan, and Casio is now preparing to undertake these activities and make other new efforts. By maintaining close ties with local communities, Casio is working hard to foster the society of the future, through both economic development and protection of the global environment. Teaching classes for a meaningful life to young people forms the foundation of these efforts.

### ● Support for comprehensive studies classes:
#### Visit to Hatashiro Elementary School

On February 10, 2006, the General Manager of the Environment Center of Casio Computer Co., Ltd. visited fifth-graders at Hatashiro Elementary School in Shibuya-ku, Tokyo. He went as a guest teacher to talk about Casio's efforts to help stop global warming. He spoke to 90 students in three classes.

Using a video presentation on environmental activities, he explained the mechanisms behind global warming and the specific environmental efforts being made on products and distribution at various Casio sites. This was followed by an opportunity for the students to experience a Casio digital presentation immensely. They were particularly interested in the samples of eco-products shown to them, such as digital cameras using Casio's newest imaging technology, exemplify Casio's compact, lightweight, slim, energy efficient technology. The students were all amazed by, and expressed their interest in environmental efforts, and continued to ask questions even when the class was over.

Although global warming is a complex issue, Casio heard from the teacher that the children had a better understanding about the presentation for days afterwards. Casio hopes that the youngsters are now taking steps individually and with their families to help prevent global warming.

### ● Beautification and cleanup in the surrounding community

Every April 28, the Shibuya-ku ward office holds a general cleanup activity to help beautify the district, with the participation of residents and businesses in the area of Casio's headquarters of Casio. Casio Computer Co., Ltd. pitched in with its employees to restore the appearance of the local neighborhood.

Although participation was purely voluntary, 25 head office employees took part, and on the day of cleanup, in just 30 minutes, the participants were able to gather up a large amount of garbage from around the head office building.

Starting in fiscal 2006, staff from the Hamura R&D Center began participating in a regular volunteer cleanup activity at the nearest station, JR Ozaku. The employees at Casio's Micronics (Ome) also carry out regular cleanup activities in their neighborhood. Casio will continue to actively participate in this kind of community action whenever possible, at all Casio sites.

### ● CASIO WORLD OPEN GOLF TOURNAMENT

The CASIO WORLD OPEN TOURNAMENT has been held since 1981, as part of Casio's social contribution through sport.

Starting in 2006, the location of the tournament was switched from the Ibusuki Country Club in Kagoshima Prefecture, Japan—the birthplace of Casio's founder and where Casio has a major manufacturing subsidiary—in order to contribute to local communities. Casio invited Michelle Wie, the young female golf phenomenon with worldwide fans, to her first tournament in Japan. Although Wie played on the weekend, huge crowds filled the gallery in order to see her perform, and there were also large contingents from the Japanese and international mass media. Although Michelle Wie was narrowly eliminated in the weekend championship, found by one shot, many fans were impressed by the sight of her batting against the top male players.

Casio Computer Co., Ltd. donated digital cameras to the local government organizations that helped with the hosting of the tournament. A special golf lesson area was also set up for golfers from the tournament to give pointers to local youth on the project golf swing. In addition, Casio worked with local elementary schools to provide students with a guided tour of the backstage of the tournament. In the town of Koshi, where the tournament was held, there is an electric broadcast facilities. In Kochi Prefecture, which hosted the tournament, residents, Casio used that are usually closed to the public, including the electric broadcast area and the television broadcast facilities. In order to help promote sport among the local residents, Casio used



Local youth receiving golf lessons



School visit by Casio

Cleanup around the head office building

---

The charity proceeds raised during the tournament to purchase sporting equipment and donated it to local organizations that serve the welfare of the community.

Casio plans to hold the same kind of tournament in fiscal 2007, with the goal of benefiting the people of the local community.

## Contribution to Civic Society

### ● Fostering young science and technology researchers—Casio Science Promotion Foundation—

Basic research forms the foundation for science and technology. The new principles discovered in the realm of basic research often end up having an enormous impact on the world world. However, since basic research does not produce any immediate profits, researchers are often supported by limited budgets from the government or universities. The Casio Science Promotion Foundation is providing funding for this type of research and thereby contributing to the advancement of science and technology.

