UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASIO INC.

                    Plaintiff,

v.

PAPST LICENSING GMBH & CO. KG,
                    Defendant.
_____

PAPST LICENSING GMBH & CO. KG,
                    Counter-Plaintiff

v.

CASIO INC. and
CASIO COMPUTER CO., LTD.

                    Counter-Defendants

Civil Action No. 1:06 CV 01751

Judge: Gladys Kessler

 Magistrate Judge: Deborah A Robinson

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL INTERROGATORY
ANSWERS**

Upon consideration of the motion of Defendant and Counter-Plaintiff Papst Licensing

GMBH & Co, KG, to compel discovery interrogatory answers from Casio Inc. and Casio

Computer Co., Ltd. (collectively "Casio"), it is hereby

**ORDERED** that the Motion to Compel Interrogatory Answers is **granted**. In particular,

it is ordered that:

1.    Casio USA and Casio Japan shall provide complete responses to Interrogatory
No. 1 directed to Casio USA and Interrogatory No. 1 directed to Casio Japan in
accordance with all related Instructions provided by Papst, with all objections
overruled and within 10 calendar days of this Court's order.

2.    To the extent that Casio USA or Casio Japan chooses to answer by designating materials under Fed.R.Civ.P. 33(d), those materials must be specifically identified by Bates Number within 10 calendar days of this Court's order.

DATED: _____            _____
                                         Deborah Robinson
                                         United States Magistrate Judge