UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>　　　　　Defendant.<br>―――――――――――――――――<br>PAPST LICENSING GMBH & CO. KG,<br>Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Robinson<br><br>Next Motion Hearing:<br>July 23, 2007 |

## NOTICE TO THE COURT OF MDL FILING

Papst Licensing GmbH & Co. KG ("Papst") notifies the Court that it has filed a motion before the Judicial Panel on Multidistrict Litigation ("MDL Panel") to transfer five related actions, including this case, to a single district for consolidated pre-trial proceedings as permitted by 28 U.S.C. §1407(a). A copy of that motion is attached as Exhibit 1. (Another one of the five actions is also pending before this Court: *Fujifilm Corp. et al. v. Papst*, Civil Action No.: 1:07cv01118.)

Each of the five actions concerns whether the respectively accused digital cameras infringe the same two United States patents (the Tasler patents) owned by Papst, and concerns the validity of those two patents. The purpose of seeking consolidation for pre-trial purposes is to minimize duplicative litigation and inconsistent rulings. Papst is contemplating seeking a stay

1

in each of the five actions, including in this case, after Papst learns of the schedule for consideration of its motion before the MDL Panel.

Date: July 10, 2007

Respectfully submitted,

*Campbell Killefer*
Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500

*Attorneys for Papst Licensing GmbH & Co. KG*

## CERTIFICATE OF SERVICE

I hereby certify that **Notice to the Court of MDL Filing** was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 10th day of July 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Jeffrey M. Gold
Laura Krawczyk
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
Counsel for Casio Inc.

_____
Campbell Killefer

# Exhibit 1

Notice to the Court
Casio v. Papst

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Papst Licensing                     )     MDL - _____
Digital Camera Patent Litigation   )

### MOTION FOR TRANSFER OF ACTION TO SINGLE DISTRICT
### FOR CONSOLIDATED AND COORDINATED PRE-TRIAL PROCEEDINGS

1. *Relief Sought.* Papst Licensing GmbH & Co. KG ("Papst") seeks to have all of the following actions transferred for consolidated and coordinated pre-trial proceedings as permitted by Section 1407(a) of Title 28 of the United States Code. Papst respectfully requests Oral Argument on this motion.

2. *Schedule of Cases Requested to Be Transferred:*

   *District of Columbia*
   Casio, Inc. v. Papst Licensing GmbH & Co. KG, Case Action No. 1:06cv1751, Judge Kessler.

   *District of Columbia*
   Fujifilm Corporation, Fujifilm U.S.A., Inc. v. Papst Licensing GmbH & Co. KG; Case No. 1:07cv01118, Judge Kessler.

   *Northern District of Illinois*
   Papst Licensing GmbH & Co. KG v. Fujifilm Corporation, Fujifilm U.S.A., Inc., Case No. 07cv3401, Judge Holderman.

   *Central District of California, Western Division*
   Papst Licensing GmbH & Co. KG v. Samsung Techwin Co., Samsung Opto-Electronics American, Inc.; Civil Action No. 07cv4249, Judge Anderson Assigned.

   *District of Delaware*
   Papst Licensing GmbH & Co. KG v. Olympus Corporation, Olympus Imaging America, Inc., Civil Action No. 07cv0415, Vacant Judgeship.

3. *Existence of Multiple Litigation.* As more fully set forth in the supporting memorandum filed concurrently with this motion, five separate actions have been filed concerning the infringement of two United States patents owned by Papst (the "Tasler Patents").

4. *Common Issue of Fact.* Each of the actions includes at least the following common issues of fact:

   a. Whether digital cameras made, used, sold or offered for sale by Casio, Inc., Fujifilm Corporation, Fujifilm U.S.A., Inc., Olympus Corporation, Olympus Imaging America, Inc., Samsung Techwin Co., and Samsung Opto-Electronics America Inc., infringe or do not infringe the Tasler Patents; and

   b. Whether the Tasler Patents are valid.

5. *Benefits of Consolidation.* As more fully set forth in the supporting memorandum, consolidation of these actions for pretrial discovery proceedings will serve the convenience of the parties and witnesses, and promote the just and efficient conduct and management of the actions. The questions of fact as to the infringement and validity of the Tasler Patents present numerous common issues of fact and law. Needless duplication or conflicting adjudication, or both, could result from continued independent maintenance of the separate actions.

July 9, 2007

Respectfully submitted,

_____
Campbell Killefer (D.C. Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000 (phone)
(202) 344-8300 (fax)
ckillefer@venable.com (email)

Jerold B. Schnayer, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500 (phone)
(312) 655-1501 (fax)
jbsdocket@welshkatz.com (e-mail)

Attorneys for Papst Licensing GmbH & Co. KG

3