Jeffrey M. Gold, Esq. (pro hac vice)
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

J. Kevin Fee, Esq. (D.C. Bar No. 494016)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

Scott D. Stimpson, Esq. (pro hac vice)
The Law Office of Scott D. Stimpson
445 Hamilton Avenue -- Suite 1102
White Plains, New York 10601
Tel: (203) 258-8412

Attorneys for Plaintiff and Counter- Defendant Casio
Inc. and Counter-Defendant Casio Computer Co., Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASIO INC.,** | **Case No. 1:06-CV-01751** |
| **Plaintiff** | |
| v. | |
| **PAPST LICENSING GMBH & CO. KG** | |
| **Defendant.** | **Judge: Gladys Kessler**<br>**Magistrate Judge: Deborah Robinson** |
| | **Next status conference: December 4, 2007** |
| **PAPST LICENSING GMBH & CO. KG,**<br>**Counter-Plaintiff** | |
| v. | |
| **CASIO INC. and CASIO COMPUTER**<br>**CO., LTD.**<br>**Counter-Defendants** | |

## REPLY MEMORANDUM IN SUPPORT OF CASIO'S MOTION FOR SANCTIONS FOR NON-COMPLIANCE WITH COURT ORDER

## I.    INTERROGATORY 1

### A.    Accused products

Papst claims (Opp. Mem. at pg. 3) that Casio did not request the identity of the accused products.  The interrogatory, however, requested the analysis "for each accused product."

Papst next claims that "[m]any of the at-issue Casio cameras have been discontinued by Casio and thus, are not available to Papst without further discovery."  *Id.* at 4.  But Casio produced manuals for all of its digital cameras on May 21, 2007;[1] there are unaccused models of digital cameras available for purchase and on the Casio website; and Casio advised Papst on May 21 that samples of all cameras were available for its inspection (See Exhibit A, p.5.).

Papst next complains that it "does not yet have the means to verify and confirm infringement of any other cameras."  Opp. Mem. at 4.  But Papst had none of this information for the six products it did accuse, and had no problem accusing them of infringement.  The reality is that Papst is interpreting these claims so broadly that <u>any</u> digital camera would infringe – a fact that would be apparent if Papst had provided its claim interpretations.

### B.    The Asserted Claims

Papst asserts that it cannot confirm infringement of any other claims without further information from Casio.  The Papst interpretations, had they been provided, would shed interesting light on this argument, too.  Even without the Papst interpretations, however, its argument makes little sense for these patents.  The other independent claims are substantively very close to claims 1 in both patents and so if Papst could assert claims 1 it could have asserted these other claims.  Exhibit B (compare asserted claim 1 with claims 11 and 14) and Exhibit C

---

[1]    Gold Dec. ¶ 3.

(compare asserted claim 1 with claims 17 and 18).  As for the dependent claims, Papst points to nothing that could require additional information from Casio.

### C.    Claim Interpretation

Papst asserts that, because Casio already provided an invalidity analysis, there is nothing wrong with the Papst claim constructions.  But these responses were limited due to the failure of Papst to provide its claim constructions, and they so state.  Exhibit B to Opp. Mem., page 26. For an interesting comparison, please also see the Casio interpretations at pages 7-24 (the first sentences under each claim element).  The lawyers for Papst are experienced patent litigators. They know what it means to interpret patent claims.[2]

### D.    How Does Casio Infringe?

Papst claims the "theory" of infringement was not requested.  The interrogatory, however, reads:  "state in full and complete detail the bases for such charge of infringement. . . ."

As Papst has now represented to this Court that its response is complete (Opp. Mem. at 7), the Court should order that Papst is stuck with its response, and that it may not now assert contributory infringement or inducement of infringement.[3]

## II.    INTERROGATORY 2

Papst did not make any effort to comply with the Court Order within the time allowed, and its refusal to do so until Casio was forced to file another motion for sanctions is a another violation of that Order.  This conduct is not "moot"; it is disrespect for the Court's Order.

---

[2]    *See Papst Licensing GmbH and Co. KG v. Sunonwelath Electric Machine Ind. Co., Ltd.,* No. 03 C 1001, 2004 U.S. Dist. LEXIS 4402, at *8-9, 11 (N.D. Ill. Mar. 18, 2004) (represented by Mr. Schnayer, the court refers to Papst's proposed claim interpretations:  "Papst argues that the Court should <u>define</u> the term 'drive motor means' to <u>mean</u> any type of electric motor that…."; and "Papst argues that the Court should construe the claim term in its entirety to <u>mean</u> the fan housing….") (emphases added).  Thus, Papst and its counsel know that statements like those in the Papst supplemental response are not claim interpretations.

[3]    Under Rule 37(c)(1), a party who fails to disclose information required by Rule 26, or to amend a prior response to discovery under Rule 26, "without substantial justification" for the failure shall be precluded from using the information not disclosed as evidence at trial.  Fed. R. Civ. P. 37(c)(1).

## III.    INTERROGATORY 3

Papst's claim that it has no evidence to support secondary considerations is false. Commercial success, for example, is evidenced by commercial products allegedly covered by the patents.[4]  Counsel for Papst has enough evidence to accuse 39 companies of infringement, and demand that all take licenses, and Papst has now even sued Samsung, Fuji, and Olympus.  Papst and its counsel have detailed files on all these companies, with information on the accused cameras, infringement analyses, and more.  None of this is mentioned in the Court-ordered response.  Papst should be stuck with its decision to not allege any of this as commercial success.

Papst also refuses to provide information on any of the other alleged secondary considerations.  Papst asserts failure of others (who failed?), a long standing problem (what problem?), long felt need (what need?), unexpected results (what results and what was unexpected about them?), copying (what copying?), and skepticism of the inventions (who was skeptical?), but there is no detail or support for any of them.

The named inventor (Michael Tasler) signed an Assignment contractually obligating the assignor (his company) to "render such assistance to [Papst] as necessary to . . . enable [Papst] to . . . enforce proper patent protection for the Patent Rights."  Exhibit D, ¶3.  The inventor also agreed that "[Papst] will, upon its request, be provided promptly with all pertinent facts and documents relating to [the patents-in-suit] as may be known and/or accessible to [the assignor]...."  Id. ¶5.  Surely the inventor was able to identify the long standing problem he allegedly solved, the long felt need, his unexpected results, skepticism, etc., but Papst refused to provide it despite the Court Orders and so should be stuck with its decision.[5]

---

[4]    See Ecolochem, Inc. v. Southern Cal. Edison Co., 227 F.3d 1361, 1377 (Fed. Cir. 2000); J.T. Eaton & Co. v. Atlantic Paste & Glue Co., 106 F.3d 1563, 1571 (Fed. Cir. 1997).

[5]    This is not the first case where Papst has played games and pretended it does not have access to the inventor. Indeed, the same contractual language was at issue in Minebea Co., Ltd. v. Papst, 370 F. Supp. 2d 302, 310

## IV.   **INTERROGATORY 4**

The Papst time restriction:  Papst states at page 8 of its Opposition that it has provided responsive documents "up until the date the Complaint was filed. . . ."  This artificial deadline, we believe, is also resulting in critical information being withheld on this interrogatory.  The deadline imposed by Papst is a continued objection, which this Court ordered waived.[6]

Papst's 33(d) response:  Papst provided a 22-page letter, including 18 pages of single-spaced Bates numbers supposedly responding to this interrogatory.  Exhibit F.  This is not appropriate.[7]  Moreover, information on Papst orally reducing its offers is missing altogether.

As with its response to interrogatory 2, Papst made no effort to identify documents under Rule 33(d) until Casio was forced to file another motion for sanctions.  Even if the document identification had been a complete response as ordered, it was untimely.

## V.   **INTERROGATORY 5**

Papst and its counsel have access to the patent, the prosecution history, the closest prior art (see their response to interrogatory 2), and the inventor (see discussion of interrogatory 3, above).  These are the key sources of evidence to determine the level of ordinary skill in the art.[8]  Papst made no effort to respond to this interrogatory.

---

(D.D.C. 2005) (court found that since "the inventors are expressly required to testify at the request of Papst by written contracts, the Court cannot but conclude that Papst's 'request' for the voluntary appearance of the inventor witnesses was made with a wink and a nod and that their failure to appear must be attributed to Papst.").

[6]   Several days ago, we inquired with counsel for Papst as to its unilateral imposition of this deadline and whether they were imposing this time restriction on the interrogatory response for some reason.  Despite a follow up inquiry, counsel for Papst has refused to respond.  Exhibit E.

[7]   *In re Sulfuric Acid Antitrust Litig.,* 231 F.R.D. 320, 326 (N.D. Ill. 2005) ("[P]laintiffs are entitled to complete disclosure, which cannot be obtained by pouring through a mountain of material."); *Cambridge Elecs. Corp. v. MGA Elecs., Inc.,* 227 F.R.D. 313, 322-23 (C.D. Cal. 2004).

[8]   *See Environmental Designs, Ltd. v. Union Oil Co.,* 713 F.2d 693, 696 (Fed. Cir. 1983).

## VI.    INTERROGATORY 6

Papst has access to the inventor.  Exhibit D.  It is not credible for Papst to claim it could

not answer this interrogatory about dates of invention and related information.  Papst simply

refused to comply with the Court Orders.

## III.    CONCLUSION

For all the foregoing reasons, we respectfully request that the Court enter our Proposed

Order.

Respectfully submitted,

DATED:  July 10, 2007

/s/ Scott D. Stimpson
Jeffrey M. Gold, Esq. (pro hac vice)
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001

J. Kevin Fee, Esq. (D.C. Bar No. 494016)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

Scott D. Stimpson, Esq. (pro hac vice)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, New York 10601
Tel: (203) 258-8412

Attorneys for Plaintiff and Counter- Defendant Casio Inc.
and Counter-Defendant Casio Computer Co., Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------X
CASIO INC., 570 Mount Pleasant Avenue,            :
Dover, New Jersey  07801                          :
                                                  :  Civil Action No. 1:06 CV 01751
                   Plaintiff,                     :  Judge:  Gladys Kessler
                                                  :  Magistrate: Deborah Robinson
             v.                                   :  Next status conference: December 4, 2007
                                                  :
                                                  :
PAPST LICENSING GMBH & CO. KG,                    :
Bahnhofstrasse 33, 78112 Georgen,                 :
Germany                                           :
                                                  :
                   Defendant.                     :
-------------------------------------------------------------X
-------------------------------------------------------------X
PAPST LICENSING GMBH & CO. KG,                    :
Bahnhofstrasse 33, 78112 Georgen,                 :
Germany                                           :
                                                  :  Civil Action No. 1:06 CV 01751
             Counter-Plaintiff,                   :  Judge:  Gladys Kessler
                                                  :  Magistrate: Deborah Robinson
             v.                                   :  Next status conference: December 4, 2007
                                                  :
                                                  :
CASIO INC. and                                    :
CASIO COMPUTER CO., LTD.                          :
                                                  :
             Counter-Defendants                   :
-------------------------------------------------------------X
```

## DECLARATION OF JEFFREY M. GOLD, ESQ.

I, Jeffrey M. Gold, hereby declare as follows:

1.     I am a partner at the law firm of Morgan, Lewis & Bockius LLP in the New York Office located at 101 Park Avenue, New York, New York 10178.

2.     I have been admitted to practice law in the State of New York since 1997.  I am further admitted to practice in the Southern and Eastern Districts of New York, the Federal Circuit Court of Appeals and before the Patent and Trademark Office.  I am also currently admitted pro hac vice before this court as part of this action.

3.      On May 21, 2007, counsel for Casio produced a DVD containing product manuals for all of Casio's digital camera models in English and Japanese.

4.      Attached hereto as Exhibit A, is a true and correct copy of the relevant portions of Counter-defendant Casio Computer Co. Ltd.'s Objections and Responses to Papst Licensing GMBH & Co. KG's First Set of Requests for the Production of Documents and Things to Casio Computer Co., Ltd., served on counsel for Papst Licensing GMBH & Co. KG on May 21, 2007.

5.      Attached hereto as Exhibit B is a true and correct copy of United States Patent Number 6,470,399.

6.      Attached hereto as Exhibit C is a true and correct copy of United States Patent Number 6,895,449.

7.      Attached hereto as Exhibit D is true and correct copy the Assignment regarding the 6,470,399 and 6,895,449 patents executed on March 8, 2006.

8.      Attached hereto as Exhibit E is a true and correct copy of Scott Stimpson's July 3 and July 6, 2007 e-mail to Joseph Cwik.

9.      Attached hereto as Exhibit F is true and correct copy Joseph Cwik's June 29, 2007 letter to Jeffrey Gold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 10, 2007         By:_____

                                     Jeffrey M. Gold



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------x
CASIO INC.                             :
                                       :
                Plaintiff,             :
        v.                             :      Civil Action No. 1:06 CV 01751
                                       :
                                       :      Judge: Gladys Kessler
PAPST LICENSING GMBH & CO. KG          :
                                       :
                Defendant.             :
_____
                                       :
PAPST LICENSING GMBH & CO. KG          :
                                       :
                Counter-Plaintiff      :
        v.                             :
                                       :
CASIO INC. and                         :
CASIO COMPUTER CO., LTD.               :
                                       :
                Counter-Defendants.    :
                                       :
-----------------------------------------------------x
```

**CASIO COMPUTER CO., LTD.'S OBJECTIONS AND RESPONSES TO**
**PAPST LICENSING GMBH & CO. KG'S FIRST SET OF REQUESTS FOR THE**
**PRODUCTION OF DOCUMENTS AND THINGS TO CASIO COMPUTER CO., LTD.**

Casio Computer Co., Ltd. ("Casio Japan") objects to the entirety of these document

requests, as they were not served in good faith and clearly were prepared in violation of Federal

Rule of Civil Procedure 26(g).   The only possible purpose for Papst serving discovery requests

of this nature is to increase the expense to Casio Japan in an attempt to force it to settle.   Papst is

hereby put on notice that Casio Japan intends to seek sanctions for this discovery abuse, and that

these document requests will be used as evidence to support Casio Japan's vigorous pursuit of

attorney fees and costs in this litigation.   Casio Japan will produce some documents to Papst, but

in doing so does not in any way agree that any portion of these document requests were proper.

unduly burdensome, and calls for irrelevant information not reasonably calculated to lead to the discovery of admissible evidence.

Metadata:  Casio Japan objects to this instruction as overly broad, unduly burdensome, calling for irrelevant information and not reasonably calculated to lead to the discovery of admissible evidence.  Casio Japan also objects to the interrogatories buried in this instruction. Casio Japan will not respond to interrogatories that are couched as document requests, and objects to them as overly broad, unduly burdensome, and as calling for irrelevant information not reasonably calculated to lend to the discovery of admissible evidence.

## SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

All responses below are expressly subject to General and specific objections.

1.      One sample of each and every Casio Digital Camera that has been used, manufactured, sold, offered for sale, licensed or imported into the United States since October 22, 2002.

**Objection:**  Casio Japan objects to this request as overly broad, unduly burdensome, and as calling for irrelevant documents and things that are not reasonably calculated to lead to the discovery of admissible evidence.

**Response:**  Subject to objections, Casio Japan will produce samples, or provide for inspection, all Casio Cameras specifically accused of infringement by Papst, and prior art cameras that Casio Japan will rely upon in this litigation.  Samples will only be provided upon advance payment of the camera costs.

