UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>Defendant.<br><br>---<br><br>PAPST LICENSING GMBH & CO. KG,<br>Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Robinson<br><br>Next Court Deadline: Discovery Hearing,<br>July 23, 2007 |

## MOTION FOR ADMISSION PRO HAC VICE OF RICHARD W. MCLAREN, JR.

Campbell Killefer, an attorney representing Defendant/Counter-Plaintiff, Papst Licensing GmbH & Co. KG, in this action, moves pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia that this Court enter an order permitting Richard W. McLaren, Jr. to appear and participate in these proceedings as counsel *pro hac vice* along with present counsel of record. In support of this Motion, movant states:

1. Campbell Killefer is a member of this Court, and partner in the firm of Venable LLP, and counsel to Defendant/Counter-Plaintiff, Papst Licensing GmbH & Co. KG.

2. Richard W. McLaren, Jr. is a principal in the firm of Welsh & Katz, Ltd. in Chicago, Illinois. Mr. McLaren also serves as counsel to Defendant/Counter-Plaintiff. His

business address is 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois, and his telephone number is 312-655-1500.

3. Mr. McLaren is a very experienced trial attorney and a member in good standing of the Ohio and Illinois State Bars. Mr. McLaren is admitted to practice law in Ohio (1973), Illinois (1996), and several federal courts, including the trial bars of the U.S. District Court for the Northern Districts of Ohio and Illinois, the Court of Appeals for the Sixth Circuit, the Court of Appeals for the Seventh Circuit, the Court of Appeals for the Federal Circuit and the United States Supreme Court.

WHEREFORE, undersigned counsel requests that this Court enter an Order permitting Richard W. McLaren, Jr. as counsel *pro hac vice* for Papst Licensing GmbH & Co. KG. A proposed form of order is attached.

Date: July 11, 2007

Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (fax)

Jerold B. Schnayer
Joseph E. Cwik
WELSH & KATZ, LTD.
120 South Riverside Plaza,
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (fax)

*Attorneys for Papst Licensing GmbH & Co. KG*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 11th day of July, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Jeffrey M. Gold
Laura Krawczyk
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
**Counsel for Casio Inc. and Casio Computer Co., Ltd.**

Campbell Killefer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>Defendant.<br><br>PAPST LICENSING GMBH & CO. KG,<br>Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Robinson<br><br>Next Court Deadline: Discovery Hearing,<br>July 23, 2007 |

## **ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Richard W. McLaren, Jr., it is hereby ORDERED that such motion is granted, and that Richard W. McLaren, Jr. is hereby admitted to appear before this Court *pro hac vice*, on behalf of Defendant, Papst Licensing GmbH & Co. KG, in the above-captioned matter.

Dated: _____                    _____
                                                 Hon. Judge Gladys Kessler