UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CASIO, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1751 (GK) |
| | : | |
| **PAPST LICENSING GMBH & CO. KG,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Motion of Papst Licensing GmbH & Co. KG for a stay of all proceedings relating to the alleged infringement of its patents, pending a consolidated determination by the MDL Panel, the Court concludes that it is in the interest of judicial economy and efficiency to **grant** the Motion. Papst requested expedited consideration because of the imminence of a discovery motions hearing on July 23, 2007 before Magistrate Judge Robinson. That request for expedited consideration is being **granted**. Papst has also requested that the Court set a status conference for July 23, 2007 to resolve certain case management issues. The Court will be in trial on that date and, therefore, a status conference is not possible. What is more, it makes no sense to hold a status conference until after the MDL Panel rules.

**WHEREFORE**, it is this 17th day of July, 2007, hereby

**ORDERED**, that Papst's Motion [Dkt. #71] for Expedited Consideration is **granted**; and it is further

**ORDERED**, that Papst's Motion to Stay Proceedings [Dkt. #69] is **granted**; and it is further

**ORDERED**, that Papst's request for a Status Conference on July 23, 2007 is **denied**; and it is further

**ORDERED**, that the parties are to inform the Court of the decision of the MDL Panel within 48 hours of their receiving notice of any such decision.[1]

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1] The Court is aware that the other parties have not had an opportunity to file any opposition to Papst's Motion. If it is <u>absolutely necessary</u> for a party to convey its opposition to the Motion, it may do so in a pleading of no longer than two full pages using 12 point type.