UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>Defendant. | Civil Action No. 06-1751<br>GK/DAR |

## ORDER

Upon consideration of United States District Judge Gladys Kessler's July 17, 2007 Order (Document No. 77), it is, this __19th__ day of July, 2007,

**ORDERED** that all pending motions relating to discovery (Document Nos. 47, 48, 49, 52, 54, 55 and 63) are stayed pending the decision of the MDL Panel; and it is

**FURTHER ORDERED** that the motion hearing scheduled on July 23, 2007 is hereby vacated; and it is

**FURTHER ORDERED** that Defendant's Motion to Continue the July 23, 2007 Motion Hearing (Document No. 70) is **DENIED** as moot.

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge