UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>　　　　　　Defendant.<br>_____<br><br>PAPST LICENSING GMBH & CO. KG,<br>　　　　　　Counter-Plaintiff<br><br>　　v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>　　　　　　Counter-Defendants | Civil Action No. 1:06 CV 01751<br><br>*Next Scheduled Court Deadline:*<br>*Plaintiff's Rule 26(a)(2) Statement due by*<br>*February 15, 2008*<br><br>Judge:  Gladys Kessler<br><br>Magistrate Judge: Deborah A. Robinson |

## NOTICE OF ENTRY OF APPEARANCE

　　Please note the appearance of the undersigned as co-counsel for the defendant/counter-plaintiff.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/  Robert F. Muse_____
　　　　　　　　　　　　　　　　Robert F. Muse (Bar No. 166868)
　　　　　　　　　　　　　　　　STEIN, MITCHELL & MEZINES LLP
　　　　　　　　　　　　　　　　1100 Connecticut Ave., NW, Suite 1100
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　rmuse@steinmitchell.com
　　　　　　　　　　　　　　　　(202) 737-7777

　　　　　　　　　　　　　　　　 /s/  Jacob A. Stein_____
　　　　　　　　　　　　　　　　Jacob A. Stein (Bar. No. 052233)
　　　　　　　　　　　　　　　　STEIN, MITCHELL & MEZINES LLP
　　　　　　　　　　　　　　　　1100 Connecticut Ave., NW, Suite 1100
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　jstein@steinmitchell.com
　　　　　　　　　　　　　　　　(202) 737-7777

/s/ Joshua A. Levy
Joshua A. Levy (Bar. No. 475108)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
jlevy@steinmitchell.com
(202) 737-7777

**Attorneys for Defendant/Counter-Plaintiff Papst Licensing GmbH & Co. KG**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 8th day of November, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Laura Krawczyk
MORGAN LEWIS & BROCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
**Counsel for Casio Inc. and Casio Computer Co., Ltd.**

/s/ Robert F. Muse
Robert F. Muse