UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASIO INC.<br><br>            Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG.,<br>            Defendant. | Civil Action No. 1:06 CV 01751<br><br>*Next Scheduled Court Deadline:*<br>*Plaintiff's Rule 26(a)(2) Statement due by*<br>*February 15, 2008*<br><br>Judge: Gladys Kessler<br><br>Magistrate Judge: Deborah A. Robinson |
| PAPST LICENSING GMBH & CO. KG,<br>            Counter-Plaintiff<br><br>v.<br><br>CASIO INC. and<br>CASIO COMPUTER CO., LTD.<br><br>            Counter-Defendants | |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PAPST LICENSING

PLEASE TAKE NOTICE that Campbell Killefer of Venable LLP hereby withdraws as co-counsel for Defendant/Counter-Plaintiff Papst Licensing GmbH & Co. KG ("Papst"). Robert F. Muse, Jacob A. Stein and Joshua A. Levy of the law firm Stein, Mitchell & Mezines LLP filed their Notice of Entry of Appearance as substitute local counsel on November 8, 2007 (Docket No. 81). Both Papst and Welsh & Katz Ltd., national counsel for Papst, have consented to Mr. Killefer's withdrawal.

Dated: November 9, 2007

Respectfully submitted,

*Campbell Killefer*
Campbell Killefer (D.C. Bar No. 268433)
VENABLE LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-8196
Facsimile: (202) 344-8300
Email: ckillefer@venable.com

Counsel for Defendant/Counter-Plaintiff
Papst Licensing GmbH & Co. KG

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following counsel for Plaintiff and Counterclaim Defendant Casio Inc. and Counterclaim Defendant Casio Computer Co., Ltd. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 9th day of November, 2007:

J. Kevin Fee
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Laura Krawczyk
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

Scott D. Stimpson
The Law Office of Scott Stimpson
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
**Counsel for Casio Inc. and Casio Computer Co., Ltd.**

*Campbell Killefer*
Campbell Killefer