CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CASIO INC. )
)
)
)
Plaintiff ) Civil Case Number 06-1751
)
)
) Category   E
PABST LICENSING GMBH, ETC.. )
)
)
Defendant )
)

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on November 16, 2007 from Judge Gladys Kessler to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case is related to Miscellaneous Case 07-493 which is to be assigned to Judge Collyer as directed by the MDL Panel)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Collyer & Courtroom Deputy
Judge Kessler & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk