UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PAPST LICENSING GMBH & CO. KG LITIGATION | |
| This Document Relates To: | Misc. Action No. 07-493 (RMC) MDL Docket No. 1880 |
| Casio, No. 06-cv-1751 | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Papst Licensing GmbH & Co. KG, joined by Casio America Inc. and Casio Computer Company, Ltd., by their undersigned counsel, and hereby stipulate to the dismissal of their respective claims and counterclaims, and accordingly to the dismissal of this litigation, pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of that certain Settlement Agreement effective September 3, 2008. The Parties further stipulate that all their claims and counterclaims are dismissed with prejudice. Each side shall bear its own attorney fees and costs.

WHEREFORE, the Parties jointly and respectfully request the Court enter an order in accordance herewith.

_____
J. Kevin Fee
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Aveunue, NW
Washington, DC 20004
Tel: (202) 739-3000

Scott D. Stimpson (*pro hac vice*)
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
Tel: (203) 258-8412

*Attorneys for Casio America Inc.
and Casio Computer Co., Ltd.*

DB1/62096736.1

_____
Jerold B. Schnayer (*pro hac vice*)
Joseph E. Cwik (*pro hac vice*)
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

*Attorneys for Papst Licensing GmBH
& Co. KG*