The Casio Science Promotion Foundation was established in 1982 by the late Kashio brothers, and the late former chairman, Shigeru Kashio, to contribute to the growth and promotion of academic research in Japan. The foundation's main focus is on assisting cutting-edge, creative research in early stages conducted by younger researchers. Every year, assistance is given to approximately 40 projects. In addition, funds are awarded to support Japanese researchers abroad and to more to their research meetings. In fiscal 2006, 44 research projects received grants, totaling ¥62 million. For this year's awards, Professor Michio Takeyam Ooni of the University of Tokyo, Professor Masaru Umino of Tohoku University, and Professor Yasufumi Fujiwara of Osaka University. The grants were awarded to the recipients at the 25rd presentation ceremony held on December 2, 2006.

Number and amount of research grants awarded by Casio Science Promotion Foundation

[bar chart showing data from 1st term (FY2005) through 24th term (FY2006), with values including 37, 38, 40, 41, 44 and amounts 55,880, 60,630, 52,740, etc.]

Website of the Casio Science Promotion Foundation
(Japanese-language)
http://www.casio.co.jp/company/zaidan

Casio and Society

Casio and Society

# Social Contribution Initiatives

● **Supporting the Fifth Dolphin & Whale Eco-Research Network Project**

● **Supporting the Teacher's Business Training Program**

## Contribution to the International Community

● **Casio Monetary Fund Committee for Peking University Japan Study**

● **Support for the World Children's Baseball Fair**



World Children's Baseball Fair

● **Sponsoring the Nationwide Youth Keyboard Contest in China**

Chng Lng Foundation



## Major social contribution initiatives in fiscal 2006

| | | | |
|---|---|---|---|
| Traffic safety | Cooperation with a traffic safety campaign | | |
| Social education | Company tours | | |
| | Classroom visits | | |
| Environment | Casiwap Day | | |
| | Shouldai Managers and Support Plant Forum | | |
| Social education | Mixed Education Challenge 2005 | | |
| Welfare | Participation in blood donation drive | | |
| | Jobs offered to physically disabled persons | | |
| Social education | Training social high school students | | |

## Major donations in fiscal 2006

| Category | | | |
|---|---|---|---|
| Environment | Support for the "Think the Earth Project" FY2006 | Think the Earth Project (NPO) |
| | Donation to the Japan Industrial Waste Management Foundation | Japan Industrial Waste Management Foundation |
| | Donation to the Keidanren Nature Conservation Fund | Keidanren Nature Conservation Fund |
| | Support for WWF Japan (World Wide Fund for Nature Japan) | WWF Japan (NGO) |
| Education | Scholarship provision | Casion Scholarship Fund |
| Local communities | Support for the NHK Symphony Orchestra | NHK Symphony Orchestra |
| | Support for the Tokyo Philharmonic Orchestra | Tokyo Philharmonic Orchestra |
| | Sponsorship of the First Nation Hypertee – Cherry Marathon | City of Hamura |
| Disaster relief | Contribution to the victims of Hurricane Katrina | American Red Cross Society, etc. |
| Social welfare | Donation to the Japanese Foundation for Cancer Research | Japanese Foundation for Cancer Research |
| Healthcare | Support for PH Japan | PH Japan (NPO) |



# Company / Data

Company Data

## ● Casio Network

In order to deliver products to customers in all parts of the world, Casio has development, manufacturing, and sales centers across the globe with a focus on the major regions: Japan, North America, Europe, and Asia (including Japan). R&D and electronic component manufacturing are performed in Japan, while other manufacturing facilities are located mainly in other parts of Asia. As for overseas sales, Casio, Inc. handles the North American market, while Casio Electronics Co., Ltd., Casio Europe GmbH, Casio France S.A., Casio Benelux B.V., Casio Scandinavia AS, and Casio España S.L. handle the European sales. In other regions, distributors have been set up to handle direct and indirect exports to these markets.