2.      All documents referring or relating to the research, development, design, redesign, prototype production, testing, licensing, or commercial production of any and all Casio Digital Cameras.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing CASIO COMPUTER CO., LTD.'S OBJECTIONS TO PAPST LICENSING GMBH & CO. KG'S FIRST SET OF DOCUMENT REQUESTS TO CASIO COMPUTER CO. LTD was served on this, the 21st day of May, 2007, upon the attorneys for Papst as follows:

**VIA U.S. MAIL and E-MAIL**
Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza • 22nd Floor
Chicago, Illinois 60606

Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

Attorneys for Defendant/Counter-Plaintiff,
Papst Licensing GmbH & Co. KG

_____



US006470399B1

## United States Patent

Tasler

(10) Patent No.: **US 6,470,399 B1**
(45) Date of Patent: **Oct. 22, 2002**

(54) **FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE**

(75) Inventor: **Michael Tasler**, Würzburg (DE)

(73) Assignee: **Labortechnik Tasler GmbH**, Wuerzburg (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/331,002**

(22) PCT Filed: **Mar. 3, 1998**

(86) PCT No.: **PCT/EP98/01187**

§ 371 (c)(1),
(2), (4) Date: **Jun. 14, 1999**

(87) PCT Pub. No.: **WO98/39710**

PCT Pub. Date: **Sep. 11, 1998**

(30) **Foreign Application Priority Data**

Mar. 4, 1997 (DE) .......................................... 197 08 755

(51) Int. Cl.[7] ............................................. **G06F 13/14**
(52) U.S. Cl. ............................... **710/16**; 710/62; 710/63
(58) Field of Search .............................. 710/15, 16, 11, 710/12, 62, 63, 64; 703/23, 24, 25

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,291,611 A | 3/1994 | Davis et al. | |
| 5,297,124 A | * 3/1994 | Plotkin et al. | 703/25 |
| 5,430,855 A | * 7/1995 | Walsh et al. | 703/23 |
| 5,444,644 A | 8/1995 | Divjak | |
| 5,487,154 A | 1/1996 | Gunji | |
| 5,499,378 A | * 3/1996 | McNeill et al. | 703/24 |
| 5,506,692 A | 4/1996 | Murata | |
| 5,510,774 A | 4/1996 | Loncle | |
| 5,548,783 A | * 8/1996 | Jones et al. | 710/15 |
| 6,012,113 A | * 1/2000 | Tuckner | 710/64 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 195 28 889 A1 | 2/1997 |
| EP | 0 436 458 A2 | 7/1991 |
| EP | 0 685 799 A1 | 12/1995 |
| JP | 06301607 A | 10/1994 |
| JP | 08110883 A | 4/1996 |
| WO | WO94/19746 | 9/1994 |

OTHER PUBLICATIONS

Steve Martin, "PC–based Data Acquisition in an Industrial Environment," pp. 1–3 (1990).
Payne et al., "High Speed PC–based Data Acquisition Systems," IEEE, pp. 2140–2145 (1995).
National Instruments Corporation, "Dynamic Signal Acquisition and DSP Board for the PC AT," IEEE 488 and VXIbus Control, Data Acquusition, and Analysis, pp. 3–118–3–123, (1994).
IBM Corporation, "Communication Method between Devices through FDD Interface," IBM Technical Disclosure Bulletin, vol. 38 (No. 05), p. 245 (May, 1995).

* cited by examiner

*Primary Examiner*—Thomas Lee
*Assistant Examiner*—Thuan Du
(74) *Attorney, Agent, or Firm*—Patton Boggs LLP

(57) **ABSTRACT**

An interface device (10) provides fast data communication between a host device with input/output interfaces and a data transmit/receive device, wherein the interface device (10) comprises a processor means (13), a memory means (14), a first connecting device (12) for interfacing the host device with the interface device, and a second connecting device (15) for interfacing the interface device (10) with the data transmit/receive device. The interface device (10) is configured by the processor means (13) and the memory means (14) in such a way that, when receiving an inquiry from the host device via the first connecting device (12) as to the type of a device attached to the host device, regardless of the type of the data transmit/receive device, the interface device sends a signal to the host device via the first connecting device (12) which signals to the host device that it is communicating with an input/output device.

**15 Claims, 2 Drawing Sheets**





*FIG.1*



FIG.2

US 6,470,399 B1

1

# FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE

## FIELD OF THE INVENTION

The present invention relates to the transfer of data and in particular to interface devices for communication between a computer or host device and a data transmit/receive device from which data is to be acquired or with which two-way communication is to take place.

## BACKGROUND OF THE INVENTION

Existing data acquisition systems for computers are very limited in their areas of application. Generally such systems can be classified into two groups.

In the first group host devices or computer systems are attached by means of an interface to a device whose data is to be acquired. The interfaces of this group are normally standard interfaces which, with specific driver software, can be used with a variety of host systems. An advantage of such interfaces is that they are largely independent of the host device. However, a disadvantage is that they generally require very sophisticated drivers which are prone to malfunction and which limit data transfer rates between the device connected to the interface and the host device and vice versa. Further, it is often very difficult to implement such interfaces for portable systems and they offer few possibilities for adaptation with the result that such systems offer little flexibility.

The devices from which data is to be acquired cover the entire electrical engineering spectrum. In a typical case, it is assumed that a customer who operates, for example, a diagnostic radiology system in a medical engineering environment reports a fault. A field service technician of the system manufacturer visits the customer and reads system log files generated by the diagnostic radiology system by means of a portable computer or laptop for example. If the fault cannot be localized or if the fault is intermittent, it will be necessary for the service technician to read not only an error log file but also data from current operation. It is apparent that in this case fast data transfer and rapid data analysis are necessary.

Another case requiring the use of an interface could be, for example, when an electronic measuring device, e.g. a multimeter, is attached to a computer system to transfer the data measured by the multimeter to the computer. Particularly when long-term measurements or large volumes of data are involved is it necessary for the interface to support a high data transfer rate.

From these randomly chosen examples it can be seen that an interface may be put to totally different uses. It is therefore desirable that an interface be sufficiently flexible to permit attachment of very different electrical or electronic systems to a host device by means of the interface. To prevent operator error, it is also desirable that a service technician is not required to operate different interfaces in different ways for different applications but that, if possible, a universal method of operating the interface be provided for a large number of applications.

To increase the data transfer rates across an interface, the route chosen in the second group of data acquisition systems for the interface devices was to specifically match the

2

interface very closely to individual host systems or computer systems. The advantage of this solution is that high data transfer rates are possible. However, a disadvantage is that the drivers for the interfaces of the second group are very closely matched to a single host system with the result that they generally cannot be used with other host systems or their use is very ineffective. Further, such types of interface have the disadvantage that they must be installed inside the computer casing to achieve maximum data transfer rates as they access the internal host bus system. They are therefore generally not suitable for portable host systems in the form of laptops whose minimum possible size leaves little internal space to plug in an interface card.

## DESCRIPTION OF PRIOR ART

A solution to this problem is offered by the interface devices of IOtech (business address: 25971 Cannon Road, Cleveland, Ohio 44146, USA) which are suitable for laptops such as the WaveBook/512 (registered trademark). The interface devices are connected by means of a plug-in card, approximately the size of a credit card, to the PCMCIA interface which is now a standard feature in laptops. The plug-in card converts the PCMCIA interface into an interface known in the art as IEEE 1284. The said plug-in card provides a special printer interface which is enhanced as regards the data transfer rate and delivers a data transfer rate of approximately 2 MBps as compared with a rate of approx. 1 MBps for known printer interfaces. The known interface device generally consists of a driver component, a digital signal processor, a buffer and a hardware module which terminates in a connector to which the device whose data is to be acquired is attached. The driver component is attached directly to the enhanced printer interface thus permitting the known interface device to establish a connection between a computer and the device whose data is to be acquired.

In order to work with the said interface, an interface-specific driver must be installed on the host device so that the host device can communicate with the digital signal processor of the interface card. As described above, the driver must be installed on the host device. If the driver is a driver developed specifically for the host device, a high data transfer rate is achieved but the driver cannot be easily installed on a different host system. However, if the driver is a general driver which is as flexible as possible and which can be used on many host devices, compromises must be accepted with regard to the data transfer rate.

Particularly in an application for multi-tasking systems in which several different tasks such as data acquisition, data display and editing are to be performed quasi-simultaneously, each task is normally assigned a certain priority by the host system. A driver supporting a special task requests the central processing system of the host device for processor resources in order to perform its task. Depending on the particular priority assignment method and on the driver implementation, a particular share of processor resources is assigned to a special task in particular time slots. Conflicts arise if one or more drivers are implemented in such a way that they have the highest priority by default, i.e. they are incompatible, as happens in practice in many applications. It may occur that both drivers are set to highest priority which, in the worst case, can result in a system crash.

EP 0685799 A1 discloses an interface by means of which several peripheral devices can be attached to a bus. An interface is connected between the bus of a host device and various peripheral devices. The interface comprises a finite

US 6,470,399 B1

3

state machine and several branches each of which is assigned to a peripheral device. Each branch comprises a data manager, cycle control, user logic and a buffer. This known interface device provides optimal matching between a host device and a specific peripheral device.

The specialist publication IBM Technical Disclosure Bulletin, Vol. 38, No. 05, page 245; "Communication Method between Devices through FDD Interface" discloses an interface which connects a host device to a peripheral device via a floppy disk drive interface. The interface consists in particular of an address generator, an MFM encoder/decoder, a serial/parallel adapter and a format signal generator. The interface makes it possible to attach not only a floppy disk but also a further peripheral device to the FDD host controller of a host device. The host device assumes that a floppy disk drive is always attached to its floppy disk drive controller and communication is initiated if the address is correct. However, this document contains no information as to how communication should be possible if the interface is connected to a multi-purpose interface instead of to a floppy disk drive controller.

SUMMARY OF THE INVENTION

It is an object of the present invention to provide an interface device for communication between a host device and a data transmit/receive device whose use is host device-independent and which delivers a high data transfer rate.

In accordance with a first aspect of the present invention, this object is met by an interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device comprising: a processor; a memory; a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and a second connecting device for interfacing the interface device with the data transmit/receive device, wherein the interface device is configured by the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached to the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the driver for the input/output device customary in a host device.

In accordance with a second aspect of the present invention, this object is met by an interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device comprising: a processor; a memory; a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and a second connecting device for interfacing the interface device with the data transmit/receive device, wherein the interface device is configured using the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached to the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device,

4

whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface.

In accordance with a third aspect of the present invention, this object is met by a method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device via an interface device comprising the steps of: interfacing of the interface device via the multi-purpose interface of the host device; interfacing of the data transmit/receive device with a second connecting device of the interface device; inquiring by the host device as to the type of device to which the multi-purpose interface of the host device is attached; regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the input/output device.

The present invention is based on the finding that both a high data transfer rate and host device-independent use can be achieved if a driver for an input/output device customary in a host device, normally present in most commercially available host devices, is utilized. Drivers for input/output devices customary in a host device which are found in practically all host devices are, for example, drivers for hard disks, for graphics devices or for printer devices. As however the hard disk interfaces in common host devices which can be, for example, IBM PCs, IBM-compatible PCs, Commodore PCs, Apple computers or even workstations, are the interfaces with the highest data transfer rate, the hard disk driver is utilized in the preferred embodiment of the interface device of the present invention. Drivers for other storage devices such as floppy disk drives, CD-ROM drives or tape drives could also be utilized in order to implement the interface device according to the present invention.

As described in the following, the interface device according to the present invention is to be attached to a host device by means of a multi-purpose interface of the host device which can be implemented, for example, as an SCSI interface or as an enhanced printer interface. Multi-purpose interfaces comprise both an interface card and specific driver software for the interface card. The driver software can be designed so that it can replace the BIOS driver routines. Communication between the host device and the devices attached to the multi-purpose interface then essentially takes place by means of the specific driver software for the multi-purpose interface and no longer primarily by means of BIOS routines of the host device. Recently however drivers for multi-purpose interfaces can also already be integrated in the BIOS system of the host device as, alongside classical input/output interfaces, multi-purpose interfaces are becoming increasingly common in host devices. It is of course also possible to use BIOS routines in parallel with the specific driver software for the multi-purpose interface, if this is desired.

The interface device according to the present invention comprises a processor means, a memory means, a first connecting device for interfacing the host device with the interface device, and a second connecting device for interfacing the interface device with the data transmit/receive device. The interface device is configured by the processor means and the memory means in such a way that the interface device, when receiving an inquiry from the host

US 6,470,399 B1

5

device via the first connecting device as to the type of a device attached to the host device, sends a signal, regardless of the type of the data transmit/receive device, to the host device via the first connecting device which signals to the host device that it is communicating with an input/output device. The interface device according to the present invention therefore simulates, both in terms of hardware and software, the way in which a conventional input/output device functions, preferably that of a hard disk drive. As support for hard disks is implemented as standard in all commercially available host systems, the simulation of a hard disk, for example, can provide host device-independent use. The interface device according to the present invention therefore no longer communicates with the host device or computer by means of a specially designed driver but by means of a program which is present in the BIOS system (Basic Input/Output System) and is normally precisely matched to the specific computer system on which it is installed, or by means of a specific program for the multi-purpose interface. Consequently, the interface device according to the present invention combines the advantages of both groups. On the one hand, communication between the computer and the interface takes place by means of a host device-specific BIOS program or by means of a driver program which is matched to the multi-purpose interface and which could be regarded as a "device-specific driver". On the other hand, the BIOS program or a corresponding multi-purpose interface program which operates one of the common input/output interfaces in host systems is therefore present in all host systems so that the interface device according to the present invention is host device-independent.

BRIEF DESCRIPTION OF THE DRAWINGS

In the following, preferred embodiments of the present invention will be explained in more detail with reference to the drawings enclosed, in which:

FIG. 1 shows a general block diagram of the interface device according to the present invention; and

FIG. 2 shows detailed block diagram of an interface device according to a preferred embodiment of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIG. 1 shows a general block diagram of an interface device 10 according to the present invention. A first connecting device 12 of the interface device 10 can be attached to a host device (not shown) via a host line 11. The first connecting device is attached both to a digital signal processor 13 and to a memory means 14. The digital signal processor 13 and the memory means 14 are also attached to a second connecting device 15 by means of bidirectional communication lines (shown for all lines by means of two directional arrows). The second connecting device can be attached by means of an output line 16 to a data transmit/receive device which is to receive data from the host device or from which data is to be read, i.e. acquired, and transferred to the host device. The data transmit/receive device itself can also communicate actively with the host device via the first and second connecting device, as described in more detail in the following.

Communication between the host system or host device and the interface device is based on known standard access commands as supported by all known operating systems (e.g. DOS, Windows, Unix). Preferably, the interface device

6

according to the present invention simulates a hard disk with a root directory whose entries are "virtual" files which can be created for the most varied functions. When the host device system with which the interface device according to the present invention is connected is booted and a data transmit/receive device is also attached to the interface device 10, usual BIOS routines or multi-purpose interface programs issue an instruction, known by those skilled in the art as the INQUIRY instruction, to the input/output interfaces in the host device. The digital signal processor 13 receives this inquiry instruction via the first connecting device and generates a signal which is sent to the host device (not shown) again via the first connecting device 12 and the host line 11. This signal indicates to the host device that, for example, a hard disk drive is attached at the interface to which the INQUIRY instruction was sent. Optionally, the host device can send an instruction, known by those skilled in the art as "Test Unit Ready", to the interface device to request more precise details regarding the queried device.

Regardless of which data transmit/receive device at the output line 16 is attached to the second connecting device, the digital signal processor 13 informs the host device that it is communicating with a hard disk drive. If the host device receives the response that a drive is present, it then sends a request to the interface device 10 to read the boot sequence which, on actual hard disks, normally resides on the first sectors of the disk. The digital signal processor 13, whose operating system in stored in the memory means 14, responds to this instruction by sending to the host device a virtual boot sequence which, in the case of actual drives, includes the drive type, the starting position and the length of the file allocation table (FAT), the number of sectors, etc., known to those skilled in the art. Once the host device has received this data, it assumes that the interface device 10 according to a preferred embodiment of the present invention is a hard disk drive. In reply to an instruction from the host device to display the directory of the "virtual" hard disk drive simulated by the interface device 10 with respect to the host device, the digital signal processor can respond to the host device in exactly the same way as a conventional hard disk would, namely by reading on request the file allocation table or FAT on a sector specified in the boot sequence, normally the first writable sector, and transferring it to the host device, and subsequently by transferring the directory structure of the virtual hard disk. Further, it is possible that the FAT is not read until immediately prior to reading or storing the data of the "virtual" hard disk and not already at initialization.

In a preferred embodiment of the present invention, the digital signal processor 13, which need not necessarily be implemented as a digital signal processor but may be any other kind of microprocessor, comprises a first and a second command interpreter. The first command interpreter carries out the steps described above whilst the second command interpreter carries out the read/write assignment to specific functions. If the user now wishes to read data from the data transmit/receive device via the line 16, the host device sends a command, for example "read file xy", to the interface device. As described above, the interface device appears to the host device as a hard disk. The second command interpreter of the digital signal processor now interprets the read command of the host processor as a data transfer command, by decoding whether "xy" denotes, for example, a "real-time input" file, a "configuration" file or an executable file, whereby the same begins to transfer data from the data transmit/receive device via the second connecting device to the first connecting device and via the line 11 to the host device.

US 6,470,399 B1

7

Preferably, the volume of data to be acquired by a data transmit/receive device is specified in a configuration file described in the following by the user specifying in the said configuration file that a measurement is to last, for example, five minutes. To the host device the "real-time input" file then appears as a file whose length corresponds to the anticipated volume of data in those five minutes. Those skilled in the art know that communication between a processor and a hard disk consists of the processor transferring to the hard disk the numbers of the blocks or clusters or sectors whose contents it wishes to read. By reference to the FAT the processor knows which information is contained in which block. In this case, communication between the host device and the interface device according to the present invention therefore consists of the very fast transfer of block numbers and preferably of block number ranges because a virtual "real-time input" file will not be fragmented. If the host device now wants to read the "real-time input" file, it transfers a range of block numbers to the interface device, whereupon data commences to be received via the second connecting device and data commences to be sent to the host device via the first connecting device.

In addition to the digital signal processor instruction memory, which comprises the operating system of the digital signal processor and can be implemented as an EPROM or EEPROM, the memory means 14 can have an additional buffer for purposes of synchronizing data transfer from the data transmit/receive device to the interface device 10 and data transfer from the interface device 10 to the host device.