Sales by region
(FY2006)

Asia and other 16.9%

North America 16.3%

Europe 15.9%

Japan 50.9%

## ● Sites outside Japan (as of Sept. 30, 2006)

Casio Europe GmbH
Casio Scandinavia AS
Casio Benelux B.V.
Casio Electronics Co., Ltd.
Casio España S.L.
Casio France S.A.

Casio Korea Co., Ltd.
Casio (Shanghai) Co., Ltd.
Casio Taiwan Co., Ltd.
Casio Electronics (Shenzhen) Co., Ltd.
Casio Electronic Technology (Zhongshan) Co., Ltd.
Casio Computer Hong Kong Ltd.
Casio Electronics (Guangzhou) Co., Ltd.

Casio Singapore Pte. Ltd.
Casio (Thailand) Co., Ltd.
Casio India Co. Pvt. Ltd.

Casio, Inc.
Casio Canada Ltd.

## ● Sites in Japan (as of Sept. 30, 2006)

Yamagata Casio Co., Ltd.
Casio Electronic Manufacturing Co., Ltd.
Shin Nihon Casio Information Co., Ltd.

Kochi Casio Co., Ltd.

Kofu Casio Co., Ltd.
SEIKO Electronics Corporation

Casio Computer Co., Ltd. - Headquarters
Casio Computer Co., Ltd. - Hamura Research & Development Center
Casio Computer Co., Ltd. - Hachioji Research & Development Center
Casio Micronics Co., Ltd.
Casio Information Systems Co., Ltd.
Casio Electronic Devices Co., Ltd.
Casio Soft Co., Ltd.
Casio Support Systems Co., Ltd.
Casio Hitachi Mobile Communications Co., Ltd.
Casio Communication Brains, Inc.
Casio Management Inc.
Casio Marketing Inc.
Casio Lease Solution Co., Ltd.
Mata Inc.
Inroadsmaway Japan Co., Ltd.
Casio Business Services Co., Ltd.

## ● Data on Casio Computer Co., Ltd. (as of March 31, 2006)

Name: Casio Computer Co., Ltd.
Established: June 1, 1957
Headquarters: 1-6-2 Hon-machi, Shibuya-ku, Tokyo
President & CEO: Kazuo Kashio
Paid-in capital: ¥41,549 million
Employees: 3,320 (non-consolidated)
         12,673 (consolidated)
Consolidated companies: Subsidiaries (Japan and overseas) 56
Equity-method affiliates (Japan and Overseas) 4

Consolidated business results



Casio Corporate Report 2006   49

48   Casio Corporate Report 2006





"Scott Stimpson"
<stimpsonlaw@gmail.com>
07/07/2007 10:23 AM

To  "lkrawczyk@morganlewis.com"
    <lkrawczyk@morganlewis.com>
cc
bcc
Subject  Fwd: Papst interrogatory responses, protective order, and
         Papst discovery requests

---------- Forwarded message ----------
From: **Scott Stimpson** <stimpsonlaw@gmail.com>
Date: Jun 21, 2007 6:27 AM
Subject: Papst interrogatory responses, protective order, and Papst discovery requests
To: Joseph Cwik <jecwik@welshkatz.com>
Cc: Jeffrey Gold < jgold@morganlewis.com>, Kevin He <khe@morganlewis.com>, "
lkrawczyk@morganlewis.com" < lkrawczyk@morganlewis.com>, "J. Fee" <
jkfee@morganlewis.com>, Jerold Schnayer <jbschnayer@welshkatz.com>

Joe:

This is further to our discussion regarding discovery issues.

Papst non-compliance with Judge Robinson's Order

We addressed with you the inadequate responses to Judge Robinson's order for "complete
responses" to our interrogatories.   Specifically, we explained that your response on the
infringement interrogatory refused to identify the accused products, the asserted claims, claim
interpretations, or even a theory of infringement; that you have provided no evidence of
secondary considerations, when you obviously have studied and accused the products of many
companies to be infringing; your response to interrogatory 4 did not provide any information,
including information that was provided orally to the other targets of Papst; you did not provide
a contention on the art area and level of ordinary skill; and there is nothing provided in your
responses to the interrogatory about the alleged invention.