Preferably, the buffer is implemented as a fast random access memory or RAM buffer.

Further, from the host device the user can also create a configuration file, whose entries automatically set and control various functions of the interface device 10, on the interface device 10 which appears to the host device as a hard disk. These settings can be, for example, gain, multiplex or sampling rate settings. By creating and editing a configuration file, normally a text file which is simple to understand with little prior knowledge, users of the interface device 10 are able to perform essentially identical operator actions for almost any data transmit/receive devices which can be attached to the second connecting device via the line 16, thus eliminating a source of error arising from users having to know many different command codes for different applications. In the case of the interface device 10 according to the present invention it is necessary for users to note the conventions of the configuration file once only in order to be able to use the interface device 10 as an interface between a host device and almost any data transmit/receive device.

As a result of the option of storing any files in agreed formats in the memory means 14 of the interface device 10, taking into account the maximum capacity of the memory means, any enhancements or even completely new functions of the interface device 10 can be quickly implemented. Even files executable by the host device, such as batch files or executable files (BAT or EXE files), and also help files can be implemented in the interface device, thus achieving independence of the interface device 10 from any additional software (with the exception of the BIOS routines) of the host device. On the one hand, this avoids licensing and/or registration problems and, on the other hand, installation of certain routines which can be frequently used, for example an FFT routine to examine acquired time-domain data in the frequency domain, is rendered unnecessary as the EXE files are already installed on the interface device 10 and appear in the virtual root directory, by means of which the host device can access all programs stored on the interface device 10.

8

In a preferred embodiment of the present invention in which the interface device 10 simulates a hard disk to the host device, the interface device is automatically detected and readied for operation when the host system is powered up or booted. This corresponds to the plug-and-play standard which is currently finding increasingly widespread use. The user is no longer responsible for installing the interface device 10 on the host device by means of specific drivers which must also be loaded; instead the interface device 10 is automatically readied for operation when the host system is booted.

For persons skilled in the art it is however obvious that the interface device 10 is not necessarily signed on when the computer system is powered up but that a special BIOS routine or a driver for a multi-purpose interface can also be started on the host device during current operation of the computer system in order to sign on or mount the interface device 10 as an additional hard disk. This embodiment is suitable for larger workstation systems which are essentially never powered down as they perform, e.g. mail functions or monitor processes which run continuously, for example, in multi-tasking environments.

In the interface device according to the present invention an enormous advantage is to be gained, as apparent in the embodiment described in the following, in separating the actual hardware required to attach the interface device 10 to the data transmit/receive device from the communication unit, which is implemented by the digital signal processor 13, the memory means 14 and the first connecting device 12, as this allows a plurality of dissimilar device types to be operated in parallel in identical manner. Accordingly, many interface devices 10 can be connected to a host device which then sees many different "virtual" hard disks. In addition, any modification of the specific hardware symbolized by the second connecting device 15 can be implemented essentially without changing the operation of the interface device according to the present invention. Further, an experienced user can intervene at any time on any level of the existing second connecting device by making use of the above mentioned option of creating a configuration file or adding or storing new program sections for the second connecting device.

An important advantage of the interface device 10 of the present invention is that it also permits extremely high data transfer rates by using, for data interchange, the host device-own BIOS routines which are optimized for each host device by the host device manufacturer or BIOS system manufacturer, or by using driver programs which are normally optimized and included by the manufacturers of multi-purpose interfaces. Furthermore, due to the simulation of a virtual mass storage device, the data is managed and made available in such a way that it can be transferred directly to other storage media, e.g. to an actual hard disk of the host device without, as it were, intervention of the host device processor. The only limitation to long-term data transfer at high speed is therefore imposed exclusively by the speed and the size of the mass storage device of the host device. This is the case as the digital signal processor 13 already formats the data read by the data transmit/receive device via the second connecting device 15 into block sizes suitable for a hard disk of the host device, whereby the data transfer speed is limited only by the mechanical latency of the hard disk system of the host device. At this point, it should be noted that normally data flow from a host device must be formatted in blocks to permit writing to a hard disk and subsequent reading from a hard disk, as known by those skilled in the art.

US 6,470,399 B1

9

The said data transfer rate can be increased further by setting up a direct memory access (DMA) or RAM drive in the host system. As those skilled in the art know, the setting up of a RAM drive requires processor resources of the host device, with the result that the advantage of writing the data to a hard disk drive of the host device essentially without the need for processor resources is lost.

As described above, a data buffer can be implemented in the memory means **14** to permit independence in terms of time of the data transmit/receive device attached to the second connecting device from the host device attached to the first connecting device. This guarantees error-free operation of the interface device **10** even for time-critical applications in multi-tasking host systems.

FIG. **2** shows a detailed block diagram of an interface device **10** according to the present invention.

A digital signal processor (DSP) **1300** is, in a manner of speaking, the heart of the interface device **10**. The DSP can be any DSP but preferably has a 20-MB on-chip random access memory (RAM). Certain instruction sets, for example, can be stored in the RAM already integrated in the DSP. An 80-MHz clock generator is attached to the DSP **1300** in order to synchronize the DSP. The DSP implements a fast Fourier transformation (FFT) in real time and also optional data compression of the data to be transferred from the data transmit/receive device to the host device in order to achieve greater efficiency and to permit interoperation with host devices which have a smaller memory.

In the preferred embodiment of the interface device **10** shown in FIG. **2**, the first connecting device **12** of FIG. **1** contains the following components: an SCSI interface **1220** and a 50-pin SCSI connector **1240** for attachment to an SCSI interface present on most host devices or laptops. The SCSI (small computer system interface) interface **1220** translates the data received via the SCSI connector **1240** into data understood by the DSP **1300**, as known by those skilled in the art. Further, the first connecting device **12** comprises an EPP (enhanced parallel port) with a data transfer rate of approx. 1 MBps which delivers a more moderate data transfer rate of 1 MBps by comparison to the data transfer rate of 10 MBps of the SCSI interface. The EPP **1260** is connected to a 25-pin D-shell connector **1280** to permit attachment to a printer interface of a host device for example. Optionally, the first connecting device **12** also comprises a 25-pin connector **1282** which permits the attachment of 8 digital outputs and 8 digital inputs **1284** at a host device.

Preferably, the second connecting device comprises 8 BNC inputs with the calibration relay **1505**, a block **1510** with 8 device amplifiers with an overvoltage protection of ±75 V, this block being connected in turn to 8 sample/hold (S&H) circuits **1515**. The calibration relays are relays which permit controlled changeover between a test voltage and a calibration reference voltage. Each sample/hold circuit is connected to a corresponding input of an 8-channel multiplexer **1520** which feeds its output signals via a programmable amplifier **1525** into an analog/digital converter (ADC) with 12 bit and 1.25 MHz **1530** and to the DSP **1300**. The ADC **1530** is controlled by means of a 20-bit timer **1535**, as known by persons skilled in the art. The programmable amplifier **1525** and the 8-channel multiplexer **1520** are controlled via an amplifier channel selection circuit **1540** which is in turn controlled by the DSP **1300**.

The complete interface device **10** is supplied with power by an external AC/DC converter **1800** which delivers a digital supply voltage of ±5 V and is attached to a DC/DC

10

converter **1810** which can deliver analog supply voltages of ±5 V and ±15 V as required for the interface device **10**. Further, the DC/DC converter controls a precision voltage reference **1820** which controls the 8 BNC inputs **1505** and the ADC **1530** as well as a digital/analog converter (DAC) **1830** which permits, via an output amplifier block with 4 output amplifiers **1840** and a 9-pin connector **1850**, analog output direct from the DSP **1300** to an output device, e.g. printer device or monitor device, which can be attached via the 9-pin connector **1850**, thus providing the option of monitoring the data transferred to the host device or also, for example, of viewing an FFT to obtain rapid and comprehensive data analysis without using processor time of the host device.

In FIG. **2** the memory means **14** of FIG. **1** is implemented by an EPROM **1400** which, in a preferred embodiment of the present invention, contains the operating system of the digital signal processor **1300**. A random access memory with an access time of 15 ns and a size of 512 KB or optionally 1024 KB **1420** serves as a data buffer to achieve independence in terms of time of the output line **16** from the output lines 11a, 11b and 11c to the data transmit/receive device and to the host device respectively. As described above, in a preferred embodiment of the present invention the digital signal processor **1300** already contains a 20-KB on-chip RAM **1440** which can store certain instruction sets, functions and also smaller application software units.

The connection, symbolized by the line **16**, of the interface device **10** to any data transmit/receive device implements, by means of the blocks 1505–1535, an analog input with a sampling rate of 1.25 MHz and quantization of 12 bits. There are 8 channels with an overvoltage protection of ±75 V. By means of the programmable amplifier **1525** the channels can be programmed independently of each other in in voltage ranges up to a maximum of ±10 V. Unused channels can be grounded internally to reduce channel intermodulation. The block **1515** is implemented as a monolithic high-precision, high-speed sample/hold amplifier for simultaneous sampling of all channels. The precision voltage reference **1820** provides a high-precision, temperature-compensated monolithic energy gap voltage reference for auto-calibration of each channel and each gain. Further, offset fine adjustment for each channel is implemented by the same.

The blocks **1830**, **1840** and **1850** implement a direct analog output for the digital signal processor **1300**, and the DAC **1830** provides a data transfer rate of 625 kHz and a quantization of 12 bits. The block **1840** comprises 4 channels with a common output latch.

Further, the interface device **10** comprises a digital input/output device implemented by the blocks **1284** and **1282**. Here there are 8 digital inputs, 8 digital outputs with a common latch, and the digital port can be attached preferably to a side panel of the interface device **10** so that the port itself can easily be accessed.

The digital signal processor **1300** provides on-board digital data processing. In particular, it is a high-performance DSP with a clock speed of 80 MHz and a 20-bit timer **1535**.

As described above, the first connecting device **12** comprises the SCSI interface **1220** with a peak transfer rate of 10 MBps. An optional PCMCIA-to-SCSI adapter permits high-speed communication with laptop computers which are desirable and in widespread use, particularly by mobile service technicians. The EPP **1260** with its associated connector **1280** permits data transfer at a more moderate rate.

As described above, the interface device **10** is supplied with power by means of an external AC/DC adapter which

US 6,470,399 B1

11

12

has a universal power input (85–264 VAC, 47–63 Hz). Interference suppression complies with the standards EN 55022, curve B and FFC, Class B). Further, it is also in accordance with international safety regulations (TÜV, UL, CSA). The interface device **10** is externally shielded and achieves a value of 55 dB at 30–60 MHz and a value of approximately 40 dB at 1 GHz, and therefore complies with the MILSTD 285-1 standard.

As described above, communication between the host device and the multi-purpose interface can take place not only via drivers for input/output device customary in a host device which reside in the BIOS system of the host device but also via specific interface drivers which, in the case of SCSI interfaces, are known as multi-purpose interface ASPI (advanced SCSI programming interface) drivers. This ASPI driver, which can also be referred to as an ASPI manager, is specific to a special SCSI host adapter, i.e. to a special multi-purpose interface, and is normally included by the manufacturer of the multi-purpose interface. Generally speaking, this multi-purpose interface driver has the task of moving precisely specified SCSI commands from the host system program to the host system SCSI adapter. For this reason, the command set is almost identical to that of the SCSI interface itself. Essentially, only status and reset commands for the host adapter have been added.

The ASPI driver can be used if the hard disk was not already addressable at boot time or if the SCSI-related BIOS routines of the host computer were still disabled. Here too, the steps needed to initialize the interface device, preferably as a virtual hard disk, are similar to the steps taken when initializing at boot time.

In general terms, the ASPI manager comprises two sides. One side is the proprietary, hardware-oriented side. It is responsible for converting all commands into a form required by the corresponding multi-purpose interface. The hardware-oriented side of the ASPI driver is therefore matched to a very specific type of multi-purpose interface or SCSI interface. The other side is known as the user software side. This side is totally independent of the proprietary operating characteristics of the SCSI adapter and is therefore identical for all SCSI interfaces. This permits SCSI programming which is however independent of the individual SCSI adapter types.

In contrast to communication between the host device and the interface device according to the present invention on the basis of a BIOS driver, the use of such an ASPI driver for communication between the host device and the interface device according to the present invention allows various further possibilities of the SCSI multi-purpose interface to be exploited. In the case described above, the interface device which preferably signs on and behaves as a virtual hard disk is detected by the BIOS driver of the host computer at boot time and is configured as a hard disk. This step does not however support active requests sent by the interface device to the host computer. If however the virtual hard disk wishes to write data actively to, for example, a hard disk of the host computer or wishes to initiate communication with the processor of the host computer, the host computer must recognize the request of the virtual hard disk and tolerate a further issuer of instructions on its bus. If the interface device behaves solely like a virtual hard disk, it would always receive and never issue commands. The BIOS has no objections to an additional issuer of commands that actively wishes to place data on the bus of the host device but the BIOS does not support the host device in recognizing corresponding requests of the interface device or in granting the interface device permission to access the bus.

Using the ASPI manager the interface device according to the present invention can now obtain active access to an

SCSI hard disk of the host device connected to the same SCSI bus which, in contrast to the interface device, cannot be a virtual but a real SCSI mass storage device or also a further interface device according to the present invention. Thereupon, the interface device according to the present invention can write the desired data to the SCSI hard disk of the host computer totally independently of the host computer or can communicate with the same in some other manner. The interface device according to the present invention therefore initially behaves as a virtual hard disk and then, as required and using the driver software for the multi-purpose interface, actively on the same SCSI bus. This means however that the interface device according to the present invention, using a driver software for the multi-purpose interface which comprises the BIOS routines customary in host devices and simultaneously provides the option of active participation, can, regardless of the type of the data transmit/receive device attached to the second connecting device, behave initially as a virtual and at the same time passive hard disk but can, as required, participate actively on the bus so as to be able to initiate communication directly with other SCSI hard disks of the host device by bypassing the processor of the host device.

Using a standard interface of a host device, the interface device according to the present invention permits communication with any host device. By simulating an input/output device to the host device and, in a preferred embodiment, by simulating a virtual mass storage device, the interface device **10** is automatically supported by all known host systems without any additional sophisticated driver software. The simulation of a freely definable file structure on the "virtual" hard disk provides simple operation and expansion options and, through the implementation of any programs, independence from special software implemented on the host device. Help files included on the interface device **10** and plug-and-play support ensure ease of use even in portable, flexible host devices. Despite the very simple user interface, experienced users are free at any time to intervene in the functions of the interface device **10** on system level. The interface device **10** thus provides a universal solution which can cover the entire spectrum of possible data transmit/receive devices.

What is claimed is:

1. An interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, comprising:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device, the second connecting device including a sampling circuit for sampling the analog data provided by the data transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data,

wherein the interface device is configured by the processor and the memory to include a first command interpreter and a second command interpreter,

wherein the first command interpreter is configured in such a way that the command interpreter, when receiving an inquiry from the host device as to a type of a device attached to the multi-purpose interface of the

US 6,470,399 B1

13

host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the driver for the input/output device customary in a host device, and

wherein the second command interpreter is configured to interpret a data request command from the host device to the type of input/output device signaled by the first command interpreter as a data transfer command for initiating a transfer of the digital data to the host device.

2. An interface device according to claim 1,

wherein the drivers for input/output drivers customary in a host device comprise a hard disk driver, and the signal indicates to the host device that the host device is communicating with a hard disk.

3. An interface device according to claim 1,

wherein the memory means comprises a buffer to buffer data to be transferred between the data transmit/receive device and the host device.

4. An interface device according to claim 1,

wherein the multi-purpose interface of the host device is an SCSI interface and the first connecting device also comprises an SCSI interface.

5. An interface device according to claim 1,

wherein the processor is a digital signal processor.

6. An interface device according to claim 2,

wherein the data to be transferred from the data transmit/receive device to the host device in the interface device is formatted in a suitable format for a hard disk present in the host device.

7. An interface device according to claim 2,

which further comprises a root directory and virtual files which are present on the signaled hard disk drive and which can be accessed from the host device.

8. An interface device according to claim 7,

wherein the virtual files comprise a configuration file in text format which are stored in the memory means and using which the user can configure the interface device for a specific data transmit/receive device.

9. An interface device according to claim 7,

wherein the virtual files comprise batch files or executable files for the microprocessor means which are stored in the interface device in order to perform data processing, independently of the host device, of data received via the second connecting device.

10. An interface device according to claim 7,

wherein the virtual files comprise batch files or executable files for the host device which are stored in the interface device.

11. An interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, comprising:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device, the second connecting device including a sampling circuit for sampling the analog data provided by the data transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data,

14

where the interface device is configured using the processor and the memory to include a first command interpreter and a second command interpreter,

wherein the first command interpreter is configured in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached at the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface, and

wherein the second command interpreter is configured to interpret a data request command from the host device to the type of input/output device signaled by the first command interpreter as a data transfer command for initiating a transfer of the digital data to the host device.