You advised us that you believed your responses were complete and proper.

Papst discovery requests

     A) Your proposed limitations on technology documents:   You provided a list of
technology areas that you want to focus on now in your email of June 12, but continue to refuse
to withdraw your requests that currently seek documents on unrelated technology.   We cannot
agree to provide you with this set now, and then have you request another set of different
documents tomorrow -- that is no compromise or narrowing of the issues for the court.

     Moreover, your requests continue to be overly broad.   They include every document

relating to lens operation, focus, zoom, storage of an image in memory, etc.   The only topic of interest in this litigation is how data is requested by and transferred to a PC.   We would be willing to provide documents related to that topic as a compromise, although we still believe they have no relevance as the only real question is how the cameras work, not how they were designed (especially if willfulness is bifurcated).

You would not agree to further limit the technical subject matters in your email of June 12.

B) Licensing documents:  We believe Papst should now be precluded from obtaining licensing information due to its failure to abide by Judge Robinson's order regarding our interrogatory 4, and as a sanction for the overbroad discovery requests that were served.   Subject to resolution of our motions, including bifurcation, we will agree to produce documents sufficient to show licenses related to the Casio Digital Cameras.

C) Sales, costs, and profits:   Subject to resolution of our motions, we will agree to produce summary sales, costs, and profit information for cameras sold in the United States, with reasonable backup.   There is no need for every invoice to be produced, etc., but we will produce reasonable backup.

D) Indirect importation of Casio cameras into the United States:   Subject to resolution of our motions, we will provide documents sufficient to show any knowledge we have of cameras that go to the United States.

E) Financial impact of camera sales:   Subject to resolution of our motions, we will agree to provide documents that address any impact on sales of other products from the sales of the Casio cameras.

Protective Order

As we advised you several days ago, we are producing non-technical confidential documents.   As for the technical documents, we do not believe a protective order will give sufficient protection against the risk of disclosure to the patent prosecutors.   Moreover, since Welsh & Katz should, in our view, be disqualified for its role in the negotiations relating to the two patents-in-suit, it makes little sense for the Court to hassle with details of the protective order now.

We remain unable to file our motion to disqualify, as there is much relevant information that Papst is still withholding.   For example, we have no real response to our interrogatory 4, despite the multiple orders of the Court.   We also do not have all the Papst document production, nor has Papst provided the formerly privileged and work product information that was ordered produced by Judge Robinson.   Until Papst cooperates in discovery, we cannot properly address this issue.   We have been waiting for months, and through two court orders, and still we do not have this information.

Even if the Court declines our anticipated request to disqualify, the protective order you

propose is not nearly sufficient, and would create a logistical nightmare for the Court due to all the qualifiers you have included. The order should be very simple, stating that no one involved in any way with prosecution will see Casio confidential documents.


Sincerely,

Scott


--
Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
email: stimpsonlaw@gmail.com
phone: 203-258-8412

Disclaimer: This email is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify me immediately by email and delete the original message.

--
Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
email: stimpsonlaw@gmail.com
phone: 203-258-8412

Disclaimer: This email is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify me immediately by email and delete the original message.



EXHIBIT

F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------X

CASIO INC.,                           :

      Plaintiff,            : Civil Action No. 1:06 CV 01751
                                    : Judge: Gladys Kessler
      v.                    : Magistrate: Deborah A. Robinson
                                      :

PAPST LICENSING GMBH & CO. KG,        :

                                      :

      Defendant.            :
------------------------------------------------X
------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,        :

      Counter-Plaintiff,   : Civil Action No. 1:06 CV 01751
                                      : Judge: Gladys Kessler
      v.                    : Magistrate: Deborah A. Robinson
                                      :

CASIO INC. and                        :
CASIO COMPUTER CO., LTD.              :

      Counter-Defendants    :
------------------------------------------------X

## DECLARATION OF SATOSHI KATAKAI

    I, Satoshi Katakai, hereby declare as follows:

    1.    I am a manager of 21 Development Section, Second Development Department, QV Digitalcamera Unit, Product Department HQ at Casio Computer Co., Ltd. and have been in this position since April 1, 2006.