12. An interface device according to claim 11, wherein in addition to the first connecting device of the interface device, there is a further input/output device at the multi-purpose interface of the host device, and wherein the interface device can communicate directly with said further input/output device via the specific driver for the multi-purpose interface.

13. An interface device according to claim 11,

wherein the multi-purpose interface is an SCSI interface, and wherein the specific driver for the multi-purpose interface is an ASPI manager.

14. A method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device, the data transmit/receive device being arranged for providing analog data, via an interface device, comprising:

interfacing of the host device with a first connecting device of the interface device via the multi-purpose interface of the host device;

interfacing of the data transmit/receive device with a second connecting device of the interface device, the second connecting device including a sampling circuit for sampling the analog data provided by the data/transmit/receive device and an analog-to-digital converter for converting data sampled by the sampling circuit into digital data;

inquiring by the host device at the interface device as to the type of device to which the multi-purpose interface of the host device is attached;

regardless of the type of the data transmit/receive data attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is an input/output device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the input/output device, and

interpreting a data request command from the host device to the type of input/output device customary in the host device as a data transfer command for initiating a transfer of the digital data to the host device.

15. A method according to claim 14,

wherein the drivers for input/output devices customary in a host device comprise a driver for a storage device and in particular for a hard disk drive.

*    *    *    *    *



US006895449B2

(12) **United States Patent**
Tasler

(10) Patent No.: **US 6,895,449 B2**
(45) Date of Patent: **May 17, 2005**

(54) **FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE**

(75) Inventor: **Michael Tasler**, Wuerzburg (DE)

(73) Assignee: **Labortechnik Tasler GmbH**, Wuerzburg (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 369 days.

(21) Appl. No.: **10/219,105**

(22) Filed: **Aug. 15, 2002**

(65) **Prior Publication Data**

US 2002/0199037 A1 Dec. 26, 2002

**Related U.S. Application Data**

(62) Division of application No. 09/331,002, filed on Jun. 14, 1999.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Mar. 4, 1997 | (DE) | 197 08 755 |
| Mar. 3, 1998 | (EP) | PCT/EP98/01187 |

(51) Int. Cl.[7] ............................................... G06F 13/14
(52) U.S. Cl. ............................. 710/16; 710/8; 710/64; 709/220
(58) Field of Search ................................ 710/8, 16, 64, 710/11, 12, 15, 62, 63; 703/23, 24, 25; 709/220, 222

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,548,783 A | * | 8/1996 | Jones et al. | 710/16 |
| 5,596,628 A | * | 1/1997 | Klein | 379/93.11 |
| 5,628,030 A | * | 5/1997 | Tuckner | 710/64 |
| 6,012,113 A | * | 1/2000 | Tuckner | 710/64 |
| 6,266,711 B1 | * | 7/2001 | Ishikawa et al. | 710/8 |
| 6,363,081 B1 | * | 3/2002 | Gase | 370/466 |
| 6,725,293 B1 | * | 4/2004 | Nakayama et al. | 710/36 |
| 6,728,844 B2 | * | 4/2004 | Sanada et al. | 711/152 |

* cited by examiner

*Primary Examiner*—Jeffrey Gaffin
*Assistant Examiner*—Harold Kim
(74) *Attorney, Agent, or Firm*—Glenn Patent Group; Michael A. Glenn

(57) **ABSTRACT**

An interface device (10) provides fast data communication between a host device with input/output interfaces and a data transmit/receive device, wherein the interface device (10) comprises a processor means (13), a memory means (14), a first connecting device (12) for interfacing the host device with the interface device, and a second connecting device (15) for interfacing the interface device (10) with the data transmit/receive device. The interface device (10) is configured by the processor means (13) and the memory means (14) in such a way that, when receiving an inquiry from the host device via the first connecting device (12) as to the type of a device attached to the host device, regardless of the type of the data transmit/receive device, the interface device sends a signal to the host device via the first connecting device (12) which signals to the host device that it is communicating with an input/output device.

**18 Claims, 2 Drawing Sheets**





FIG.1



FIG.2

US 6,895,449 B2

1

**FLEXIBLE INTERFACE FOR COMMUNICATION BETWEEN A HOST AND AN ANALOG I/O DEVICE CONNECTED TO THE INTERFACE REGARDLESS THE TYPE OF THE I/O DEVICE**

RELATED APPLICATIONS

This application is a divisional application of copending application Ser. No. 09/331,002 filed Jun. 14, 1999.

DESCRIPTION

The present invention relates to the transfer of data and in particular to interface devices for communication between a computer or host device and a data transmit/receive device from which data is to be acquired or with which two-way communication is to take place.

Existing data acquisition systems for computers are very limited in their areas of application. Generally such systems can be classified into two groups.

In the first group host devices or computer systems are attached by means of an interface to a device whose data is to be acquired. The interfaces of this group are normally standard interfaces which, with specific driver software, can be used with a variety of host systems. An advantage of such interfaces is that they are largely independent of the host device. However, a disadvantage is that they generally require very sophisticated drivers which are prone to malfunction and which limit data transfer rates between the device connected to the interface and the host device and vice versa. Further, it is often very difficult to implement such interfaces for portable systems and they offer few possibilities for adaptation with the result that such systems offer little flexibility.

The devices from which data is to be acquired cover the entire electrical engineering spectrum. In a typical case, it is assumed that a customer who operates, for example, a diagnostic radiology system in a medical engineering environment reports a fault. A field service technician of the system manufacturer visits the customer and reads system log files generated by the diagnostic radiology system by means a portable computer or laptop for example. If the fault cannot be localized or if the fault is intermittent, it will be necessary for the service technician to read not only an error log file but also data from current operation. It is apparent that in this case fast data transfer and rapid data analysis are necessary.

Another case requiring the use of an interface could be, for example, when an electronic measuring device, e.g. a multimeter, is attached to a computer system to transfer the data measured by the multimeter to the computer. Particularly when long-term measurements or large volumes of data are involved is it necessary for the interface to support a high data transfer rate.

From these randomly chosen examples it can be seen that an interface may be put to totally different uses. It is therefore desirable that an interface be sufficiently flexible to permit attachment of very different electrical or electronic systems to a host device by means of the interface. To prevent operator error, it is also desirable that a service technician is not required to operate different interfaces in different ways for different applications but that, if possible, a universal method of operating the interface be provided for a large number of applications.

To increase the data transfer rates across an interface, the route chosen in the second group of data acquisition systems

2

for the interface devices was to specifically match the interface very closely to individual host systems or computer systems. The advantage of this solution is that high data transfer rates are possible. However, a disadvantage is that the drivers for the interfaces of the second group are very closely matched to a single host system with the result that they generally cannot be used with other host systems or their use is very ineffective. Further, such types of interface have the disadvantage that they must be installed inside the computer casing to achieve maximum data transfer rates as they access the internal host bus system. They are therefore generally not suitable for portable host systems in the form of laptops whose minimum possible size leaves little internal space to plug in an interface card.

A solution to this problem is offered by the interface devices of IOtech (business address: 25971 Cannon Road, Cleveland, Ohio 44146, USA) which are suitable for laptops such as the WaveBook/512 (registered trademark). The interface devices are connected by means of a plug-in card, approximately the size of a credit card, to the PCMCIA interface which is now a standard feature in laptops. The plug-in card converts the PCMCIA interface into an interface known in the art as IEEE 1284. The said plug-in card provides a special printer interface which is enhanced as regards the data transfer rate and delivers a data transfer rate of approximately 2 MBps as compared with a rate of approx. 1 MBps for known printer interfaces. The known interface device generally consists of a driver component, a digital signal processor, a buffer and a hardware module which terminates in a connector to which the device whose data is to be acquired is attached. The driver component is attached directly to the enhanced printer interface thus permitting the known interface device to establish a connection between a computer and the device whose data is to be acquired.

In order to work with the said interface, an interface-specific driver must be installed on the host device so that the host device can communicate with the digital signal processor of the interface card. As described above, the driver must be installed on the host device. If the driver is a driver developed specifically for the host device, a high data transfer rate is achieved but the driver cannot be easily installed on a different host system. However, if the driver is a general driver which is as flexible as possible and which can be used on many host devices, compromises must be accepted with regard to the data transfer rate.

Particularly in an application for multi-tasking systems in which several different tasks such as data acquisition, data display and editing are to be performed quasi-simultaneously, each task is normally assigned a certain priority by the host system. A driver supporting a special task requests the central processing system of the host device for processor resources in order to perform its task. Depending on the particular priority assignment method and on the driver implementation, a particular share of processor resources is assigned to a special task in particular time slots. Conflicts arise if one or more drivers are implemented in such a way that they have the highest priority by default, i.e. they are incompatible, as happens in practice in many applications. It may occur that both drivers are set to highest priority which, in the worst case, can result in a system crash.

EP 0685799 A1 discloses an interface by means of which several peripheral devices can be attached to a bus. An interface is connected between the bus of a host device and various peripheral devices. The interface comprises a finite state machine and several branches each of which is assigned to a peripheral device. Each branch comprises a

US 6,895,449 B2

3

data manager, cycle control, user logic and a buffer. This known interface device provides optimal matching between a host device and a specific peripheral device.

The specialist publication IBM Technical Disclosure Bulletin, Vol. 38, No. 05, page 245; "Communication Method between Devices through FDD Interface" discloses an interface which connects a host device to a peripheral device via a floppy disk drive interface. The interface consists in particular of an address generator, an MFM encoder/decoder, a serial/parallel adapter and a format signal generator. The interface makes it possible to attach not only a floppy disk drive but also a further peripheral device to the FDD host controller of a host device. The host device assumes that a floppy disk drive is always attached to its floppy disk drive controller and communication is initiated if the address is correct. However, this document contains no information as to how communication should be possible if the interface is connected to a multi-purpose interface instead of to a floppy disk drive controller.

It is the object of the present invention to provide an interface device for communication between a host device and a data transmit/receive device whose use is host device-independent and which delivers a high data transfer rate.

This object is achieved by an interface device according to claim 1 or 12 and by a method according to claim 15.

The present invention is based on the finding that both a high data transfer rate and host device-independent use can be achieved if a driver for an input/output device customary in a host device, normally present in most commercially available host devices, is utilized. Drivers for input/output devices customary in a host device which are found in practically all host devices are, for example, drivers for hard disks, for graphics devices or for printer devices. As however the hard disk interfaces in common host devices which can be, for example, IBM PCs, IBM-compatible PCs, Commodore PCs, Apple computers or even workstations, are the interfaces with the highest data transfer rate, the hard disk driver is utilized in the preferred embodiment of the interface device of the present invention. Drivers for other storage devices such as floppy disk drives, CD-ROM drives or tape drives could also be utilized in order to implement the interface device according to the present invention.

As described in the following, the interface device according to the present invention is to be attached to a host device by means of a multi-purpose interface of the host device which can be implemented, for example, as an SCSI interface or as an enhanced printer interface. Multi-purpose interfaces comprise both an interface card and specific driver software for the interface card. The driver software can be designed so that it can replace the BIOS driver routines. Communication between the host device and the devices attached to the multi-purpose interface then essentially takes place by means of the specific driver software for the multi-purpose interface and no longer primarily by means of BIOS routines of the host device. Recently however drivers for multi-purpose interfaces can also already be integrated in the BIOS system of the host device as, alongside classical input/output interfaces, multi-purpose interfaces are becoming increasingly common in host devices. It is of course also possible to use BIOS routines in parallel with the specific driver software for the multi-purpose interface, if this is desired.

The interface device according to the present invention comprises a processor means, a memory means, a first connecting device for interfacing the host device with the interface device, and a second connecting device for inter-

4

facing the interface device with the data transmit/receive device. The interface device is configured by the processor means and the memory means in such a way that the interface device, when receiving an inquiry from the host device via the first connecting device as to the type of a device attached to the host device, sends a signal, regardless of the type of the connected device, to the host device via the first connecting device which signals to the host device that it is communicating with an input/output device. The interface device according to the present invention therefore simulates, both in terms of hardware and software, the way in which a conventional input/output device functions, preferably that of a hard disk drive. As support for hard disks is implemented as standard in all commercially available host systems, the simulation of a hard disk, for example, can provide host device-independent use. The interface device according to the present invention therefore no longer communicates with the host device or computer by means of a specially designed driver but by means of a program which is present in the BIOS system (Basic Input/Output System) and is normally precisely matched to the specific computer system on which it is installed, or by means of a specific program for the multi-purpose interface. Consequently, the interface device according to the present invention combines the advantages of both groups. On the one hand, communication between the computer and the interface takes place by means of a host device-specific BIOS program or by means of a driver program which is matched to the multi-purpose interface and which could be regarded as a "device-specific driver". On the other hand, the BIOS program or a corresponding multi-purpose interface program which operates one of the common input/output interfaces in host systems is therefore present in all host systems so that the interface device according to the present invention is host device-independent.

In the following, preferred embodiments of the present invention will be explained in more detail with reference to the drawings enclosed, in which:

FIG. 1 shows a general block diagram of the interface device according to the present invention; and

FIG. 2 shows a detailed block diagram of an interface device according to a preferred embodiment of the present invention.

FIG. 1 shows a general block diagram of an interface device 10 according to the present invention. A first connecting device 12 of the interface device 10 can be attached to a host device (not shown) via a host line 11. The first connecting device is attached both to a digital signal processor 13 and to a memory means 14. The digital signal processor 13 and the memory means 14 are also attached to a second connecting device 15 by means of bi-directional communication lines (shown for all lines by means of two directional arrows). The second connecting device can be attached by means of an output line 16 to a data transmit/receive device which is to receive data from the host device or from which data is to be read, i.e. acquired, and transferred to the host device. The data transmit/receive device itself can also communicate actively with the host device via the first and second connecting device, as described in more detail in the following.

Communication between the host system or host device and the interface device is based on known standard access commands as supported by all known operating systems (e.g. DOS, Windows, Unix). Preferably, the interface device according to the present invention simulates a hard disk with

5

6

a root directory whose entries are "virtual" files which can be created for the most varied functions. When the host device system with which the interface device according to the present invention is connected is booted and a data transmit/receive device is also attached to the interface device 10, usual BIOS routines or multi-purpose interface programs issue an instruction, known by those skilled in the art as the INQUIRY instruction, to the input/output interfaces in the host device. The digital signal processor 13 receives this inquiry instruction via the first connecting device and generates a signal which is sent to the host device (not shown) again via the first connecting device 12 and the host line 11. This signal indicates to the host device that, for example, a hard disk drive is attached at the interface to which the INQUIRY instruction was sent. Optionally, the host device can send an instruction, known by those skilled in the art as "Test Unit Ready", to the interface device to request more precise details regarding the queried device.

Regardless of which data transmit/receive device at the output line 16 is attached to the second connecting device, the digital signal processor 13 informs the host device that it is communicating with a hard disk drive. If the host device receives the response that a drive is present, it then sends a request to the interface device 10 to read the boot sequence which, on actual hard disks, normally resides on the first sectors of the disk. The digital signal processor 13, whose operating system in stored in the memory means 14, responds to this instruction by sending to the host device a virtual boot sequence which, in the case of actual drives, includes the drive type, the starting position and the length of the file allocation table (FAT), the number of sectors, etc., known to those skilled in the art. Once the host device has received this data, it assumes that the interface device 10 according to a preferred embodiment of the present invention is a hard disk drive. In reply to an instruction from the host device to display the directory of the "virtual" hard disk drive simulated by the interface device 10 with respect to the host device, the digital signal processor can respond to the host device in exactly the same way as a conventional hard disk would, namely by reading on request the file allocation table or FAT on a sector specified in the boot sequence, normally the first writable sector, and transferring it to the host device, and subsequently by transferring the directory structure of the virtual hard disk. Further, it is possible that the FAT is not read until immediately prior to reading or storing the data of the "virtual" hard disk and not already at initialization.

In a preferred embodiment of the present invention, the digital signal processor 13, which need not necessarily be implemented as a digital signal processor but may be any other kind of microprocessor, comprises a first and a second command interpreter. The first command interpreter carries out the steps described above whilst the second command interpreter carries out the read/write assignment to specific functions. If the user now wishes to read data from the data transmit/receive device via the line 16, the host device sends a command, for example "read file xy", to the interface device. As described above, the interface device appears to the host device as a hard disk. The second command interpreter of the digital signal processor now interprets the read command of the host processor as a data transfer command, by decoding whether "xy" denotes, for example, a "real-time input" file, a "configuration" file or an executable file, whereby the same begins to transfer data from the data transmit/receive device via the second connecting device to the first connecting device and via the line 11 to the host device.