    2.    I am in charge of digital camera design and manufacture at Casio Computer, and as such I am familiar with how the cameras are designed and manufactured.

    3.    The cameras are designed at Casio Computer Company, Ltd., and detailed specifications are sent to three other companies which independently assemble the cameras. One of these companies is Yamagata Casio Co., Ltd., which is a subsidiary of Casio Computer Co.,

Ltd. The other two companies, Flextronics International Ltd. and Ability Enterprise Co., assemble the cameras in China·

    4.    As the designs are done at Casio Computer, Casio Computer has all the research and development documents on the designs, and Casio Computer also has documents sufficient to show how the cameras are assembled and how they function.

    5.    Casio Computer has hundreds of employees who are involved in some manner with design, development, and testing of digital cameras. They generate incredible amounts of documents and data every year. For Casio Computer to collect and review these documents, or any significant portion of them, would be an extraordinary burden to Casio, requiring substantial time and effort from many people, and would take many weeks to complete.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 9, 2007        By: _____

                         Satoshi Katakai
                         Manager
                         21 Development Section
                         Second Development Department
                         QV Digitalcamera Unit
                         Product Department HQ
                         Casio Computer Co., Ltd

EXHIBIT
_G_
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------X
CASIO INC.,                              :

        Plaintiff,               : Civil Action No. 1:06 CV 01751
                                         : Judge: Gladys Kessler
                                         : Magistrate: Deborah A. Robinson
    v.                                 :
                                         :
                                         :
PAPST LICENSING GMBH & CO. KG,           :
                                         :
                                         :
        Defendant.              :
-------------------------------------------------------X
-------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,           :
                                         :
                                         : Civil Action No. 1:06 CV 01751
        Counter-Plaintiff,      : Judge: Gladys Kessler
                                         : Magistrate: Deborah A. Robinson
    v.                                 :
                                         :
                                         :
CASIO INC. and                           :
CASIO COMPUTER CO., LTD.                 :
                                         :
        Counter-Defendants      :
-------------------------------------------------------X

## DECLARATION OF KOICHI KANEDA

    I, Koichi Kaneda, hereby declare as follows:

    1.    I am a deputy general manager of QV Department, Overseas Marketing & Sales Division, Global Marketing Headquarters at Casio Computer Co., Ltd. and have been in this position since April 1, 2006.

    2.    I am in charge of sales of Casio cameras outside of Japan, and am responsible for knowing how Casio Computer products are being sold outside of Japan.

3.     To my knowledge, with the exceptions noted below, all sales of Casio Computer cameras into the United States are done through the United States subsidiary of Casio Computer Co., Ltd.  That subsidiary is Casio, Inc.

4.     Casio Computer intends all United States sales to be done through Casio, Inc., and does not permit sales in the United States by any other Casio-related companies.  As a deputy general manager, I would expect any instances violating this policy to be immediately brought to my attention.

5.     The only voluntary instance of Casio camera modules being sold into the United States by any company other than Casio, Inc., relates to an agreement Casio Computer had with Pentax from 2002-2004.  In that time period, Casio Computer sold camera modules to Pentax and that company is believed to have sold some or all of its cameras containing Casio's camera module into the United States.

6.     On occasion, I have heard reports of Casio cameras being available for sale in the United States for prices lower than Casio, Inc. prices, and we suspect that these cameras are being sold by third parties (not Casio, Inc. or any other Casio-related companies).

7.     Casio Computer has hundreds of employees who are involved in some manner with sales of cameras, and the amount of documents and other data related to cameras and generated by those personnel over any given year is huge and nearly impossible to quantify.  For Casio Computer to collect and review these documents, or any significant portion of them, and not including the documents from Casio Computer's many subsidiaries, would take months of time and would be an enormous burden.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 9, 2007                    By: _K. La V._____

                                        Koichi Kaneda
                                        Deputy General Manager
                                        QV Department
                                        Overseas Marketing & Sales Division
                                        Global Marketing Headquarters
                                        Casio Computer Co., Ltd.