Preferably, the volume of data to be acquired by a data transmit/receive device is specified in a configuration file described in the following by the user specifying in the said configuration file that a measurement is to last, for example, five minutes. To the host device the "real-time input" file then appears as a file whose length corresponds to the anticipated volume of data in those five minutes. Those skilled in the art know that communication between a processor and a hard disk consists of the processor transferring to the hard disk the numbers of the blocks or clusters or sectors whose contents it wishes to read. By reference to the FAT the processor knows which information is contained in which block. In this case, communication between the host device and the interface device according to the present invention therefore consists of the very fast transfer of block numbers and preferably of block number ranges because a virtual "real-time input" file will not be fragmented. If the host device now wants to read the "real-time input" file, it transfers a range of block numbers to the interface device, whereupon data commences to be received via the second connecting device and data commences to be sent to the host device via the first connecting device.

In addition to the digital signal processor instruction memory, which comprises the operating system of the digital signal processor and can be implemented as an EPROM or EEPROM, the memory means 14 can have an additional buffer for purposes of synchronizing data transfer from the data transmit/receive device to the interface device 10 and data transfer from the interface device 10 to the host device.

Preferably, the buffer is implemented as a fast random access memory or RAM buffer.

Further, from the host device the user can also create a configuration file, whose entries automatically set and control various functions of the interface device 10, on the interface device 10 which appears to the host device as a hard disk. These settings can be, for example, gain, multiplex or sampling rate settings. By creating and editing a configuration file, normally a text file which is simple to understand with little prior knowledge, users of the interface device 10 are able to perform essentially identical operator actions for almost any data transmit/receive devices which can be attached to the second connecting device via the line 16, thus eliminating a source of error arising from users having to know many different command codes for different applications. In the case of the interface device 10 according to the present invention it is necessary for users to note the conventions of the configuration file once only in order to be able to use the interface device 10 as an interface between a host device and almost any data transmit/receive device.

As a result of the option of storing any files in agreed formats in the memory means 14 of the interface device 10, taking into account the maximum capacity of the memory means, any enhancements or even completely new functions of the interface device 10 can be quickly implemented. Even files executable by the host device, such as batch files or executable files (BAT or EXE files), and also help files can be implemented in the interface device, thus achieving independence of the interface device 10 from any additional software (with the exception of the BIOS routines) of the host device. On the one hand, this avoids licensing and/or registration problems and, on the other hand, installation of certain routines which can be frequently used, for example an FFT routine to examine acquired time-domain data in the frequency domain, is rendered unnecessary as the EXE files are already installed on the interface device 10 and appear in the virtual root directory, by means of which the host device can access all programs stored on the interface device 10.

US 6,895,449 B2

7

In a preferred embodiment of the present invention in which the interface device 10 simulates a hard disk to the host device, the interface device is automatically detected and readied for operation when the host system is powered up or booted. This corresponds to the plug-and-play standard which is currently finding increasingly widespread use. The user is no longer responsible for installing the interface device 10 on the host device by means of specific drivers which must also be loaded; instead the interface device 10 is automatically readied for operation when the host system is booted.

For persons skilled in the art it is however obvious that the interface device 10 is not necessarily signed on when the computer system is powered up but that a special BIOS routine or a driver for a multi-purpose interface can also be started on the host device during current operation of the computer system in order to sign on or mount the interface device 10 as an additional hard disk. This embodiment is suitable for larger workstation systems which are essentially never powered down as they perform, e.g. mail functions or monitor processes which run continuously, for example, in multi-tasking environments.

In the interface device according to the present invention an enormous advantage is to be gained, as apparent in the embodiment described in the following, in separating the actual hardware required to attach the interface device 10 to the data transmit/receive device from the communication unit, which is implemented by the digital signal processor 13, the memory means 14 and the first connecting device 12, as this allows a plurality of dissimilar device types to be operated in parallel in identical manner. Accordingly, many interface devices 10 can be connected to a host device which then sees many different "virtual" hard disks. In addition, any modification of the specific hardware symbolized by the second connecting device 15 can be implemented essentially without changing the operation of the interface device according to the present invention. Further, an experienced user can intervene at any time on any level of the existing second connecting device by making use of the above mentioned option of creating a configuration file or adding or storing new program sections for the second connecting device.

An important advantage of the interface device 10 of the present invention is that it also permits extremely high data transfer rates by using, for data interchange, the host device-own BIOS routines which are optimized for each host device by the host device manufacturer or BIOS system manufacturer, or by using driver programs which are normally optimized and included by the manufacturers of multi-purpose interfaces. Furthermore, due to the simulation of a virtual mass storage device, the data is managed and made available in such a way that it can be transferred directly to other storage media, e.g. to an actual hard disk of the host device without, as it were, intervention of the host device processor. The only limitation to long-term data transfer at high speed is therefore imposed exclusively by the speed and the size of the mass storage device of the host device. This is the case as the digital signal processor 13 already formats the data read by the data transmit/receive device via the second connecting device 15 into block sizes suitable for a hard disk of the host device, whereby the data transfer speed is limited only by the mechanical latency of the hard disk system of the host device. At this point, it should be noted that normally data flow from a host device must be formatted in blocks to permit writing to a hard disk and subsequent reading from a hard disk, as known by those skilled in the art.

8

The said data transfer rate can be increased further by setting up a direct memory access (DMA) or RAM drive in the host system. As those skilled in the art know, the setting up of a RAM drive requires processor resources of the host device, with the result that the advantage of writing the data to a hard disk drive of the host device essentially without the need for processor resources is lost.

As described above, a data buffer can be implemented in the memory means 14 to permit independence in terms of time of the data transmit/receive device attached to the second connecting device from the host device attached to the first connecting device. This guarantees error-free operation of the interface device 10 even for time-critical applications in multi-tasking host systems.

FIG. 2 shows a detailed block diagram of an interface device 10 according to the present invention.

A digital signal processor (DSP) 1300 is, in a manner of speaking, the heart of the interface device 10. The DSP can be any DSP but preferably has a 20-MB on-chip random access memory (RAM). Certain instruction sets, for example, can be stored in the RAM already integrated in the DSP. An 80-MHz clock generator is attached to the DSP 1300 in order to synchronize the DSP. The DSP implements a fast Fourier transformation (FFT) in real time and also optional data compression of the data to be transferred from the data transmit/receive device to the host device in order to achieve greater efficiency and to permit interoperation with host devices which have a smaller memory.

In the preferred embodiment of the interface device 10 shown in FIG. 2, the first connecting device 12 of FIG. 1 contains the following components: an SCSI interface 1220 and a 50-pin SCSI connector 1240 for attachment to an SCSI interface present on most host devices or laptops. The SCSI (small computer system interface) interface 1220 translates the data received via the SCSI connector 1240 into data understood by the DSP 1300, as known by those skilled in the art. Further, the first connecting device 12 comprises an EPP (enhanced parallel port) with a data transfer rate of approx. 1 MBps which delivers a more moderate data transfer rate of 1 MBps by comparison to the data transfer rate of 10 MBps of the SCSI interface. The EPP 1260 is connected to a 25-pin D-shell connector 1280 to permit attachment to a printer interface of a host device for example. Optionally, the first connecting device 12 also comprises a 25-pin connector 1282 which permits the attachment of 8 digital outputs and 8 digital inputs 1284 at a host device.

Preferably, the second connecting device comprises 8 BNC inputs with the calibration relay 1505, a block 1510 with 8 device amplifiers with an overvoltage protection of ±75 V, this block being connected in turn to 8 sample/hold (S&H) circuits 1515. The calibration relays are relays which permit controlled changeover between a test voltage and a calibration reference voltage. Each sample/hold circuit is connected to a corresponding input of an 8-channel multiplexer 1520 which feeds its output signals via a programmable amplifier 1525 into an analog/digital converter (ADC) with 12 bit and 1.25 MHz 1530 and to the DSP 1300. The ADC 1530 is controlled by means of a 20-bit timer 1535, as known by persons skilled in the art. The programmable amplifier 1525 and the 8-channel multiplexer 1520 are controlled via an amplifier channel selection circuit 1540 which is in turn controlled by the DSP 1300.

The complete interface device 10 is supplied with power by an external AC/DC converter 1800 which delivers a digital supply voltage of ±5 V and is attached to a DC/DC

US 6,895,449 B2

9

converter **1810** which can deliver analog supply voltages of ±5 V and ±15 V as required for the interface device **10**. Further, the DC/DC converter controls a precision voltage reference **1820** which controls the 8 BNC inputs **1505** and the ADC **1530** as well as a digital/analog converter (DAC) **1830** which permits, via an output amplifier block with 4 output amplifiers **1840** and a 9-pin connector **1850**, analog output direct from the DSP **1300** to an output device, e.g. printer device or monitor device, which can be attached via the 9-pin connector **1850**, thus providing the option of monitoring the data transferred to the host device or also, for example, of viewing an FFT to obtain rapid and comprehensive data analysis without using processor time of the host device.

In FIG. 2 the memory means **14** of FIG. 1 is implemented by an EPROM **1400** which, in a preferred embodiment of the present invention, contains the operating system of the digital signal processor **1300**. A random access memory with an access time of 15 ns and a size of 512 KB or optionally 1024 KB **1420** serves as a data buffer to achieve independence in terms of time of the output line **16** from the output lines **11a**, **11b** and **11c** to the data transmit/receive device and to the host device respectively. As described above, in a preferred embodiment of the present invention the digital signal processor **1300** already contains a 20-KB on-chip RAM **1440** which can store certain instruction sets, functions and also smaller application software units.

The connection, symbolized by the line **16**, of the interface device **10** to any data transmit/receive device implements, by means of the blocks **1505–1535**, an analog input with a sampling rate of 1.25 MHz and quantization of 12 bits. There are 8 channels with an overvoltage protection of ±75 V. By means of the programmable amplifier **1525** the channels can be programmed independently of each other in voltage ranges up to a maximum of ±10 V. Unused channels can be grounded internally to reduce channel intermodulation. The block **1515** is implemented as a monolithic high-precision, high-speed sample/hold amplifier for simultaneous sampling of all channels. The precision voltage reference **1820** provides a high-precision, temperature-compensated monolithic energy gap voltage reference for auto-calibration of each channel and each gain. Further, offset fine adjustment for each channel is implemented by the same.

The blocks **1830**, **1840** and **1850** implement a direct analog output for the digital signal processor **1300**, and the DAC **1830** provides a data transfer rate of 625 kHz and a quantization of 12 bits. The block **1840** comprises 4 channels with a common output latch.

Further, the interface device **10** comprises a digital input/output device implemented by the blocks **1284** and **1282**. Here there are 8 digital inputs, 8 digital outputs with a common latch, and the digital port can be attached preferably to a side panel of the interface device **10** so that the port itself can easily be accessed.

The digital signal processor **1300** provides on-board digital data processing. In particular, it is a high-performance DSP with a clock speed of 80 MHz and a 20-bit timer **1535**.

As described above, the first connecting device **12** comprises the SCSI interface **1220** with a peak transfer rate of 10 MBps. An optional PCMCIA-to-SCSI adapter permits high-speed communication with laptop computers which are desirable and in widespread use, particularly by mobile service technicians. The EPP **1260** with its associated connector **1280** permits data transfer at a more moderate rate.

As described above, the interface device **10** is supplied with power by means of an external AC/DC adapter which

10

has a universal power input (85–264 VAC, 47–63 Hz). Interference suppression complies with the standards EN 55022, curve B and FFC, Class B). Further, it is also in accordance with international safety regulations (TÜV, UL, CSA). The interface device **10** is externally shielded and achieves a value of 55 dB at 30–60 MHz and a value of approximately 40 dB at 1 GHz, and therefore complies with the MILSTD 285-1 standard.

As described above, communication between the host device and the multi-purpose interface can take place not only via drivers for input/output device customary in a host device which reside in the BIOS system of the host device but also via specific interface drivers which, in the case of SCSI interfaces, are known as multi-purpose interface ASPI (advanced SCSI programming interface) drivers. This ASPI driver, which can also be referred to as an ASPI manager, is specific to a special SCSI host adapter, i.e. to a special multi-purpose interface, and is normally included by the manufacturer of the multi-purpose interface. Generally speaking, this multi-purpose interface driver has the task of moving precisely specified SCSI commands from the host system program to the host system SCSI adapter. For this reason, the command set is almost identical to that of the SCSI interface itself. Essentially, only status and reset commands for the host adapter have been added.

The ASPI driver can be used if the hard disk was not already addressable at boot time or if the SCSI-related BIOS routines of the host computer were still disabled. Here too, the steps needed to initialize the interface device, preferably as a virtual hard disk, are similar to the steps taken when initializing at boot time.

In general terms, the ASPI manager comprises two sides. One side is the proprietary, hardware-oriented side. It is responsible for converting all commands into a form required by the corresponding multi-purpose interface. The hardware-oriented side of the ASPI driver is therefore matched to a very specific type of multi-purpose interface or SCSI interface. The other side is known as the user software side. This side is totally independent of the proprietary operating characteristics of the SCSI adapter and is therefore identical for all SCSI interfaces. This permits SCSI programming which is however independent of the individual SCSI adapter types.

In contrast to communication between the host device and the interface device according to the present invention on the basis of a BIOS driver, the use of such an ASPI driver for communication between the host device and the interface device according to the present invention allows various further possibilities of the SCSI multi-purpose interface to be exploited. In the case described above, the interface device which preferably signs on and behaves as a virtual hard disk is detected by the BIOS driver of the host computer at boot time and is configured as a hard disk. This step does not however support active requests sent by the interface device to the host computer. If however the virtual hard disk wishes to write data actively to, for example, a hard disk of the host computer or wishes to initiate communication with the processor of the host computer, the host computer must recognize the request of the virtual hard disk and tolerate a further issuer of instructions on its bus. If the interface device behaves solely like a virtual hard disk, it would always receive and never issue commands. The BIOS has no objections to an additional issuer of commands that actively wishes to place data on the bus of the host device but the BIOS does not support the host device in recognizing corresponding requests of the interface device or in granting the interface device permission to access the bus.

US 6,895,449 B2

11

Using the ASPI manager the interface device according to the present invention can now obtain active access to an SCSI hard disk of the host device connected to the same SCSI bus which, in contrast to the interface device, cannot be a virtual but a real SCSI mass storage device or also a further interface device according to the present invention. Thereupon, the interface device according to the present invention can write the desired data to the SCSI hard disk of the host computer totally independently of the host computer or can communicate with the same in some other manner. The interface device according to the present invention therefore initially behaves passively as a virtual hard disk and then, as required using the driver software for the multi-purpose interface, actively on the same SCSI bus. This means however that the interface device according to the present invention, using a driver software for the multi-purpose interface which comprises the BIOS routines customary in host devices and simultaneously provides the option of active participation, can, regardless of the type of the data transmit/receive device attached to the second connecting device, behave initially as a virtual and at the same time passive hard disk but can, as required, participate actively on the bus so as to be able to initiate communication directly with other SCSI hard disks of the host device by bypassing the processor of the host device.

Using a standard interface of a host device, the interface device according to the present invention permits communication with any host device. By simulating an input/output device to the host device and, in a preferred embodiment, by simulating a virtual mass storage device, the interface device 10 is automatically supported by all known host systems without any additional sophisticated driver software. The simulation of a freely definable file structure on the "virtual" hard disk provides simple operation and expansion options and, through the implementation of any programs, independence from special software implemented on the host device. Help files included on the interface device 10 and plug-and-play support ensure ease of use even in portable, flexible host devices. Despite the very simple user interface, experienced users are free at any time to intervene in the functions of the interface device 10 on system level. The interface device 10 thus provides a universal solution which can cover the entire spectrum of possible data transmit/receive devices.

What is claimed is:

1. An interface device for communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device comprising the following features:

   a processor;

   a memory;

   a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

   a second connecting device for interfacing the interface device with the data transmit/receive device,

   wherein the interface device is configured by the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached to the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is a storage device customary in a host device,

12

whereupon the host device communicates with the interface device by means of the driver for the storage device customary in a host device, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a directory structure.

2. An interface device in accordance with claim 1, in which the directory structure has a configuration file for setting and controlling functions of the interface device or an executable or a batch file for conducting a routine stored in the memory or a data file used for transferring data from the data transmit/receive device to the host device or a help file for giving help on handling the interface device.

3. An interface device in accordance with claim 2 wherein the configuration file is a text file.

4. An interface device in accordance with claim 2 wherein the executable file includes a Fast Fourier Transform routine for transforming data acquired by the second connecting device into the frequency domain and for examining frequency domain data.

5. An interface device in accordance with claim 2 wherein the executable file includes a data compression routine for compressing data to be transmitted from the data transmit/receive device to the host device.

6. An interface device in accordance with claim 1 wherein, in response to a request from the host to read a boot sequence, the processor is arranged to send a virtual boot sequence to the host.

7. An interface device in accordance with claim 6 wherein the virtual boot sequence includes a starting position and a length of a file allocation table, an indication of a type of the storage device or a number of sectors of the storage device.

8. An interface device in accordance with claim 7 wherein, in response to a request from the host to display a directory of the storage device, a processor is arranged for transferring the file allocation table and the directory structure to the host.

9. An interface device in accordance with claim 1 wherein the file allocation table and the directory structure is transferred to the host in response to a request from the host to read data from or store data to the storage device.

10. An interface device in accordance with claim 1 wherein the directory structure includes a data file for transferring data from the data transmit/receive device to the host device wherein the processor is arranged to interpret a request from the host to read the data file as a request for a data transfer from the data transmit/receive device to the host, so that data is transmitted from the second connecting device to the first connecting device and to the host.

11. An interface device in accordance with claim 10 wherein the directory structure further includes a configuration file for specifying a time period for a measurement by the data transmit/receive device, wherein the interface device is arranged for simulating a length of the data file to the host that corresponds to an anticipated volume of data produced by the data transmit/receive device in the specified time period.

12. An interface device in accordance with claim 1 wherein the file allocation table includes information on numbers of blocks occupied by the data file wherein the interface device is arranged for receiving block numbers or a block number range from the host when the host wants to read the data file, and wherein the interface device is arranged to start a data transfer to the host, when the block numbers or the block number range is received from the host.

13. An interface device in accordance with claim 12 wherein the processor is arranged for formatting the data

US 6,895,449 B2

13

acquired by the second connecting device into blocks having a predetermined size, the predetermined size being suited for the storage device.

**14.** An interface device in accordance with claim 1 wherein the functions are gain, multiplex or synchronization settings of the second connecting device.

**15.** An interface device in accordance with claim 1 wherein the storage device is a hard disk.

**16.** An interface device in accordance with claim 1 wherein the memory has a data buffer for permitting independence in terms of time of the data transmit/receive device attachable to the second connecting device from the host device attachable to the first connecting device.

**17.** An interface device for communication between a host device, which comprises a multi-purpose interface and a specific driver for this interface, and a data transmit/receive device comprising the following features:

a processor;

a memory;

a first connecting device for interfacing the host device with the interface device via the multi-purpose interface of the host device; and

a second connecting device for interfacing the interface device with the data transmit/receive device,

where the interface device is configured using the processor and the memory in such a way that the interface device, when receiving an inquiry from the host device as to the type of a device attached at the multi-purpose interface of the host device, sends a signal, regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, to the host device which signals to the host device that it is a storage device customary in a host device,

14

whereupon the host device communicates with the interface device by means of the specific driver for the multi-purpose interface, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a file allocation table and a directory structure.

**18.** A method of communication between a host device, which comprises drivers for input/output devices customary in a host device and a multi-purpose interface, and a data transmit/receive device via an interface device comprising the following steps:

interfacing of the host device with a first connecting device of the interface device via the multi-purpose interface of the host device;

interfacing of the data transmit/receive device with a second connecting device of the interface device;

inquiring by the host device at the interface device as to the type of device to which the multi-purpose interface of the host device is attached;

regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device, responding to the inquiry from the host device by the interface device in such a way that it is a storage device customary in a host device, whereupon the host device communicates with the interface device by means of the usual driver for the storage device, and

wherein the interface device is arranged for simulating a virtual file system to the host, the virtual file system including a file allocation table and a directory structure.

*    *    *    *    *

EXHIBIT

D

## ASSIGNMENT

WHEREAS, LTT Labortechnik Tasler GmbH, is a corporation of Germany, has a P.O. address of Friedrich-Bergius-Ring 15, 97076 Würzburg, Germany, ("Assignor") and is the owner of the entire right, title, and interest in and to: United States Patent No. 6,470,399 B1, United States Patent No. 6,895,449 B2, and United States Patent Application No. 11/078,778 (hereinafter "Patent Rights").

WHEREAS, Papst Licensing GmbH & Co. KG, a German Corporation, having its principal place of business at Bahnhofstrasse 33, 78112 St. Georgen, Germany ("Assignee"), is desirous of acquiring the entire interest in and to the Patent Rights.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, and in consideration of the covenants and obligations hereinafter set forth to be well and truly performed, the parties hereby agree as follows.

1.      Assignor hereby, sells, assigns, and transfers to Assignee, its lawful successors and assigns, Assignor's entire right, title and interest in and to the Patent Rights. Assignee hereby shall take, acquire and hold such right, title and interest in and to the Patent Rights.

2.      Assignor hereby furthermore sells, assigns, and transfers to Assignee all claims for past, present, and future infringement of the inventions covered by Patent Rights, including without limitation all rights to recover damages and the right to grant releases for past infringement of the Patent Rights.

3.      Assignor hereby further covenants and agrees, to render such assistance to Assignee as may be necessary to perfect the title to Patent Rights in said Assignee, its successors and assigns, to enable Assignee to prosecute all divisional, continuation, reexamination, and reissue applications, and to enable Assignee to obtain and enforce proper patent protection for the Patent Rights.

4.      Assignor hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment and sale.

5.      Assignor further covenants that (i) Assignee will, upon its request, be provided promptly with all pertinent facts and documents relating to the Patent Rights as may be known and/or accessible to Assignor, (ii) Assignor shall testify as to the same in any interference or litigation related thereto, and (iii) Assignor shall promptly execute and deliver to Assignee or its legal representative any and all papers, instruments or affidavits required to apply for, obtain, maintain or enforce the Patent Rights and/or any U.S. patent rights evolving therefrom. Assignor shall use his best efforts to cooperate in good faith with Assignee.

LTT Labortechnik Tasler GmbH

By: _____

Title: General Manager

Date: March 8. 2006

Papst Licensing GmbH & Co. KG

By: _____

Title: PRESIDENT

Date: March. 8. 2006

Exhibit A

**From:**     "Scott Stimpson" <stimpsonlaw@gmail.com>
**To:**       "Joseph Cwik" <jecwik@welshkatz.com>
**cc:**       "Jerold Schnayer" <jbschnayer@welshkatz.com>, "Jeffrey Gold"
              <jgold@morganlewis.com>, "J. Fee" <jkfee@morganlewis.com>, "Kevin He"
              <khe@morganlewis.com>, "lkrawczyk@morganlewis.com"
              <lkrawczyk@morganlewis.com>



**Date:**     Friday, July 06, 2007 08:50AM
**Subject:**  Re: Papst opposition to motion for sanctions

---

Joe:

Please respond to this email, as it is important to our pending motions.  Thank you.

Scott

On 7/3/07, **Scott Stimpson** < stimpsonlaw@gmail.com > wrote:
Joe:

Your opposition to our motion regarding interrogatory 4 states that you only produced responsiv
e documents "up until the date the Complaint was filed."  Why?  Are you limiting your interrogat
ory answer to that time frame, too?

We do not see in the Papst production any assignments or other agreements with the inventor.
Has this been produced?

Thank you.

Scott

--
Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
email: stimpsonlaw@gmail.com
phone:  203-258-8412

Disclaimer:  This email is intended only for the personal use of the recipient(s) named above.  T
his message may be an attorney-client communication and as such privileged and confidentia
l.  If you are not an intended recipient, you may not review, copy, or distribute this message.  If
you have received this communication in error, please notify me immediately by email and delet
e the original message.

--
Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102

445 Hamilton Avenue
White Plains, NY 10601
email: stimpsonlaw@gmail.com
phone:  203-258-8412

Disclaimer:  This email is intended only for the personal use of the recipient(s) named above.  Thi
s message may be an attorney-client communication and as such privileged and confidential.  If y
ou are not an intended recipient, you may not review, copy, or distribute this message.  If you ha
ve received this communication in error, please notify me immediately by email and delete the ori
ginal message.

# WELSH & KATZ, LTD.

*Attorneys at Law*

120 SOUTH RIVERSIDE PLAZA · 22ND FLOOR
CHICAGO, ILLINOIS 60606-3912

TELEPHONE (312) 655-1500
FACSIMILE (312) 655-1501

www.welshkatz.com

A. SIDNEY KATZ·
RICHARD L. WOOD·
JEROLD B. SCHNAYER
JOSEPH R. MARCUS
GERALD S. SCHUR
GERALD T. SHEKLETON
JAMES A. SCHEER
DANIEL R. CHERRY
ROBERT B. BREISBLATT
JAMES P. WHITE
R. MARK HALLIGAN
HARTWELL P. MORSE, III
EDWARD P. GAMSON, Ph.D.
KATHLEEN A. RHEINTGEN
THOMAS W. TOLPIN·
RICHARD W. McLAREN, JR.
ELLIOTT C. BANKENDORF
ERIC D. COHEN
JOHN L. AMBROGI
JULIE A. KATZ
JON P. CHRISTENSEN
WALTER J. KAWULA, JR.
LEONARD FRIEDMAN
STEVEN E. FELDMAN
JEFFREY W. SALMON
LOUISE T. WALSH
PAUL M. VARGO, Ph.D.
JOSEPH E. CWIK

J. ARON CARNAHAN
ERIK B. FLOM, Ph.D
JAMES B RADEN
———
RICHARD J. GURAK
DANIEL M. GURFINKEL
MICHELE S. KATZ·
BRIAN J. SODIKOFF
BRETT M. TOLPIN
GEORGE S. PAVLIK
MICHAEL A. KROL, Ph.D.
SHERRY L. ROLLO
CRAIG M. KUCHII
STEPHEN P. BENSON
GREGORY J SKONY
———
OF COUNSEL
LAURIE A. HAYNIE
JAMES J. MYRICK
THOMAS R. VIGIL
PHILIP D. SEGREST, JR.··
WALLACE L. OLIVER, Ph.D.
LAURA A. LABEOTS, Ph.D.
———
DONALD L. WELSH (1925-1998)
· ALSO ADMITTED IN DISTRICT OF COLUMBIA
·· ALSO ADMITTED IN ALABAMA

June 29, 2007



**EXHIBIT**
F

**VIA E-MAIL**
Jeffrey Gold, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, New York 10178

Re:    Casio Inc. v. Papst Licensing, Case No. 1:06 CV 011751 (GK)

Dear Jeffrey:

In response to Casio Inc. Interrogatory No. 2, Papst hereby identifies the following documents pursuant to Rule 33(d):

| Beginning Bates No. For Each Document | End Bates No. For Each Document |
|---|---|
| PAP0001093 | PAP0001355 |
| PAP0002914 | PAP0002914 |
| PAP0002915 | PAP0002919 |
| PAP0002920 | PAP0002923 |
| PAP0002924 | PAP0002929 |
| PAP0002930 | PAP0002934 |
| PAP0002935 | PAP0002935 |
| PAP0002936 | PAP0002941 |
| PAP0002942 | PAP0002960 |
| PAP0002961 | PAP0003352 |
| PAP0003353 | PAP0003353 |
| PAP0003354 | PAP0003367 |
| PAP0003368 | PAP0003474 |
| PAP0003475 | PAP0003525 |

Jeffrey Gold                                                                June 29, 2007
                                                                              Page 2

```
PAP0003526   PAP0003667
PAP0003668   PAP0003669
PAP0003670   PAP0003670
PAP0003671   PAP0003676
PAP0003677   PAP0003723
PAP0003724   PAP0003724
PAP0003725   PAP0004091
PAP0004092   PAP0004094
PAP0004095   PAP0004098
PAP0004099   PAP0004102
PAP0004103   PAP0004105
PAP0004106   PAP0004108
PAP0004109   PAP0004110
PAP0004111   PAP0004113
PAP0004114   PAP0004114
PAP0004115   PAP0004117
PAP0004118   PAP0004120
PAP0004121   PAP0004124
PAP0004125   PAP0004127
PAP0004128   PAP0004129
PAP0004130   PAP0004131
PAP0004132   PAP0004134
PAP0004135   PAP0004136
PAP0004137   PAP0004142
PAP0005150   PAP0005159
PAP0005160   PAP0005198
PAP0005199   PAP0005209
PAP0005210   PAP0005235
PAP0005236   PAP0005242
PAP0005243   PAP0005263
PAP0005264   PAP0005275
PAP0005276   PAP0005288
PAP0005289   PAP0005296
PAP0005297   PAP0005427
PAP0005428   PAP0005529
PAP0005530   PAP0005537
PAP0005538   PAP0005560
PAP0005561   PAP0005594
PAP0005595   PAP0005621
PAP0005622   PAP0005633
PAP0005634   PAP0005641
PAP0005642   PAP0005665
PAP0005666   PAP0005690
PAP0005691   PAP0005706
PAP0005707   PAP0005718
PAP0005719   PAP0005730
PAP0005731   PAP0005744
PAP0005745   PAP0005758
PAP0005759   PAP0005772
PAP0005773   PAP0005780
PAP0005781   PAP0005804
PAP0005805   PAP0005827
PAP0005828   PAP0005836
```

Jeffrey Gold

June 29, 2007
Page 3

```
PAP0005837   PAP0005846
PAP0005847   PAP0005859
PAP0005860   PAP0005882
PAP0005883   PAP0005898
PAP0005899   PAP0005926
PAP0005927   PAP0005942
PAP0005943   PAP0005953
PAP0005954   PAP0005962
PAP0005963   PAP0005988
PAP0005989   PAP0005995
PAP0005996   PAP0006008
PAP0006009   PAP0006036
PAP0006037   PAP0006046
PAP0006047   PAP0006106
PAP0006107   PAP0006115
PAP0006116   PAP0006133
PAP0006134   PAP0006151
PAP0006152   PAP0006164
PAP0006165   PAP0006181
PAP0006182   PAP0006209
PAP0006210   PAP0006219
PAP0006220   PAP0006253
PAP0006254   PAP0006261
PAP0006262   PAP0006274
PAP0006275   PAP0006328
PAP0006329   PAP0006448
PAP0006449   PAP0006459
PAP0006460   PAP0006486
PAP0006487   PAP0006605
PAP0006606   PAP0006621
PAP0006622   PAP0006634
PAP0006635   PAP0006674
PAP0006675   PAP0006724
PAP0006725   PAP0006821
PAP0006822   PAP0006838
PAP0006839   PAP0006855
PAP0006856   PAP0006862
PAP0006863   PAP0006873
PAP0006874   PAP0006885
PAP0006886   PAP0006901
PAP0006902   PAP0006999
PAP0007000   PAP0007021
PAP0007032   PAP0007055
PAP0007066   PAP0007087
PAP0007863   PAP0008130
PAP0008131   PAP0008393
PAP0013821   PAP0013822
PAP0013823   PAP0013824
PAP0013825   PAP0013826
PAP0013827   PAP0013828
PAP0013829   PAP0013830
PAP0013831   PAP0013832
PAP0013833   PAP0013834
```

Jeffrey Gold

June 29, 2007
Page 4

```
PAP0013835    PAP0013838
PAP0013839    PAP0013843
PAP0013844    PAP0013847
PAP0013848    PAP0013850
PAP0013851    PAP0013855
PAP0013856    PAP0013873
```

In response to Casio Inc. Interrogatory No. 4, Papst hereby identifies the following documents pursuant to Rule 33(d):

| Beginning Bates No. For Each Document | End Bates No. For Each Document |
|---|---|
| PAP0000001 | PAP0000006 |
| PAP0000007 | PAP0000007 |
| PAP0000008 | PAP0000008 |
| PAP0000009 | PAP0000009 |
| PAP0000010 | PAP0000010 |
| PAP0000011 | PAP0000011 |
| PAP0000012 | PAP0000018 |
| PAP0000019 | PAP0000025 |
| PAP0000026 | PAP0000027 |
| PAP0000028 | PAP0000029 |
| PAP0000030 | PAP0000031 |
| PAP0000032 | PAP0000033 |
| PAP0000034 | PAP0000041 |
| PAP0000042 | PAP0000042 |
| PAP0000043 | PAP0000043 |
| PAP0000044 | PAP0000046 |
| PAP0000047 | PAP0000049 |
| PAP0000050 | PAP0000054 |
| PAP0000055 | PAP0000071 |
| PAP0000072 | PAP0000073 |
| PAP0000074 | PAP0000075 |
| PAP0000076 | PAP0000076 |
| PAP0000077 | PAP0000078 |
| PAP0000079 | PAP0000081 |
| PAP0000082 | PAP0000084 |
| PAP0000085 | PAP0000085 |
| PAP0000086 | PAP0000087 |
| PAP0000088 | PAP0000089 |
| PAP0000090 | PAP0000095 |
| PAP0000096 | PAP0000098 |
| PAP0000099 | PAP0000106 |
| PAP0000107 | PAP0000107 |
| PAP0000108 | PAP0000117 |
| PAP0000118 | PAP0000119 |
| PAP0000120 | PAP0000121 |
| PAP0000122 | PAP0000124 |

Jeffrey Gold

June 29, 2007
Page 5

```
PAP0000125    PAP0000126
PAP0000127    PAP0000127
PAP0000128    PAP0000129
PAP0000130    PAP0000131
PAP0000132    PAP0000132
PAP0000133    PAP0000137
PAP0000138    PAP0000142
PAP0000143    PAP0000155
PAP0000156    PAP0000157
PAP0000158    PAP0000158
PAP0000159    PAP0000160
PAP0000161    PAP0000172
PAP0000173    PAP0000174
PAP0000175    PAP0000175
PAP0000176    PAP0000176
PAP0000177    PAP0000184
PAP0000185    PAP0000189
PAP0000190    PAP0000190
PAP0000191    PAP0000192
PAP0000193    PAP0000197
PAP0000198    PAP0000199
PAP0000200    PAP0000201
PAP0000202    PAP0000203
PAP0000204    PAP0000205
PAP0000206    PAP0000207
PAP0000208    PAP0000216
PAP0000217    PAP0000218
PAP0000219    PAP0000222
PAP0000223    PAP0000224
PAP0000225    PAP0000226
PAP0000227    PAP0000231
PAP0000232    PAP0000232
PAP0000233    PAP0000234
PAP0000235    PAP0000236
PAP0000237    PAP0000238
PAP0000239    PAP0000241
PAP0000242    PAP0000246
PAP0000247    PAP0000252
PAP0000253    PAP0000253
PAP0000254    PAP0000255
PAP0000256    PAP0000257
PAP0000258    PAP0000259
PAP0000260    PAP0000265
PAP0000266    PAP0000269
PAP0000270    PAP0000270
PAP0000271    PAP0000276
PAP0000277    PAP0000278
PAP0000279    PAP0000279
PAP0000280    PAP0000287
PAP0000288    PAP0000288
PAP0000289    PAP0000291
PAP0000292    PAP0000292
PAP0000293    PAP0000294
```

Jeffrey Gold

June 29, 2007
Page 6

```
PAP0000295   PAP0000300
PAP0000301   PAP0000302
PAP0000303   PAP0000304
PAP0000305   PAP0000305
PAP0000306   PAP0000307
PAP0000308   PAP0000309
PAP0000310   PAP0000311
PAP0000312   PAP0000313
PAP0000314   PAP0000318
PAP0000319   PAP0000325
PAP0000326   PAP0000330
PAP0000331   PAP0000335
PAP0000336   PAP0000337
PAP0000338   PAP0000339
PAP0000340   PAP0000344
PAP0000345   PAP0000349
PAP0000350   PAP0000354
PAP0000355   PAP0000360
PAP0000361   PAP0000365
PAP0000366   PAP0000366
PAP0000367   PAP0000368
PAP0000369   PAP0000376
PAP0000377   PAP0000379
PAP0000380   PAP0000382
PAP0000383   PAP0000386
PAP0000387   PAP0000400
PAP0000401   PAP0000410
PAP0000411   PAP0000412
PAP0000413   PAP0000416
PAP0000417   PAP0000419
PAP0000420   PAP0000425
PAP0000426   PAP0000427
PAP0000428   PAP0000429
PAP0000430   PAP0000430
PAP0000431   PAP0000436
PAP0000437   PAP0000440
PAP0000441   PAP0000443
PAP0000444   PAP0000446
PAP0000447   PAP0000449
PAP0000450   PAP0000452
PAP0000453   PAP0000456
PAP0000457   PAP0000458
PAP0000459   PAP0000459
PAP0000460   PAP0000465
PAP0000466   PAP0000466
PAP0000467   PAP0000468
PAP0000469   PAP0000471
PAP0000472   PAP0000473
PAP0000474   PAP0000474
PAP0000475   PAP0000476
PAP0000477   PAP0000477
PAP0000478   PAP0000479
PAP0000480   PAP0000485
```

Jeffrey Gold

| | |
|---|---|
| PAP0000486 | PAP0000491 |
| PAP0000492 | PAP0000493 |
| PAP0000494 | PAP0000495 |
| PAP0000496 | PAP0000498 |
| PAP0000499 | PAP0000500 |
| PAP0000501 | PAP0000501 |
| PAP0000502 | PAP0000509 |
| PAP0000510 | PAP0000511 |
| PAP0000512 | PAP0000512 |
| PAP0000513 | PAP0000515 |
| PAP0000516 | PAP0000518 |
| PAP0000519 | PAP0000526 |
| PAP0000527 | PAP0000527 |
| PAP0000528 | PAP0000531 |
| PAP0000532 | PAP0000532 |
| PAP0000533 | PAP0000537 |
| PAP0000538 | PAP0000541 |
| PAP0000542 | PAP0000543 |
| PAP0000544 | PAP0000546 |
| PAP0000547 | PAP0000563 |
| PAP0000564 | PAP0000565 |
| PAP0000566 | PAP0000567 |
| PAP0000568 | PAP0000586 |
| PAP0000587 | PAP0000591 |
| PAP0000592 | PAP0000593 |
| PAP0000594 | PAP0000596 |
| PAP0000597 | PAP0000597 |
| PAP0000598 | PAP0000599 |
| PAP0000600 | PAP0000605 |
| PAP0000606 | PAP0000607 |
| PAP0000608 | PAP0000608 |
| PAP0000609 | PAP0000610 |
| PAP0000611 | PAP0000612 |
| PAP0000613 | PAP0000614 |
| PAP0000615 | PAP0000615 |
| PAP0000616 | PAP0000618 |
| PAP0000619 | PAP0000624 |
| PAP0000625 | PAP0000626 |
| PAP0000627 | PAP0000627 |
| PAP0000628 | PAP0000629 |
| PAP0000630 | PAP0000639 |
| PAP0000640 | PAP0000647 |
| PAP0000648 | PAP0000649 |
| PAP0000650 | PAP0000651 |
| PAP0000652 | PAP0000664 |
| PAP0000665 | PAP0000665 |
| PAP0000666 | PAP0000668 |
| PAP0000669 | PAP0000669 |
| PAP0000670 | PAP0000670 |
| PAP0000671 | PAP0000672 |
| PAP0000673 | PAP0000676 |
| PAP0000677 | PAP0000677 |
| PAP0000678 | PAP0000678 |

Jeffrey Gold

June 29, 2007
Page 8

```
PAP0000679    PAP0000680
PAP0000681    PAP0000681
PAP0000682    PAP0000682
PAP0000683    PAP0000684
PAP0000685    PAP0000693
PAP0000694    PAP0000695
PAP0000696    PAP0000698
PAP0000699    PAP0000702
PAP0000703    PAP0000704
PAP0000705    PAP0000706
PAP0000707    PAP0000709
PAP0000710    PAP0000717
PAP0000718    PAP0000719
PAP0000720    PAP0000721
PAP0000722    PAP0000724
PAP0000725    PAP0000727
PAP0000728    PAP0000728
PAP0000729    PAP0000733
PAP0000734    PAP0000738
PAP0000739    PAP0000744
PAP0000745    PAP0000745
PAP0000746    PAP0000751
PAP0000752    PAP0000753
PAP0000754    PAP0000755
PAP0000756    PAP0000761
PAP0000762    PAP0000762
PAP0000763    PAP0000764
PAP0000765    PAP0000770
PAP0000771    PAP0000776
PAP0000777    PAP0000778
PAP0000779    PAP0000779
PAP0000780    PAP0000780
PAP0000781    PAP0000781
PAP0000782    PAP0000787
PAP0000788    PAP0000789
PAP0000790    PAP0000790
PAP0000791    PAP0000792
PAP0000793    PAP0000800
PAP0000801    PAP0000803
PAP0000804    PAP0000806
PAP0000807    PAP0000808
PAP0000809    PAP0000811
PAP0000812    PAP0000814
PAP0000815    PAP0000816
PAP0000817    PAP0000818
PAP0000819    PAP0000821
PAP0000822    PAP0000822
PAP0000823    PAP0000824
PAP0000825    PAP0000830
PAP0000831    PAP0000835
PAP0000836    PAP0000850
PAP0000851    PAP0000852
PAP0000853    PAP0000854
```

Jeffrey Gold

| | |
|---|---|
| PAP0000855 | PAP0000856 |
| PAP0000857 | PAP0000857 |
| PAP0000858 | PAP0000858 |
| PAP0000859 | PAP0000860 |
| PAP0000861 | PAP0000866 |
| PAP0000867 | PAP0000868 |
| PAP0000869 | PAP0000871 |
| PAP0000872 | PAP0000877 |
| PAP0000878 | PAP0000883 |
| PAP0000884 | PAP0000885 |
| PAP0000886 | PAP0000886 |
| PAP0000887 | PAP0000888 |
| PAP0000889 | PAP0000894 |
| PAP0000895 | PAP0000910 |
| PAP0000911 | PAP0000919 |
| PAP0000920 | PAP0000922 |
| PAP0000923 | PAP0000923 |
| PAP0000924 | PAP0000925 |
| PAP0000926 | PAP0000928 |
| PAP0000929 | PAP0000929 |
| PAP0000930 | PAP0000930 |
| PAP0000931 | PAP0000933 |
| PAP0000934 | PAP0000942 |
| PAP0000943 | PAP0000944 |
| PAP0000945 | PAP0000952 |
| PAP0000953 | PAP0000961 |
| PAP0000962 | PAP0000962 |
| PAP0000963 | PAP0000964 |
| PAP0000965 | PAP0000966 |
| PAP0000967 | PAP0000969 |
| PAP0000970 | PAP0000987 |
| PAP0000988 | PAP0000989 |
| PAP0000990 | PAP0000992 |
| PAP0000993 | PAP0000998 |
| PAP0000999 | PAP0000999 |
| PAP0001000 | PAP0001001 |
| PAP0001002 | PAP0001003 |
| PAP0001004 | PAP0001009 |
| PAP0001010 | PAP0001011 |
| PAP0001012 | PAP0001012 |
| PAP0001013 | PAP0001021 |
| PAP0001022 | PAP0001023 |
| PAP0001024 | PAP0001026 |
| PAP0001027 | PAP0001029 |
| PAP0001030 | PAP0001031 |
| PAP0001032 | PAP0001033 |
| PAP0001034 | PAP0001035 |
| PAP0001036 | PAP0001037 |
| PAP0001038 | PAP0001039 |
| PAP0001040 | PAP0001040 |
| PAP0001041 | PAP0001042 |
| PAP0001043 | PAP0001043 |
| PAP0001044 | PAP0001045 |

Jeffrey Gold

June 29, 2007
Page 10

```
PAP0001046  PAP0001048
PAP0001049  PAP0001053
PAP0001054  PAP0001055
PAP0001056  PAP0001057
PAP0001058  PAP0001062
PAP0001063  PAP0001064
PAP0001065  PAP0001066
PAP0001067  PAP0001072
PAP0001073  PAP0001083
PAP0001084  PAP0001092
PAP0001356  PAP0001358
PAP0001359  PAP0001361
PAP0001362  PAP0001365
PAP0001366  PAP0001366
PAP0001367  PAP0001369
PAP0001370  PAP0001371
PAP0001372  PAP0001374
PAP0001375  PAP0001381
PAP0001382  PAP0001383
PAP0001384  PAP0001385
PAP0001386  PAP0001388
PAP0001389  PAP0001390
PAP0001391  PAP0001392
PAP0001393  PAP0001395
PAP0001396  PAP0001401
PAP0001402  PAP0001406
PAP0001407  PAP0001408
PAP0001409  PAP0001409
PAP0001410  PAP0001410
PAP0001411  PAP0001418
PAP0001419  PAP0001429
PAP0001430  PAP0001431
PAP0001432  PAP0001433
PAP0001434  PAP0001444
PAP0001445  PAP0001446
PAP0001447  PAP0001447
PAP0001448  PAP0001458
PAP0001459  PAP0001459
PAP0001460  PAP0001460
PAP0001461  PAP0001461
PAP0001462  PAP0001464
PAP0001465  PAP0001466
PAP0001467  PAP0001468
PAP0001469  PAP0001471
PAP0001472  PAP0001476
PAP0001477  PAP0001478
PAP0001479  PAP0001480
PAP0001481  PAP0001482
PAP0001483  PAP0001484
PAP0001485  PAP0001486
PAP0001487  PAP0001492
PAP0001493  PAP0001494
PAP0001495  PAP0001497
```

Jeffrey Gold                                                                                          June 29, 2007
                                                                                                           Page 11

```
PAP0001498  PAP0001502
PAP0001503  PAP0001506
PAP0001507  PAP0001507
PAP0001508  PAP0001509
PAP0001510  PAP0001512
PAP0001513  PAP0001514
PAP0001515  PAP0001516
PAP0001517  PAP0001521
PAP0001522  PAP0001524
PAP0001525  PAP0001526
PAP0001527  PAP0001527
PAP0001528  PAP0001529
PAP0001530  PAP0001535
PAP0001536  PAP0001537
PAP0001538  PAP0001540
PAP0001541  PAP0001553
PAP0001554  PAP0001621
PAP0001622  PAP0001622
PAP0001623  PAP0001625
PAP0001626  PAP0001626
PAP0001627  PAP0001629
PAP0001630  PAP0001632
PAP0001633  PAP0001637
PAP0001638  PAP0001642
PAP0001643  PAP0001644
PAP0001645  PAP0001649
PAP0001650  PAP0001651
PAP0001652  PAP0001652
PAP0001653  PAP0001657
PAP0001658  PAP0001659
PAP0001660  PAP0001660
PAP0001661  PAP0001665
PAP0001666  PAP0001671
PAP0001672  PAP0001676
PAP0001677  PAP0001684
PAP0001685  PAP0001685
PAP0001686  PAP0001688
PAP0001689  PAP0001693
PAP0001694  PAP0001694
PAP0001695  PAP0001695
PAP0001696  PAP0001699
PAP0001700  PAP0001710
PAP0001711  PAP0001716
PAP0001717  PAP0001718
PAP0001719  PAP0001722
PAP0001723  PAP0001728
PAP0001729  PAP0001729
PAP0001730  PAP0001735
PAP0001736  PAP0001738
PAP0001739  PAP0001740
PAP0001741  PAP0001762
PAP0001763  PAP0001774
PAP0001775  PAP0001776
```

Jeffrey Gold

June 29, 2007
Page 12

```
PAP0001777   PAP0001778
PAP0001779   PAP0001788
PAP0001789   PAP0001800
PAP0001801   PAP0001803
PAP0001804   PAP0001808
PAP0001809   PAP0001809
PAP0001810   PAP0001810
PAP0001811   PAP0001814
PAP0001815   PAP0001818
PAP0001819   PAP0001819
PAP0001820   PAP0001820
PAP0001821   PAP0001824
PAP0001825   PAP0001825
PAP0001826   PAP0001826
PAP0001827   PAP0001840
PAP0001841   PAP0001842
PAP0001843   PAP0001843
PAP0001844   PAP0001848
PAP0001849   PAP0001849
PAP0001850   PAP0001851
PAP0001852   PAP0001853
PAP0001854   PAP0001855
PAP0001856   PAP0001857
PAP0001858   PAP0001864
PAP0001865   PAP0001866
PAP0001867   PAP0001868
PAP0001869   PAP0001877
PAP0001878   PAP0001879
PAP0001880   PAP0001881
PAP0001882   PAP0001883
PAP0001884   PAP0001885
PAP0001886   PAP0001893
PAP0001894   PAP0001895
PAP0001896   PAP0001897
PAP0001898   PAP0001904
PAP0001905   PAP0001905
PAP0001906   PAP0001907
PAP0001908   PAP0001917
PAP0001918   PAP0001918
PAP0001919   PAP0001921
PAP0001922   PAP0001925
PAP0001926   PAP0001928
PAP0001929   PAP0001929
PAP0001930   PAP0001933
PAP0001934   PAP0001939
PAP0001940   PAP0001941
PAP0001942   PAP0001942
PAP0001943   PAP0001944
PAP0001945   PAP0001946
PAP0001947   PAP0001948
PAP0001949   PAP0001950
PAP0001951   PAP0001959
PAP0001960   PAP0001961
```

Jeffrey Gold                                                    June 29, 2007
                                                                    Page 13

```
PAP0001962  PAP0001962
PAP0001963  PAP0001969
PAP0001970  PAP0001976
PAP0001977  PAP0001987
PAP0001988  PAP0001989
PAP0001990  PAP0001990
PAP0001991  PAP0002000
PAP0002001  PAP0002010
PAP0002014  PAP0002015
PAP0002016  PAP0002016
PAP0002017  PAP0002036
PAP0002037  PAP0002044
PAP0002045  PAP0002046
PAP0002047  PAP0002048
PAP0002049  PAP0002051
PAP0002052  PAP0002062
PAP0002063  PAP0002064
PAP0002065  PAP0002065
PAP0002066  PAP0002071
PAP0002072  PAP0002083
PAP0002084  PAP0002084
PAP0002085  PAP0002089
PAP0002090  PAP0002094
PAP0002095  PAP0002095
PAP0002096  PAP0002098
PAP0002099  PAP0002103
PAP0002104  PAP0002105
PAP0002106  PAP0002107
PAP0002108  PAP0002118
PAP0002119  PAP0002120
PAP0002121  PAP0002121
PAP0002122  PAP0002127
PAP0002128  PAP0002128
PAP0002129  PAP0002129
PAP0002130  PAP0002130
PAP0002131  PAP0002134
PAP0002135  PAP0002141
PAP0002142  PAP0002143
PAP0002144  PAP0002144
PAP0002145  PAP0002145
PAP0002146  PAP0002151
PAP0002152  PAP0002152
PAP0002153  PAP0002153
PAP0002154  PAP0002162
PAP0002163  PAP0002175
PAP0002176  PAP0002181
PAP0002182  PAP0002183
PAP0002184  PAP0002184
PAP0002185  PAP0002186
PAP0002187  PAP0002194
PAP0002195  PAP0002206
PAP0002207  PAP0002218
PAP0002219  PAP0002220
```

Jeffrey Gold                                                                June 29, 2007
                                                                           Page 14

```
PAP0002221  PAP0002221
PAP0002222  PAP0002223
PAP0002224  PAP0002224
PAP0002225  PAP0002237
PAP0002238  PAP0002239
PAP0002240  PAP0002240
PAP0002241  PAP0002249
PAP0002250  PAP0002260
PAP0002261  PAP0002263
PAP0002264  PAP0002264
PAP0002265  PAP0002273
PAP0002274  PAP0002275
PAP0002276  PAP0002279
PAP0002280  PAP0002281
PAP0002282  PAP0002293
PAP0002294  PAP0002294
PAP0002295  PAP0002296
PAP0002297  PAP0002297
PAP0002298  PAP0002302
PAP0002303  PAP0002304
PAP0002305  PAP0002314
PAP0002315  PAP0002315
PAP0002316  PAP0002318
PAP0002319  PAP0002321
PAP0002322  PAP0002322
PAP0002323  PAP0002324
PAP0002325  PAP0002326
PAP0002327  PAP0002334
PAP0002335  PAP0002337
PAP0002338  PAP0002338
PAP0002339  PAP0002339
PAP0002340  PAP0002342
PAP0002343  PAP0002345
PAP0002346  PAP0002348
PAP0002349  PAP0002353
PAP0002354  PAP0002354
PAP0002355  PAP0002356
PAP0002357  PAP0002357
PAP0002358  PAP0002365
PAP0002366  PAP0002368
PAP0002369  PAP0002369
PAP0002370  PAP0002370
PAP0002371  PAP0002372
PAP0002373  PAP0002378
PAP0018684  PAP0018690
PAP0018691  PAP0018694
PAP0018695  PAP0018700
PAP0018701  PAP0018701
PAP0018702  PAP0018703
PAP0018704  PAP0018705
PAP0018706  PAP0018736
PAP0018737  PAP0018745
PAP0018746  PAP0018749
```

Jeffrey Gold

| | |
|---|---|
| PAP0018752 | PAP0018753 |
| PAP0018754 | PAP0018757 |
| PAP0018758 | PAP0018760 |
| PAP0018761 | PAP0018761 |
| PAP0018762 | PAP0018765 |
| PAP0018766 | PAP0018769 |
| PAP0018774 | PAP0018775 |
| PAP0018776 | PAP0018776 |
| PAP0018777 | PAP0018780 |
| PAP0018781 | PAP0018781 |
| PAP0018782 | PAP0018786 |
| PAP0018787 | PAP0018789 |
| PAP0018790 | PAP0018796 |
| PAP0018797 | PAP0018800 |
| PAP0018801 | PAP0018804 |
| PAP0018805 | PAP0018809 |
| PAP0018810 | PAP0018811 |
| PAP0018812 | PAP0018825 |
| PAP0018826 | PAP0018827 |
| PAP0018828 | PAP0018829 |
| PAP0018830 | PAP0018831 |
| PAP0018832 | PAP0018835 |
| PAP0018836 | PAP0018839 |
| PAP0018842 | PAP0018864 |
| PAP0018865 | PAP0018866 |
| PAP0018867 | PAP0018869 |
| PAP0018870 | PAP0018872 |
| PAP0018873 | PAP0018875 |
| PAP0018876 | PAP0018877 |
| PAP0018878 | PAP0018884 |
| PAP0018885 | PAP0018886 |
| PAP0018887 | PAP0018889 |
| PAP0018890 | PAP0018891 |
| PAP0018892 | PAP0018899 |
| PAP0018900 | PAP0018905 |
| PAP0018906 | PAP0018910 |
| PAP0018911 | PAP0018913 |
| PAP0018914 | PAP0018918 |
| PAP0018919 | PAP0018921 |
| PAP0018922 | PAP0018925 |
| PAP0018926 | PAP0018929 |
| PAP0018930 | PAP0018933 |
| PAP0018934 | PAP0018936 |
| PAP0018937 | PAP0018940 |
| PAP0018941 | PAP0018943 |
| PAP0018944 | PAP0018948 |
| PAP0018949 | PAP0018951 |
| PAP0018952 | PAP0018954 |
| PAP0018955 | PAP0018956 |
| PAP0018957 | PAP0018957 |
| PAP0018958 | PAP0018959 |
| PAP0018960 | PAP0018960 |
| PAP0018961 | PAP0018962 |

Jeffrey Gold

June 29, 2007
Page 16

```
PAP0018963  PAP0018964
PAP0018965  PAP0018965
PAP0018966  PAP0018970
PAP0018972  PAP0018973
PAP0018974  PAP0018977
PAP0018978  PAP0018980
PAP0018981  PAP0018982
PAP0018983  PAP0018984
PAP0018985  PAP0018988
PAP0018989  PAP0018990
PAP0018991  PAP0018993
PAP0018994  PAP0018998
PAP0018999  PAP0019001
PAP0019002  PAP0019013
PAP0019014  PAP0019019
PAP0019020  PAP0019023
PAP0019024  PAP0019025
PAP0019026  PAP0019026
PAP0019027  PAP0019031
PAP0019032  PAP0019033
PAP0019034  PAP0019035
PAP0019036  PAP0019037
PAP0019038  PAP0019039
PAP0019040  PAP0019041
PAP0019042  PAP0019043
PAP0019044  PAP0019046
PAP0019072  PAP0019074
PAP0019075  PAP0019077
PAP0019082  PAP0019083
PAP0019084  PAP0019088
PAP0019089  PAP0019090
PAP0019091  PAP0019092
PAP0019093  PAP0019095
PAP0019096  PAP0019097
PAP0019098  PAP0019099
PAP0019100  PAP0019101
PAP0019102  PAP0019103
PAP0019104  PAP0019105
PAP0019106  PAP0019109
PAP0019110  PAP0019116
PAP0019117  PAP0019124
PAP0019125  PAP0019129
PAP0019130  PAP0019131
PAP0019132  PAP0019145
PAP0019146  PAP0019147
PAP0019148  PAP0019148
PAP0019149  PAP0019155
PAP0019156  PAP0019158
PAP0019159  PAP0019162
PAP0019168  PAP0019171
PAP0019172  PAP0019200
PAP0019201  PAP0019208
PAP0019209  PAP0019210
```

Jeffrey Gold

```
PAP0019211   PAP0019212
PAP0019213   PAP0019216
PAP0019217   PAP0019219
PAP0019220   PAP0019220
PAP0019221   PAP0019222
PAP0019223   PAP0019225
PAP0019226   PAP0019229
PAP0019230   PAP0019236
PAP0019237   PAP0019238
PAP0019239   PAP0019245
PAP0019246   PAP0019258
PAP0019259   PAP0019260
PAP0019261   PAP0019272
PAP0019273   PAP0019274
PAP0019275   PAP0019276
PAP0019277   PAP0019280
PAP0019281   PAP0019285
PAP0019286   PAP0019313
PAP0019314   PAP0019315
PAP0019316   PAP0019317
PAP0019318   PAP0019330
PAP0019331   PAP0019339
PAP0019340   PAP0019341
PAP0019342   PAP0019343
PAP0019344   PAP0019346
PAP0019347   PAP0019355
PAP0019356   PAP0019357
PAP0019358   PAP0019362
PAP0019363   PAP0019367
PAP0019368   PAP0019369
PAP0019370   PAP0019373
PAP0019374   PAP0019375
PAP0019376   PAP0019379
PAP0019380   PAP0019381
PAP0019382   PAP0019384
PAP0019385   PAP0019389
PAP0019390   PAP0019391
PAP0019392   PAP0019393
PAP0019394   PAP0019395
PAP0019396   PAP0019397
PAP0019398   PAP0019401
PAP0019402   PAP0019405
PAP0019419   PAP0019426
PAP0019427   PAP0019429
PAP0019430   PAP0019432
PAP0019433   PAP0019436
PAP0019439   PAP0019441
PAP0019442   PAP0019444
PAP0019445   PAP0019446
PAP0019447   PAP0019449
PAP0019450   PAP0019453
PAP0019454   PAP0019466
PAP0019467   PAP0019467
```

Jeffrey Gold

June 29, 2007
Page 18

```
PAP0019468   PAP0019469
PAP0019470   PAP0019476
PAP0019477   PAP0019477
PAP0019478   PAP0019480
PAP0019481   PAP0019482
PAP0019483   PAP0019487
PAP0019488   PAP0019493
PAP0019494   PAP0019502
PAP0019503   PAP0019508
PAP0019509   PAP0019511
PAP0019512   PAP0019515
PAP0019516   PAP0019519
PAP0019520   PAP0019521
PAP0019522   PAP0019522
PAP0019523   PAP0019524
PAP0019525   PAP0019527
PAP0019528   PAP0019531
PAP0019532   PAP0019534
PAP0019535   PAP0019539
PAP0019540   PAP0019541
PAP0019542   PAP0019542
PAP0019543   PAP0019548
PAP0019549   PAP0019562
PAP0019563   PAP0019569
PAP0019570   PAP0019573
PAP0019576   PAP0019577
PAP0019578   PAP0019578
PAP0019579   PAP0019584
PAP0019585   PAP0019587
PAP0019588   PAP0019591
PAP0019592   PAP0019595
PAP0020532   PAP0020534
PAP0020535   PAP0020537
PAP0020538   PAP0020539
PAP0020540   PAP0020542
PAP0020543   PAP0020544
PAP0020545   PAP0020546
PAP0020547   PAP0020556
PAP0020557   PAP0020566
PAP0020567   PAP0020570
PAP0020571   PAP0020575
PAP0020576   PAP0020586
PAP0020587   PAP0020589
PAP0020590   PAP0020591
PAP0020592   PAP0020592
PAP0020593   PAP0020595
PAP0020596   PAP0020599
PAP0020600   PAP0020602
PAP0020603   PAP0020606
PAP0020607   PAP0020608
PAP0020609   PAP0020615
PAP0020616   PAP0020621
PAP0020622   PAP0020624
```

Jeffrey Gold

| | |
|---|---|
| PAP0020625 | PAP0020627 |
| PAP0020628 | PAP0020629 |
| PAP0020630 | PAP0020631 |
| PAP0020632 | PAP0020634 |
| PAP0020635 | PAP0020638 |
| PAP0020641 | PAP0020642 |
| PAP0020643 | PAP0020643 |
| PAP0020644 | PAP0020654 |
| PAP0020655 | PAP0020656 |
| PAP0020657 | PAP0020658 |
| PAP0020659 | PAP0020660 |
| PAP0020661 | PAP0020662 |
| PAP0020663 | PAP0020663 |
| PAP0020664 | PAP0020672 |
| PAP0020673 | PAP0020674 |
| PAP0020675 | PAP0020681 |
| PAP0020682 | PAP0020688 |
| PAP0020689 | PAP0020693 |
| PAP0020694 | PAP0020700 |
| PAP0020701 | PAP0020709 |
| PAP0020710 | PAP0020711 |
| PAP0020712 | PAP0020715 |
| PAP0020716 | PAP0020718 |
| PAP0020719 | PAP0020726 |
| PAP0020727 | PAP0020728 |
| PAP0020729 | PAP0020732 |
| PAP0020735 | PAP0020737 |
| PAP0020738 | PAP0020746 |
| PAP0020747 | PAP0020748 |
| PAP0020749 | PAP0020750 |
| PAP0020751 | PAP0020752 |
| PAP0020753 | PAP0020756 |
| PAP0020762 | PAP0020766 |
| PAP0020767 | PAP0020794 |
| PAP0020795 | PAP0020797 |
| PAP0020798 | PAP0020799 |
| PAP0020800 | PAP0020801 |
| PAP0020803 | PAP0020804 |
| PAP0020805 | PAP0020806 |
| PAP0020807 | PAP0020835 |
| PAP0020836 | PAP0020847 |
| PAP0020848 | PAP0020849 |
| PAP0020850 | PAP0020850 |
| PAP0020851 | PAP0020852 |
| PAP0020853 | PAP0020853 |
| PAP0020854 | PAP0020855 |
| PAP0020856 | PAP0020862 |
| PAP0020863 | PAP0020865 |
| PAP0020866 | PAP0020867 |
| PAP0020868 | PAP0020871 |
| PAP0020872 | PAP0020873 |
| PAP0020874 | PAP0020875 |
| PAP0020876 | PAP0020876 |

Jeffrey Gold

June 29, 2007
Page 20

```
PAP0020877  PAP0020881
PAP0020882  PAP0020882
PAP0020883  PAP0020884
PAP0020885  PAP0020886
PAP0020887  PAP0020888
PAP0020889  PAP0020890
PAP0020891  PAP0020891
PAP0020892  PAP0020893
PAP0020894  PAP0020894
PAP0020895  PAP0020899
PAP0020900  PAP0020907
PAP0020908  PAP0020916
PAP0020917  PAP0020921
PAP0020922  PAP0020926
PAP0020927  PAP0020927
PAP0020928  PAP0020932
PAP0020933  PAP0020933
PAP0020934  PAP0020935
PAP0020936  PAP0020937
PAP0020938  PAP0020938
PAP0020939  PAP0020940
PAP0020941  PAP0020942
PAP0020943  PAP0020944
PAP0020945  PAP0020946
PAP0020947  PAP0020949
PAP0020950  PAP0020951
PAP0020952  PAP0020958
PAP0020959  PAP0020974
PAP0020975  PAP0021002
PAP0021003  PAP0021003
PAP0021004  PAP0021006
PAP0021007  PAP0021011
PAP0021012  PAP0021012
PAP0021013  PAP0021014
PAP0021015  PAP0021016
PAP0021017  PAP0021018
PAP0021019  PAP0021031
PAP0021032  PAP0021032
PAP0021033  PAP0021034
PAP0021035  PAP0021047
PAP0021048  PAP0021050
PAP0021051  PAP0021052
PAP0021053  PAP0021053
PAP0021054  PAP0021055
PAP0021056  PAP0021057
PAP0021058  PAP0021058
PAP0021059  PAP0021064
PAP0021065  PAP0021068
PAP0021069  PAP0021073
PAP0021074  PAP0021075
PAP0021078  PAP0021080
PAP0021081  PAP0021081
PAP0021082  PAP0021083
```

Jeffrey Gold

```
PAP0021084   PAP0021087
PAP0021088   PAP0021092
PAP0021093   PAP0021101
PAP0021102   PAP0021102
PAP0021103   PAP0021104
PAP0021105   PAP0021106
PAP0021107   PAP0021108
PAP0021109   PAP0021112
PAP0021113   PAP0021114
PAP0021115   PAP0021119
PAP0021128   PAP0021130
PAP0021131   PAP0021133
PAP0021134   PAP0021161
PAP0021162   PAP0021163
PAP0021164   PAP0021167
PAP0021168   PAP0021173
PAP0021174   PAP0021175
PAP0021176   PAP0021176
PAP0021177   PAP0021180
PAP0021190   PAP0021191
PAP0021192   PAP0021195
PAP0021196   PAP0021200
PAP0021201   PAP0021202
PAP0021203   PAP0021208
PAP0021209   PAP0021210
PAP0021211   PAP0021211
PAP0021212   PAP0021215
PAP0021216   PAP0021216
PAP0021217   PAP0021218
PAP0021219   PAP0021222
PAP0021223   PAP0021223
PAP0021224   PAP0021225
PAP0021226   PAP0021228
PAP0021229   PAP0021232
PAP0021233   PAP0021239
PAP0021240   PAP0021240
PAP0021241   PAP0021244
PAP0021246   PAP0021247
PAP0021248   PAP0021250
PAP0021251   PAP0021252
PAP0021254   PAP0021255
PAP0021256   PAP0021262
PAP0021263   PAP0021269
PAP0021270   PAP0021337
PAP0021338   PAP0021347
PAP0021348   PAP0021348
PAP0021349   PAP0021350
PAP0021351   PAP0021352
PAP0021353   PAP0021353
PAP0021354   PAP0021356
PAP0021357   PAP0021357
PAP0021358   PAP0021358
PAP0021359   PAP0021360
```

Jeffrey Gold

June 29, 2007
Page 22

PAP0021361  PAP0021362
PAP0021363  PAP0021368

By: _____

Joseph E. Cwik

JEC/pm
cc:    Jerold B. Schnayer
       Campbell Killefer